# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Clyde Marcus Jones, II, Dennis Phillips, and Deborah Phillips, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>Duke Energy Corporation and Duke Energy Carolinas, LLC,<br><br>    Defendants. | Case No. 3:24-cv-01281-MGL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS DENNIS PHILLIPS AND DEBORAH PHILLIPS** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Dennis Phillips and Deborah Phillips hereby give notice of dismissal with prejudice only as to Plaintiffs Dennis Phillips and Deborah Phillips in this action and with each party bearing its own attorneys' fees and costs. All parties to this action, by and through their undersigned counsel, consent and stipulate to this dismissal with prejudice.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated September 30, 2025

    *s/Jessica L. Fickling*
    Jessica L. Fickling (Fed. ID No. 11403)
    WYCHE, P.A.
    P.O. Box 12247
    Columbia, SC 29211-2247
    P: (803) 254-6542
    jfickling@wyche.com

    Vincent A. Sheheen (Fed. ID No. 7016)
    Austin M. Sheheen (Fed. ID No. 13938)
    SAVAGE, ROYALL & SHEHEEN, L.L.P.
    P.O. Drawer 10
    Camden, S.C. 29021
    (803) 432-4391

vsheheen@thesavagefirm.com
asheheen@thesavagefirm.com

A. Gibson Solomons, III, Esq. (Fed. ID No. 7769)
SPEIGHTS & SOLOMONS, LLC
Post Office Box 685 100 Oak Street, East
Hampton, SC 29924
(803) 943-4444
gsolomons@speightsandsolomons.com

*Attorneys for Plaintiffs*

Dated September 30, 2025

*s/Kevin A. Dunlap*
Kevin A. Dunlap (Fed. ID No. 5564)
Steven D. Weber (Fed. ID No. 8042)
PARKER POE ADAMS & BERNSTEIN LLP
110 E. Court St., Ste. 200
Greenville, SC 29201
(864) 253-6105
kevindunlap@parkerpoe.com
steveweber@parkerpoe.com

*Attorneys for Defendants*

PPAB 12832752v1