### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | |
|---|---|
| Clyde Marcus Jones, II; Dennis Phillips, and Deborah Phillips, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Duke Energy Corporation and Duke Energy Carolinas, LLC,<br><br>Defendants. | Civil Action No.: 3:24-cv-1281-MGL |

### PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Clyde Marcus Jones II respectfully moves this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), for certification of a class of waterfront property owners on Lake Wateree, South Carolina, and would demonstrate that the proposed class is readily identifiably and meets the requirements of Rule 23(a) (generally referred to as numerosity, commonality, typicality and adequacy) and (b)(3), which permits certification where common questions of law or fact "predominate over any questions affecting only individual members", and where the proponent of certification demonstrates a "class action is superior to other available methods for fairly and efficiently adjudicating the controversy." Fed. R. Civ. P. 23(b)(3).

As articulated in Plaintiff's contemporaneously filed memorandum in support of class certification, Plaintiff has met his burden of demonstrating the requisites of class certification. Respectfully, this Court should now certify the proposed class and appoint the undersigned as Class Counsel.

Respectfully submitted,

WYCHE, P.A.

s/Jessica L. Fickling

Jessica L. Fickling (Fed. ID No. 11403)
Jim May (Fed. ID No. 11355)
M. Lucy Dinkins (Fed. ID No. 11961)
P.O. Box 12247
Columbia, SC 29211-2247
P: (803) 254-6542
jfickling@wyche.com
jmay@wyche.com
ldinkins@wyche.com

SAVAGE, ROYAL & SHEHEEN, LLP

Vincent A. Sheheen (Fed. ID No. 7016)
Austin M. Sheheen (Fed. ID No. 13938)
P.O. Drawer 10
Camden, S.C. 29021
P: (803) 432-4391
vsheheen@thesavagefirm.com
asheheen@thesavagefirm.com

SPEIGHTS & SOLOMONS, LLC

A. Gibson Solomons, III (Fed. ID No. 7769)
Post Office Box 685
Hampton, SC 29924
P: (803) 943-4444
gsolomons@speightsandsolomons.com
Attorneys for Plaintiffs

October 1, 2025