# Exhibit B

# Waterfront Property Addresses, Jones_000237-308

ADDRESS

1976  EAGLES NEST RD, CAMDEN SC

1970 EAGLES NEST RD, CAMDEN SC

1966 EAGLES NEST RD, CAMDEN SC

1962 EAGLES NEST RD, CAMDEN SC

1958 EAGLES NEST RD, CAMDEN SC

1805 John G Richards Rd, Camden SC

1531 wild turkey rd, camden sc

1535A WILD TURKEY RD, CAMDEN SC

1535 WILD TURKEY RD, CAMDEN sc

1537 WILD TURKEY RD, CAMDEN SC

1539 WILD TURKEY RD, CAMDEN SC

1543 WILD TURKEY RD, CAMDEN SC

1545 WILD TURKEY RD, CAMDENS C

1549 WILD TURKEY RD, CAMDEN SC

1553 WILD TURKEY RD, CAMDEN SC

1559 WILD TURKEY RD, CAMDEN SC

1565 WILD TURKEY RD, CAMDEN SC

1573 WILD TURKEY RD, CAMDEN SC

1589 WILD TURKEY RD, CAMDEN SC

1771 WILD TURKEY RD, CAMDEN SC

1773 Wild Turkey Rd, CAMDEN SC

1777 WILD TURKEY RD, CAMDEN SC

1781 wild turkey RD, CAMDEN SC

1783 WILD TURKEY RD, CAMDEN SC

1791 WILD TURKEY RD, CAMDEN SC

1795 WILD TURKEY RD, CAMDEN SC

1586 CHICORA TRL, CAMDEN SC

1590 CHICORA TRL, CAMDEN SC

1596 CHICORA TRL, CAMDEN SC

1768 KANAWHA TRL, CAMDEN SC

1702 ATOKA TRL, CAMDEN SC

1782A KANAWHA TRL, CAMDEN SC

1782 KANAWHA TRL, CAMDEN SC

1785 KIOWA TRL, CAMDEN SC

1735 ATOKA TRL, CAMDEN SC

1749 ATOKA TRL, CAMDEN SC

1753  ATOKA TRL, CAMDEN SC

1761 ATOKA TRL, CAMDEN SC

1756 ATOKA TRL, CAMDEN SC

1742 ATOKA TRL, CAMDEN SC

JONES_000237

1736 ATOKA TRL, CAMDEN SC
1807 KIOWA TRL, CAMDEN SC
1811 KIOWA TRL, CAMDEN SC
1812 KIOWA TRL, CAMDEN SC
1722A ATOKA TRL, CAMDEN SC
1718 ATOKA TRL, CAMDEN SC
1714 ATOKA TRL, CAMDEN SC
1708 ATOKA TRL, CAMDEN SC
1704 ATOKA TRL, CAMDEN SC
1780 ATOKA TRL, CAMDEN SC
1724 EAGLES NEST RD, CAMDEN SC
1716 EAGLES NEST RD, CAMDEN SC
2151 JOHN G RICHARDS RD, CAMDEN SC
2171A JOHN G RICHARDS RD, CAMDEN SC
2171 JOHN G RICHARDS RD, CAMDEN SC
2163 JOHN G RICHARDS RD, CAMDEN SC
2236 SAILING CLUB LN, CAMDEN SC
2183 JOHN G RICHARDS RD, CAMDEN SC
1174 WHIPPOORWILL RD, CAMDEN SC
1166 WHIPPOORWILL RD, CAMDEN SC
1162 WHIPPOORWILL RD, CAMDEN SC
1158 WHIPPOORWILL RD, CAMDEN SC
1156 WHIPPOORWILL RD, CAMDEN SC
1249 SCREECH OWL RD, CAMDEN SC
1253 SCREECH OWL RD, CAMDEN SC
1255 SCREECH OWL RD, CAMDEN SC
1257 SCREECH OWL RD, CAMDEN SC
1259 SCREECH OWL RD, CAMDEN SC
1177 BARN OWL RD, CAMDEN SC
1175 BARN OWL RD, CAMDEN SC
1181 SNOWY OWL RD, CAMDEN SC
1183 SNOWY OWL RD, CAMDEN SC
1179 SNOWY OWL RD, CAMDEN SC
1173 SNOWY OWL RD, CAMDEN SC
1167 SNOWY OWL RD, CAMDEN SC
1163 SNOWY OWL RD, CAMDEN SC
1165 SNOWY OWL RD, CAMDEN SC
1166 SNOWY OWL RD, CAMDEN SC
1168 SNOWY OWL RD, CAMDEN SC
1172 SNOWY OWL RD, CAMDEN SC
1182 SNOWY OWL RD, CAMDEN SC

JONES_000238

1330 CEDAR COVE RD, CAMDEN SC
1336 CEDAR COVE RD, CAMDEN SC
1342 CEDAR COVE RD, CAMDEN SC
1350 CEDAR COVE RD, CAMDEN SC
1356 CEDAR COVE RD, CAMDEN SC
1358 CEDAR COVE RD, CAMDEN SC
1360 CEDAR COVE RD, CAMDEN SC
1326 CEDAR COVE RD, CAMDEN SC
1322 CEDAR COVE RD, CAMDEN SC
1310 CEDAR COVE RD, CAMDEN SC
9 HAWKWOOD DR, CAMDEN SC
10 HAWKWOOD DR, CAMDEN SC
41 NAVAHO TRL, CAMDEN SC
40A NAVAHO TRL, CAMDEN SC
40 NAVAHO TRL, CAMDEN SC
12A NAVAHO TRL, CAMDEN SC
1290 CEDAR COVE RD, CAMDEN SC
1290A CEDAR COVE RD, CAMDEN SC
1290B CEDAR COVE RD, CAMDEN SC
1290C CEDAR COVE RD, CAMDEN SC
1290D CEDAR COVE RD, CAMDEN SC
1253B MILLER RD, CAMDEN SC
1253A MILLER RD, CAMDEN SC
1253 MILLER RD, CAMDEN SC
1260 MILLER RD, CAMDEN SC
1262A MILLER RD, CAMDEN SC
1262 MILLER RD, CAMDEN SC
1264 MILLER RD, CAMDEN SC
1266 MILLER RD, CAMDEN SC
1270 MILLER RD, CAMDEN SC
1837 MARSH HAWK RD, CAMDEN SC
1841 MARSH HAWK RD, CAMDEN SC
1847 MARSH HAWK RD, CAMDEN SC
1853 MARSH HAWK RD, CAMDEN SC
34 ACORN LN, CAMDEN SC
30 ACORN LN, CAMDEN SC
1224 SCREECH OWL RD, CAMDEN SC
2323 JOHN G RICHARDS RD, CAMDEN SC
2335 JOHN G RICHARDS RD, CAMDEN SC
2129 FISHING LN, CAMDEN SC
2133 FISHING LN, CAMDEN SC

JONES_000239

2135 FISHING LN, CAMDEN SC
2147 FISHING LN, CAMDEN SC
1231 WOOD DUCK RD, CAMDEN SC
1264 WOOD DUCK RD, CAMDEN SC
1262 WOOD DUCK RD, CAMDEN SC
1260 WOOD DUCK RD, CAMDEN SC
1258 WOOD DUCK RD, CAMDEN SC
1256  WOOD DUCK RD, CAMDEN SC
1254 WOOD DUCK RD, CAMDEN SC
20 LOCH HAVEN DR, CAMDEN SC
2062 LYSTRA RD, CAMDEN SC
1286 BLACK DUCK RD, CAMDEN SC
1270 BLACK DUCK RD, CAMDEN SC
1268 BLACK DUCK RD, CAMDEN SC
1266 BLACK DUCK RD, CAMDEN SC
1264 BLACK DUCK RD, CAMDEN SC
1265 BLACK DUCK RD, CAMDEN SC
1269 BLACK DUCK RD, CAMDEN SC
1271 BLACK DUCK RD, CAMDEN SC
1273 BLACK DUCK RD, CAMDEN SC
1275 BLACK DUCK RD, CAMDEN SC
1277 BLACK DUCK RD, CAMDEN SC
1285 BLACK DUCK RD, CAMDEN SC
1276 RUDDY DUCK RD, CAMDEN SC
1274 RUDDY DUCK RD, CAMDEN SC
1272 RUDDY DUCK RD, CAMDEN SC
1270 RUDDY DUCK RD, CAMDEN SC
1268 RUDDY DUCK RD, CAMDEN SC
1266 RUDDY DUCK RD, CAMDEN SC
1264 RUDDY DUCK RD, CAMDEN SC
1262 RUDDY DUCK RD, CAMDEN SC
1260 RUDDY DUCK RD, CAMDEN SC
1264 RUDDY DUCK RD, CAMDEN SC
1258 RUDDY DUCK RD, CAMDEN SC
1256 RUDDY DUCK RD, CAMDEN SC
1995 LYSTRA RD, CAMDEN SC
1989 LYSTRA RD, CAMDEN SC
1979 LYSTRA RD, CAMDEN SC
1969 LYSTRA RD, CAMDEN SC
1963 LYSTRA RD, CAMDEN SC
1964 LYSTRA RD, CAMDEN SC

JONES_000240

1961 LYSTRA RD, CAMDEN SC
1959 LYSTRA RD, CAMDEN SC
1957 LYSTRA RD, CAMDEN SC
1958 LYSTRA RD, CAMDEN SC
1960 LYSTRA RD, CAMDEN SC
1962 LYSTRA RD, CAMDEN SC
1974 LYSTRA RD, CAMDEN SC
1984 LYSTRA RD, CAMDEN SC
1994 LYSTRA RD, CAMDEN SC
2002 LYSTRA RD, CAMDEN SC
2014 LYSTRA RD, CAMDEN SC
2024 LYSTRA RD, CAMDEN SC
2098 METHODIST CAMP RD, CAMDEN SC
2099 METHODIST CAMP RD, CAMDEN SC
2097 METHODIST CAMP RD, CAMDEN SC
2115 METHODIST CAMP RD, CAMDEN SC
2119 METHODIST CAMP RD, CAMDEN SC
2137 METHODIST CAMP RD, CAMDEN SC
2141 METHODIST CAMP RD, CAMDEN SC
2143 METHODIST CAMP RD, CAMDEN SC
2159 METHODIST CAMP RD, CAMDEN SC
2161 METHODIST CAMP RD, CAMDEN SC
2171 METHODIST CAMP RD, CAMDEN SC
2121 CRESCENT RD, CAMDEN SC
2113 CRESCENT RD, CAMDEN SC
2172 QUAIL RD, CAMDEN SC
2170 QUAIL RD, CAMDEN SC
2168 QUAIL RD, CAMDEN SC
2166 QUAIL RD, CAMDEN SC
2164 QUAIL RD, CAMDEN SC
2162 QUAIL RD, CAMDEN SC
2160 QUAIL RD, CAMDEN SC
2085 QUAIL RD, CAMDEN SC
2164 MOHAWK DR, CAMDEN SC
2154 MOHAWK DR, CAMDEN SC
1305 MOHAWK DR, CAMDEN SC
2156 MOHAWK DR, CAMDEN SC
2157 BLUE HERON LN, CAMDEN SC
2141 BLUE HERON LN, CAMDEN SC
2145 BLUE HERON LN, CAMDEN SC
2149 BLUE HERON LN, CAMDEN SC

JONES_000241

2151 BLUE HERON LN, CAMDEN SC
2159 BLUE HERON LN, CAMDEN SC
2173 BLUE HERON LN, CAMDEN SC
2181 BLUE HERON LN, CAMDEN SC
2189 BLUE HERON LN, CAMDEN SC
2203 BLUE HERON LN, CAMDEN SC
2185 CLEARWATER LN, CAMDEN SC
2180 CLEARWATER LN, CAMDEN SC
2173 CLEARWATER LN, CAMDEN SC
2167 CLEARWATER LN, CAMDEN SC
2160 CLEARWATER LN, CAMDEN SC
2168 CLEARWATER LN, CAMDEN SC
2174 CLEARWATER LN, CAMDEN SC
2192 CLEARWATER LN, CAMDEN SC
2217 CLEARWATER LN, CAMDEN SC
2217A BLUE HERON LN, CAMDEN SC
2243 BLUE HERON LN, CAMDEN SC
2248 BLUE HERON LN, CAMDEN SC
2240 BLUE HERON LN, CAMDEN SC
2234 BLUE HERON LN, CAMDEN SC
2234 BLUE HERON LN, CAMDEN SC
2226 BLUE HERON LN, CAMDEN SC
2089 BARON DEKALB RD, CAMDEN SC
2029 BARON DEKALB RD, CAMDEN SC
2014 BARON DEKALB RD, CAMDEN SC
2030 BARON DEKALB RD, CAMDEN SC
2348 HARBOR VIEW RD, CAMDEN SC
2091 WHITE OAK RD, CAMDEN SC
2085 WHITE OAK RD, CAMDEN SC
2079 WHITE OAK RD, CAMDEN SC
2073 WHITE OAK RD, CAMDEN SC
2067 WHITE OAK RD, CAMDEN SC
2059 WHITE OAK RD, CAMDEN SC
2053 WHITE OAK RD, CAMDEN SC
2047 WHITE OAK RD, CAMDEN SC
2043 WHITE OAK RD, CAMDEN SC
2039 WHITE OAK RD, CAMDEN SC
2033 WHITE OAK RD, CAMDEN SC
2027 WHITE OAK RD, CAMDEN SC
2019 WHITE OAK RD, CAMDEN SC
2013 WHITE OAK RD, CAMDEN SC

JONES_000242

2007 WHITE OAK RD, CAMDEN SC
2003 WHITE OAK RD, CAMDEN SC
1997 WHITE OAK RD, CAMDEN SC
1995 WHITE OAK RD, CAMDEN SC
1993 WHITE OAK RD, CAMDEN SC
1989 WHITE OAK RD, CAMDEN SC
1981 WHITE OAK RD, CAMDEN SC
1971 WHITE OAK RD, CAMDEN SC
1961 WHITE OAK RD, CAMDEN SC
2207 WHITE OAK RD, CAMDEN SC
2215 WHITE OAK RD, CAMDEN SC
1525 Lakeshore Rd., CAMDEN SC
1613 LAKESHORE RD, CAMDEN SC
1617 LAKESHORE RD, CAMDEN SC
1621 LAKESHORE RD, CAMDEN SC
1627 LAKESHORE RD, CAMDEN SC
1633 LAKESHORE RD, CAMDEN SC
1649 LAKESHORE RD, CAMDEN SC
1667 LAKESHORE RD, CAMDEN SC
1672 LAKESHORE RD, CAMDEN SC
1677 LAKESHORE RD, CAMDEN SC
1681 LAKESHORE RD, CAMDEN SC
1687 LAKESHORE RD, CAMDEN SC
1691 LAKESHORE RD, CAMDEN SC
1697 LAKESHORE RD, CAMDEN SC
1703 LAKESHORE RD, CAMDEN SC
1709 LAKESHORE RD, CAMDEN SC
1717 LAKESHORE RD, CAMDEN SC
1725 LAKESHORE RD, CAMDEN SC
1727 LAKESHORE RD, CAMDEN SC
1735 LAKESHORE RD, CAMDEN SC
1737 LAKESHORE RD, CAMDEN SC
1739 LAKESHORE RD, CAMDEN SC
1741 LAKESHORE RD, CAMDEN SC
1743 LAKESHORE RD, CAMDEN SC
1747 LAKESHORE RD, CAMDEN SC
1753 LAKESHORE RD, CAMDEN SC
2186 LEISURE RD, CAMDEN SC
2180 LEISURE RD, CAMDEN SC
2174 LEISURE RD, CAMDEN SC
2168 LEISURE RD, CAMDEN SC

JONES_000243

2162 LEISURE RD, CAMDEN SC
2160 LEISURE RD, CAMDEN SC
2161 LEISURE RD, CAMDEN SC
2173 LEISURE RD, CAMDEN SC
2187 DUCK COVE RD, CAMDEN SC
2185 DUCK COVE RD, CAMDEN SC
2183 DUCK COVE RD, CAMDEN SC
2179 DUCK COVE RD, CAMDEN SC
2167 DUCK COVE RD, CAMDEN SC
2164 DUCK COVE RD, CAMDEN SC
2168 DUCK COVE RD, CAMDEN SC
2170 DUCK COVE RD, CAMDEN SC
2174 DUCK COVE RD, CAMDEN SC
2178 DUCK COVE RD, CAMDEN SC
2184 DUCK COVE RD, CAMDEN SC
1769 LAKESHORE RD, CAMDEN SC
1781 LAKESHORE RD, CAMDEN SC
1787 LAKESHORE RD, CAMDEN SC
1793 LAKESHORE RD, CAMDEN SC
1799 LAKESHORE RD, CAMDEN SC
1805 LAKESHORE RD, CAMDEN SC
1813 LAKESHORE RD, CAMDEN SC
1823 LAKESHORE RD, CAMDEN SC
1833 LAKESHORE RD, CAMDEN SC
1839 LAKESHORE RD, CAMDEN SC
1843 LAKESHORE RD, CAMDEN SC
2196 MALLARD LN, CAMDEN SC
2194 MALLARD LN, CAMDEN SC
2188 MALLARD LN, CAMDEN SC
2184 MALLARD LN, CAMDEN SC
2178 MALLARD LN, CAMDEN SC
2170 MALLARD LN, CAMDEN SC
2171 MALLARD LN, CAMDEN SC
2166 MALLARD RD, CAMDEN SC
2160 MALLARD RD, CAMDEN SC
2154 MALLARD RD, CAMDEN SC
2148 MALLARD RD, CAMDEN SC
2149 MALLARD RD, CAMDEN SC
2153 MALLARD RD, CAMDEN SC
2167 MALLARD RD, CAMDEN SC
2173 MALLARD RD, CAMDEN SC

JONES_000244

Lake Wateree Addresses.xlsx

2181 MALLARD RD, CAMDEN SC
1849 LAKESHORE RD, CAMDEN SC
1853 LAKESHORE RD, CAMDEN SC
1859 LAKESHORE RD, CAMDEN SC
1865 LAKESHORE RD, CAMDEN SC
1869 LAKESHORE RD, CAMDEN SC
5 GIN HOUSE LN, CAMDEN SC
13 GIN HOUSE LN, CAMDEN SC
17 GIN HOUSE LN, CAMDEN SC
19 GIN HOUSE LN, CAMDEN SC
10 GIN HOUSE LN, CAMDEN SC
1877 LAKESHORE RD, CAMDEN SC
1891 LAKESHORE RD, CAMDEN SC
1897 LAKESHORE RD, CAMDEN SC
1903 LAKESHORE RD, CAMDEN SC
1909 LAKESHORE RD, CAMDEN SC
1915 LAKESHORE RD, CAMDEN SC
1919 LAKESHORE RD, CAMDEN SC
1927 LAKESHORE RD, CAMDEN SC
1935 LAKESHORE RD, CAMDEN SC
1941 LAKESHORE RD, CAMDEN SC
1961 LAKESHORE RD, CAMDEN SC
1967 LAKESHORE RD, CAMDEN SC
1975 LAKESHORE RD, CAMDEN SC
1979 LAKESHORE RD, CAMDEN SC
1981 LAKESHORE RD, CAMDEN SC
1987 LAKESHORE RD, CAMDEN SC
1997 LAKESHORE RD, CAMDEN SC
2005 LAKESHORE RD, CAMDEN SC
2013 LAKESHORE RD, CAMDEN SC
2017 LAKESHORE RD, CAMDEN SC
2025 LAKESHORE RD, CAMDEN SC
2033 LAKESHORE RD, CAMDEN SC
2041 LAKESHORE RD, CAMDEN SC
2045 LAKESHORE RD, CAMDEN SC
2049 LAKESHORE RD, CAMDEN SC
2055 LAKESHORE RD, CAMDEN SC
2063 LAKESHORE RD, CAMDEN SC
2067 LAKESHORE RD, CAMDEN SC
2071 LAKESHORE RD, CAMDEN SC
2075 LAKESHORE RD, CAMDEN SC

JONES_000245

Lake Wateree Addresses.xlsx

2079 LAKESHORE RD, CAMDEN SC
2081 LAKESHORE RD, CAMDEN SC
2089 LAKESHORE RD, CAMDEN SC
2095 LAKESHORE RD, CAMDEN SC
2101 LAKESHORE RD, CAMDEN SC
2105 LAKESHORE RD, CAMDEN SC
2111 LAKESHORE RD, CAMDEN SC
2115 LAKESHORE RD, CAMDEN SC
2121 LAKESHORE RD, CAMDEN SC
2125 LAKESHORE RD, CAMDEN SC
9 CRANE CREEK DR, CAMDEN SC
10 CRANE CREEK DR, CAMDEN SC
2131 LAKESHORE RD, CAMDEN SC
2137 LAKESHORE RD, CAMDEN SC
2145 LAKESHORE RD, CAMDEN SC
2153 LAKESHORE RD, CAMDEN SC
2161 LAKESHORE RD, CAMDEN SC
2169 LAKESHORE RD, CAMDEN SC
2175 LAKESHORE RD, CAMDEN SC
2179 LAKESHORE RD, CAMDEN SC
2183 LAKESHORE RD, CAMDEN SC
2187 LAKESHORE RD, CAMDEN SC
2193 LAKESHORE RD, CAMDEN SC
2205 LAKESHORE RD, CAMDEN SC
2219 LAKESHORE RD, CAMDEN SC
223 LAKESHORE RD, CAMDEN SC
2227 LAKESHORE RD, CAMDEN SC
2233 LAKESHORE RD, CAMDEN SC
2237 LAKESHORE RD, CAMDEN SC
2243 LAKESHORE RD, CAMDEN SC
2301 LAKESHORE RD, CAMDEN SC
2353 HARBOR VIEW RD, CAMDEN SC
2361 HARBOR VIEW RD, CAMDEN SC
2369 HARBOR VIEW RD, CAMDEN SC
2375 HARBOR VIEW RD, CAMDEN SC
2381 HARBOR VIEW RD, CAMDEN SC
2387 HARBOR VIEW RD, CAMDEN SC
2393 HARBOR VIEW RD, CAMDEN SC
2399 HARBOR VIEW RD, CAMDEN SC
2405 HARBOR VIEW RD, CAMDEN SC
2411 HARBOR VIEW RD, CAMDEN SC

JONES_000246

2419 HARBOR VIEW RD, CAMDEN SC
2425 HARBOR VIEW RD, CAMDEN SC
2431 HARBOR VIEW RD, CAMDEN SC
2437 HARBOR VIEW RD, CAMDEN SC
2441 HARBOR VIEW RD, CAMDEN SC
2445 HARBOR VIEW RD, CAMDEN SC
2449 HARBOR VIEW RD, CAMDEN SC
2453 HARBOR VIEW RD, CAMDEN SC
2457 HARBOR VIEW RD, CAMDEN SC
2465 HARBOR VIEW RD, CAMDEN SC
2471 HARBOR VIEW RD, CAMDEN SC
2473 HARBOR VIEW RD, CAMDEN SC
2475 HARBOR VIEW RD, CAMDEN SC
2477 HARBOR VIEW RD, CAMDEN SC
2481 HARBOR VIEW RD, CAMDEN SC
2487 HARBOR VIEW RD, CAMDEN SC
2493 HARBOR VIEW RD, CAMDEN SC
2499 HARBOR VIEW RD, CAMDEN SC
2505 HARBOR VIEW RD, CAMDEN SC
2525 HARBOR VIEW RD, CAMDEN SC
2533 HARBOR VIEW RD, CAMDEN SC
2539 HARBOR VIEW RD, CAMDEN SC
2477 HARBOR VIEW RD, CAMDEN SC 29020
2481 HARBOR VIEW RD, CAMDEN SC 29020
2487 HARBOR VIEW RD, CAMDEN SC 29020
2493 HARBOR VIEW RD, CAMDEN SC 29020
2499 HARBOR VIEW RD, CAMDEN SC 29020
2505 HARBOR VIEW RD, CAMDEN SC 29020
2525 HARBOR VIEW RD, CAMDEN SC 29020
2533 HARBOR VIEW RD, CAMDEN SC 29020
2539 HARBOR VIEW RD, CAMDEN SC 29020
2543 HARBOR VIEW RD, CAMDEN SC 29020
2547 HARBOR VIEW RD, CAMDEN SC 29020
2549 HARBOR VIEW RD, CAMDEN SC 29020
2553 HARBOR VIEW RD, CAMDEN SC 29020
2559 HARBOR VIEW RD, CAMDEN SC 29020
2565 HARBOR VIEW RD, CAMDEN SC 29020
2577 HARBOR VIEW RD, CAMDEN SC 29020
2581 HARBOR VIEW RD, CAMDEN SC 29020
2587 HARBOR VIEW RD, CAMDEN SC 29020
2591 HARBOR VIEW RD, CAMDEN SC 29020

JONES_000247

Lake Wateree Addresses.xlsx

2597 HARBOR VIEW RD, CAMDEN SC 29020
2605 HARBOR VIEW RD, CAMDEN SC 29020
2631 HARBOR VIEW RD, CAMDEN SC 29020
2637 HARBOR VIEW RD, CAMDEN SC 29020
2645 HARBOR VIEW RD, CAMDEN SC 29020
2653 HARBOR VIEW RD, CAMDEN SC 29020
2651 HARBOR VIEW RD, CAMDEN SC 29020
2655 HARBOR VIEW RD, CAMDEN SC 29020
2659 HARBOR VIEW RD, CAMDEN SC 29020
2665 HARBOR VIEW RD, CAMDEN SC 29020
2671 HARBOR VIEW RD, CAMDEN SC 29020
2679 HARBOR VIEW RD, CAMDEN SC 29020
2683 HARBOR VIEW RD, CAMDEN SC 29020

1547 CARL A HORTON RD, CAMDEN SC 29020

1543 CARL A HORTON RD, CAMDEN SC 29020

1539 CARL A HORTON RD, CAMDEN SC 29020

1533 CARL A HORTON RD, CAMDEN SC 29020

1529 CARL A HORTON RD, CAMDEN SC 29020

1525 CARL A HORTON RD, CAMDEN SC 29020

1523 CARL A HORTON RD, CAMDEN SC 29020

1519 CARL A HORTON RD, CAMDEN SC 29020

1515 CARL A HORTON RD, CAMDEN SC 29020

1509 CARL A HORTON RD, CAMDEN SC 29020

1505 CARL A HORTON RD, CAMDEN SC 29020

1497 CARL A HORTON RD, CAMDEN SC 29020

1491 CARL A HORTON RD, CAMDEN SC 29020

1902 CARL A HORTON RD, CAMDEN SC 29020

JONES_000248

1483 CARL A HORTON RD, CAMDEN SC 29020

1479 CARL A HORTON RD, CAMDEN SC 29020

1477 CARL A HORTON RD, CAMDEN SC 29020

1475 CARL A HORTON RD, CAMDEN SC 29020

1473 CARL A HORTON RD, CAMDEN SC 29020

1471A CARL A HORTON RD, CAMDEN SC 29020

1471 CARL A HORTON RD, CAMDEN SC 29020

1469 CARL A HORTON RD, CAMDEN SC 29020

1467 CARL A HORTON RD, CAMDEN SC 29020

2273 HORTON ACRES LN, CAMDEN SC 29020

2277 HORTON ACRES LN, CAMDEN SC 29020

2279 HORTON ACRES LN, CAMDEN SC 29020

2285 HORTON ACRES LN, CAMDEN SC 29020

2287 HORTON ACRES LN, CAMDEN SC 29020

2289 HORTON ACRES LN, CAMDEN SC 29020

2291 HORTON ACRES LN, CAMDEN SC 29020

2293 HORTON ACRES LN, CAMDEN SC 29020

2295 HORTON ACRES LN, CAMDEN SC 29020

2299 HORTON ACRES LN, CAMDEN SC 29020

2168 HORTON COVE RD, CAMDEN SC 29020
2166 HORTON COVE RD, CAMDEN SC 29020
2160 HORTON COVE RD, CAMDEN SC 29020

JONES_000249

2142 HORTON COVE RD, CAMDEN SC 29020

2207B HORTON COVE RD, CAMDEN SC 29020

2207C HORTON COVE RD, CAMDEN SC 29020

2215 HORTON COVE RD, CAMDEN SC 29020

2221B HORTON COVE RD, CAMDEN SC 29020

2243A HORTON COVE RD, CAMDEN SC 29020

2247 HORTON COVE RD, CAMDEN SC 29020

2273A HORTON COVE RD, CAMDEN SC 29020

2273B HORTON COVE RD, CAMDEN SC 29020

2273C HORTON COVE RD, CAMDEN SC 29020

2273E HORTON COVE RD, CAMDEN SC 29020

2279 HORTON COVE RD, CAMDEN SC 29020
2341 HORTON LN, CAMDEN SC 29020
2342 HORTON LN, CAMDEN SC 29020
2332 HORTON LN, CAMDEN SC 29020
2380 HORTON TRL, CAMDEN SC 29020

1808 CARL A HORTON RD, CAMDEN SC 29020

1818 CARL A HORTON RD, CAMDEN SC 29020

1810 CARL A HORTON RD, CAMDEN SC 29020

1902A CARL A HORTON RD, CAMDEN SC 29020

1821 SAILING CLUB RD, CAMDEN SC 29020
1643 SAILING CLUB RD, CAMDEN SC 29020
1639 SAILING CLUB RD, CAMDEN SC 29020
1635 SAILING CLUB RD, CAMDEN SC 29020
1631 SAILING CLUB RD, CAMDEN SC 29020
1627 SAILING CLUB RD, CAMDEN SC 29020
1623 SAILING CLUB RD, CAMDEN SC 29020
1619 SAILING CLUB RD, CAMDEN SC 29020
1615 SAILING CLUB RD, CAMDEN SC 29020

JONES_000250

Lake Wateree Addresses.xlsx

1611 SAILING CLUB RD, CAMDEN SC 29020
1607 SAILING CLUB RD, CAMDEN SC 29020
1603 SAILING CLUB RD, CAMDEN SC 29020
1599 SAILING CLUB RD, CAMDEN SC 29020
1597 SAILING CLUB RD, CAMDEN SC 29020
1595 SAILING CLUB RD, CAMDEN SC 29020
1593 SAILING CLUB RD, CAMDEN SC 29020
1591 SAILING CLUB RD, CAMDEN SC 29020
1583 SAILING CLUB RD, CAMDEN SC 29020
1579 SAILING CLUB RD, CAMDEN SC 29020
1573 SAILING CLUB RD, CAMDEN SC 29020
70 MERRY WAY, CAMDEN SC 29020
58 MERRY WAY, CAMDEN SC 29020
52 MERRY WAY, CAMDEN SC 29020
46 MERRY WAY, CAMDEN SC 29020
42 MERRY WAY, CAMDEN SC 29020
38 MERRY WAY, CAMDEN SC 29020
1748 SAILING CLUB RD, CAMDEN SC 29020
1750 SAILING CLUB RD, CAMDEN SC 29020
1756 SAILING CLUB RD, CAMDEN SC 29020
1762 SAILING CLUB RD, CAMDEN SC 29020
1768 SAILING CLUB RD, CAMDEN SC 29020
1772 SAILING CLUB RD, CAMDEN SC 29020
1784 SAILING CLUB RD, CAMDEN SC 29020
1792 SAILING CLUB RD, CAMDEN SC 29020
1875 SAILING CLUB RD, CAMDEN SC 29020
1802 SAILING CLUB RD, CAMDEN SC 29020
1806 SAILING CLUB RD, CAMDEN SC 29020
1816 SAILING CLUB RD, CAMDEN SC 29020
1820 SAILING CLUB RD, CAMDEN SC 29020
1828 SAILING CLUB RD, CAMDEN SC 29020
1834 SAILING CLUB RD, CAMDEN SC 29020
3 NAUTICAL DR, CAMDEN SC 29020
9 NAUTICAL DR, CAMDEN SC 29020
15 NAUTICAL DR, CAMDEN SC 29020
21 NAUTICAL DR, CAMDEN SC 29020
25 NAUTICAL DR, CAMDEN SC 29020
29 NAUTICAL DR, CAMDEN SC 29020
33 NAUTICAL DR, CAMDEN SC 29020
37 NAUTICAL DR, CAMDEN SC 29020
41 NAUTICAL DR, CAMDEN SC 29020

JONES_000251

Lake Wateree Addresses.xlsx

47 NAUTICAL DR, CAMDEN SC 29020
53 NAUTICAL DR, CAMDEN SC 29020
59 NAUTICAL DR, CAMDEN SC 29020
63 NAUTICAL DR, CAMDEN SC 29020
67 NAUTICAL DR, CAMDEN SC 29020
69A NAUTICAL DR, CAMDEN SC 29020
69 NAUTICAL DR, CAMDEN SC 29020
71 NAUTICAL DR, CAMDEN SC 29020
66 NAUTICAL DR, CAMDEN SC 29020
64 NAUTICAL DR, CAMDEN SC 29020
62 NAUTICAL DR, CAMDEN SC 29020
58 NAUTICAL DR, CAMDEN SC 29020
52 NAUTICAL DR, CAMDEN SC 29020
46 NAUTICAL DR, CAMDEN SC 29020
2225A SAILING CLUB LN, CAMDEN SC 29020
2225 SAILING CLUB LN, CAMDEN SC 29020
2226 SAILING CLUB LN, CAMDEN SC 29020
2334 SAILING CLUB LN, CAMDEN SC 29020
2240 SAILING CLUB LN, CAMDEN SC 29020
2246 ROUND TOP LN, CAMDEN SC 29020
2238 ROUND TOP LN, CAMDEN SC 29020
2236 ROUND TOP LN, CAMDEN SC 29020
2234 ROUND TOP LN, CAMDEN SC 29020
2228 ROUND TOP LN, CAMDEN SC 29020
2222 ROUND TOP LN, CAMDEN SC 29020
2214 ROUND TOP LN, CAMDEN SC 29020
2210 ROUND TOP LN, CAMDEN SC 29020
2202 ROUND TOP LN, CAMDEN SC 29020
2164 FORT TRL, CAMDEN SC 29020
2160 FORT TRL, CAMDEN SC 29020
2154 FORT TRL, CAMDEN SC 29020
2145 FORT TRL, CAMDEN SC 29020
2066 FORT LN, CAMDEN SC 29020
2064 FORT LN, CAMDEN SC 29020
2062 FORT LN, CAMDEN SC 29020
2060 FORT LN, CAMDEN SC 29020
2056 FORT LN, CAMDEN SC 29020
2044 FORT LN, CAMDEN SC 29020
2238 M WEST RD, CAMDEN SC 29020
2240 M WEST RD, CAMDEN SC 29020
2242 M WEST RD, CAMDEN SC 29020

JONES_000252

2244 M WEST RD, CAMDEN SC 29020
2246 M WEST RD, CAMDEN SC 29020
2248 M WEST RD, CAMDEN SC 29020
2250 M WEST RD, CAMDEN SC 29020
2252 M WEST RD, CAMDEN SC 29020
2254 M WEST RD, CAMDEN SC 29020
2240 BEAVER CREEK RD, CAMDEN SC 29020
2244 BEAVER CREEK RD, CAMDEN SC 29020
2246 BEAVER CREEK RD, CAMDEN SC 29020
2248 BEAVER CREEK RD, CAMDEN SC 29020
2250 BEAVER CREEK RD, CAMDEN SC 29020
2258 BEAVER CREEK RD, CAMDEN SC 29020
2262 BEAVER CREEK RD, CAMDEN SC 29020
2270 BEAVER CREEK RD, CAMDEN SC 29020
2274 BEAVER CREEK RD, CAMDEN SC 29020
2280 BEAVER CREEK RD, CAMDEN SC 29020
2282 BEAVER CREEK RD, CAMDEN SC 29020
2288 BEAVER CREEK RD, CAMDEN SC 29020
2292 BEAVER CREEK RD, CAMDEN SC 29020
2296 BEAVER CREEK RD, CAMDEN SC 29020
2300 BEAVER CREEK RD, CAMDEN SC 29020
2302 BEAVER CREEK RD, CAMDEN SC 29020
2306 BEAVER CREEK RD, CAMDEN SC 29020
2310 BEAVER CREEK RD, CAMDEN SC 29020
2312 BEAVER CREEK RD, CAMDEN SC 29020
2314 BEAVER CREEK RD, CAMDEN SC 29020
2318 BEAVER CREEK RD, CAMDEN SC 29020
2320 BEAVER CREEK RD, CAMDEN SC 29020
2326 BEAVER CREEK RD, CAMDEN SC 29020
2328 BEAVER CREEK RD, CAMDEN SC 29020
2330 BEAVER CREEK RD, CAMDEN SC 29020
2332 BEAVER CREEK RD, CAMDEN SC 29020
2340 BEAVER CREEK RD, CAMDEN SC 29020
2342 BEAVER CREEK RD, CAMDEN SC 29020
2346 BEAVER CREEK RD, CAMDEN SC 29020
2350 BEAVER CREEK RD, CAMDEN SC 29020
2354 BEAVER CREEK RD, CAMDEN SC 29020
2358 BEAVER CREEK RD, CAMDEN SC 29020
2362 BEAVER CREEK RD, CAMDEN SC 29020
2366 BEAVER CREEK RD, CAMDEN SC 29020
2370 BEAVER CREEK RD, CAMDEN SC 29020

JONES_000253

2372 BEAVER CREEK RD, CAMDEN SC 29020
2376 BEAVER CREEK RD, CAMDEN SC 29020
2380 BEAVER CREEK RD, CAMDEN SC 29020
2386 BEAVER CREEK RD, CAMDEN SC 29020
2789 FORT RD, CAMDEN SC 29020

3438 JOHN G RICHARDS RD, CAMDEN SC 29020

3416 JOHN G RICHARDS RD, CAMDEN SC 29020

3402  JOHN G RICHARDS RD, CAMDEN SC
29020

3396 JOHN G RICHARDS RD, CAMDEN SC 29020

3374 JOHN G RICHARDS RD, CAMDEN SC 29020

2463 BOWDEN RD, CAMDEN SC 29020
2467 BOWDEN RD, CAMDEN SC 29020
2471 BOWDEN RD, CAMDEN SC 29020
2477 BOWDEN RD, CAMDEN SC 29020
2485 BOWDEN RD, CAMDEN SC 29020
2493 BOWDEN RD, CAMDEN SC 29020
2499 BOWDEN RD, CAMDEN SC 29020
2507 BOWDEN RD, CAMDEN SC 29020
2515 BOWDEN RD, CAMDEN SC 29020
2521 BOWDEN RD, CAMDEN SC 29020
2535 BOWDEN RD, CAMDEN SC 29020
2525 BOWDEN RD, CAMDEN SC 29020
2529 BOWDEN RD, CAMDEN SC 29020
2533 BOWDEN RD, CAMDEN SC 29020

3342 JOHN G RICHARDS RD, CAMDEN SC 29020

1902 WHITE RD, CAMDEN SC 29020
1900 WHITE RD, CAMDEN SC 29020
1904 WHITE RD, CAMDEN SC 29020
1908 WHITE RD, CAMDEN SC 29020
1918 WHITE RD, CAMDEN SC 29020
1924 WHITE RD, CAMDEN SC 29020
1929 WHITE RD, CAMDEN SC 29020
1930 WHITE RD, CAMDEN SC 29020
1938 WHITE RD, CAMDEN SC 29020
1944 WHITE RD, CAMDEN SC 29020

JONES_000254

1951 WHITE RD, CAMDEN SC 29020

1954 WHITE RD, CAMDEN SC 29020

1958 WHITE RD, CAMDEN SC 29020

1960 WHITE RD, CAMDEN SC 29020

1964 WHITE RD, CAMDEN SC 29020

1969 WHITE RD, CAMDEN SC 29020

1976 WHITE RD, CAMDEN SC 29020

1990 WHITE RD, CAMDEN SC 29020

1824 HILTON RD, HEATH SPRINGS SC 29058

2526 COTTAGE LN, LIBERTY HILL SC 29074

2518 COTTAGE LN, LIBERTY HILL SC 29074

2514 COTTAGE LN, LIBERTY HILL SC 29074

2510 COTTAGE LN, LIBERTY HILL SC 29074

2504 COTTAGE LN, LIBERTY HILL SC 29074

2498 COTTAGE LN, LIBERTY HILL SC 29074

2496 COTTAGE LN, LIBERTY HILL SC 29074

2494 COTTAGE LN, LIBERTY HILL SC 29074

2490 COTTAGE LN, LIBERTY HILL SC 29074

2488 COTTAGE LN, LIBERTY HILL SC 29074

2484 COTTAGE LN, LIBERTY HILL SC 29074

2480 COTTAGE LN, LIBERTY HILL SC 29074

2478 COTTAGE LN, LIBERTY HILL SC 29074

2474 COTTAGE LN, LIBERTY HILL SC 29074

2472 COTTAGE LN, LIBERTY HILL SC 29074

2470 COTTAGE LN, LIBERTY HILL SC 29074

2466 COTTAGE LN, LIBERTY HILL SC 29074

2462 COTTAGE LN, LIBERTY HILL SC 29074

2460 COTTAGE LN, LIBERTY HILL SC 29074

2458 COTTAGE LN, LIBERTY HILL SC 29074

2456 COTTAGE LN, LIBERTY HILL SC 29074

2450 COTTAGE LN, LIBERTY HILL SC 29074

2448 COTTAGE LN, LIBERTY HILL SC 29074

2444 COTTAGE LN, LIBERTY HILL SC 29074

2442 COTTAGE LN, LIBERTY HILL SC 29074

2440 COTTAGE LN, LIBERTY HILL SC 29074

2438 COTTAGE LN, LIBERTY HILL SC 29074

2436 COTTAGE LN, LIBERTY HILL SC 29074

2434 COTTAGE LN, LIBERTY HILL SC 29074

2386 COTTAGE LN, LIBERTY HILL SC 29074

2382 LITTLE CREEK RD, LIBERTY HILL SC 29074

JONES_000255

Lake Wateree Addresses.xlsx

2372 LITTLE CREEK RD, LIBERTY HILL SC 29074

2366 LITTLE CREEK RD, LIBERTY HILL SC 29074

2360 LITTLE CREEK RD, LIBERTY HILL SC 29074

2356 LITTLE CREEK RD, LIBERTY HILL SC 29074

2352 LITTLE CREEK RD, LIBERTY HILL SC 29074

2344 LITTLE CREEK RD, LIBERTY HILL SC 29074

2340 LITTLE CREEK RD, LIBERTY HILL SC 29074

2339 LITTLE CREEK RD, LIBERTY HILL SC 29074

2341 LITTLE CREEK RD, LIBERTY HILL SC 29074

2343 LITTLE CREEK RD, LIBERTY HILL SC 29074

2345 LITTLE CREEK RD, LIBERTY HILL SC 29074

2347 LITTLE CREEK RD, LIBERTY HILL SC 29074

2351 LITTLE CREEK RD, LIBERTY HILL SC 29074

2357 LITTLE CREEK RD, LIBERTY HILL SC 29074

2361 LITTLE CREEK RD, LIBERTY HILL SC 29074

2369 LITTLE CREEK RD, LIBERTY HILL SC 29074

2377 LITTLE CREEK RD, LIBERTY HILL SC 29074

2381 LITTLE CREEK RD, LIBERTY HILL SC 29074

2385 LITTLE CREEK RD, LIBERTY HILL SC 29074

2387 LITTLE CREEK RD, LIBERTY HILL SC 29074

JONES_000256

Lake Wateree Addresses.xlsx

2295 WATERFRONT RD, LIBERTY HILL SC 29074

2253 WATERFRONT RD, LIBERTY HILL SC 29074

50 IVORY GULL LN, LIBERTY HILL SC 29074

2458 MCWHIRTER LN, LIBERTY HILL SC 29074

2456 MCWHIRTER LN, LIBERTY HILL SC 29074

2452 MCWHIRTER LN, LIBERTY HILL SC 29074

2448 MCWHIRTER LN, LIBERTY HILL SC 29074

2444 MCWHIRTER LN, LIBERTY HILL SC 29074

2442 MCWHIRTER LN, LIBERTY HILL SC 29074

2438 MCWHIRTER LN, LIBERTY HILL SC 29074

2434 MCWHIRTER LN, LIBERTY HILL SC 29074

2430 MCWHIRTER LN, LIBERTY HILL SC 29074

2426 MCWHIRTER LN, LIBERTY HILL SC 29074

2422 MCWHIRTER LN, LIBERTY HILL SC 29074

2418 MCWHIRTER LN, LIBERTY HILL SC 29074

2414 MCWHIRTER LN, LIBERTY HILL SC 29074

3482 JOHN G RICHARDS RD, LIBERTY HILL SC 29074

3473 JOHN G RICHARDS RD, LIBERTY HILL SC 29074

2371 DOLAN LN, LIBERTY HILL SC 29074
2367 DOLAN LN, LIBERTY HILL SC 29074
2365 DOLAN LN, LIBERTY HILL SC 29074
2357 DOLAN LN, LIBERTY HILL SC 29074
2351 DOLAN LN, LIBERTY HILL SC 29074
2347 DOLAN LN, LIBERTY HILL SC 29074

JONES_000257

2341 DOLAN LN, LIBERTY HILL SC 29074
2335 DOLAN LN, LIBERTY HILL SC 29074
2329 DOLAN LN, LIBERTY HILL SC 29074
2328 DOLAN LN, LIBERTY HILL SC 29074
2324 DOLAN LN, LIBERTY HILL SC 29074
2320 DOLAN LN, LIBERTY HILL SC 29074
2319 DOLAN LN, LIBERTY HILL SC 29074
2313 DOLAN LN, LIBERTY HILL SC 29074
2314 DOLAN LN, LIBERTY HILL SC 29074
2307 DOLAN LN, LIBERTY HILL SC 29074
2303 DOLAN LN, LIBERTY HILL SC 29074
2297 DOLAN LN, LIBERTY HILL SC 29074

2460 ARROWHEAD RD, LIBERTY HILL SC 29074

2450 HAMMOND RD, LIBERTY HILL SC 29074
2438 HAMMOND RD, LIBERTY HILL SC 29074
2432 HAMMOND RD, LIBERTY HILL SC 29074
2426 HAMMOND RD, LIBERTY HILL SC 29074
2418 HAMMOND RD, LIBERTY HILL SC 29074
2410 HAMMOND RD, LIBERTY HILL SC 29074
2406 HAMMOND RD, LIBERTY HILL SC 29074
2400 HAMMOND RD, LIBERTY HILL SC 29074
2380 HAMMOND RD, LIBERTY HILL SC 29074
2372 HAMMOND RD, LIBERTY HILL SC 29074
2450 DARBY RD, LIBERTY HILL SC 29074
2452 DARBY RD, LIBERTY HILL SC 29074
2454 DARBY RD, LIBERTY HILL SC 29074
2460 DARBY RD, LIBERTY HILL SC 29074
2464 DARBY RD, LIBERTY HILL SC 29074
2468 DARBY RD, LIBERTY HILL SC 29074
2472 DARBY RD, LIBERTY HILL SC 29074
2474 DARBY RD, LIBERTY HILL SC 29074
2482 DARBY RD, LIBERTY HILL SC 29074
2360 GULL RD, LIBERTY HILL SC 29074
2346 GULL RD, LIBERTY HILL SC 29074
2338 GULL RD, LIBERTY HILL SC 29074
2332 GULL RD, LIBERTY HILL SC 29074
2328 GULL RD, LIBERTY HILL SC 29074
2322 GULL RD, LIBERTY HILL SC 29074
2316 GULL RD, LIBERTY HILL SC 29074
2312 GULL RD, LIBERTY HILL SC 29074

JONES_000258

Lake Wateree Addresses.xlsx

2315 GULL RD, LIBERTY HILL SC 29074
2321 GULL RD, LIBERTY HILL SC 29074
2327 GULL RD, LIBERTY HILL SC 29074
2333 GULL RD, LIBERTY HILL SC 29074
2339 GULL RD, LIBERTY HILL SC 29074
2345 GULL RD, LIBERTY HILL SC 29074
2351 GULL RD, LIBERTY HILL SC 29074
2359 GULL RD, LIBERTY HILL SC 29074

2380 LITTLE GULL RD, LIBERTY HILL SC 29074

2376 LITTLE GULL RD, LIBERTY HILL SC 29074

2374 LITTLE GULL RD, LIBERTY HILL SC 29074

2372 LITTLE GULL RD, LIBERTY HILL SC 29074

2370 LITTLE GULL RD, LIBERTY HILL SC 29074

2368 LITTLE GULL RD, LIBERTY HILL SC 29074

2366 LITTLE GULL RD, LIBERTY HILL SC 29074

2356 LITTLE GULL RD, LIBERTY HILL SC 29074

2354 LITTLE GULL RD, LIBERTY HILL SC 29074

2355 LITTLE GULL RD, LIBERTY HILL SC 29074

2365 LITTLE GULL RD, LIBERTY HILL SC 29074

2392 LAKESIDE DR, LIBERTY HILL SC 29074
2388 LAKESIDE DR, LIBERTY HILL SC 29074
2380 LAKESIDE DR, LIBERTY HILL SC 29074
2374 LAKESIDE DR, LIBERTY HILL SC 29074
2368 LAKESIDE DR, LIBERTY HILL SC 29074
2364 LAKESIDE DR, LIBERTY HILL SC 29074
2358 LAKESIDE DR, LIBERTY HILL SC 29074
2354 LAKESIDE DR, LIBERTY HILL SC 29074
2348 LAKESIDE DR, LIBERTY HILL SC 29074
2340 LAKESIDE DR, LIBERTY HILL SC 29074
2334 LAKESIDE DR, LIBERTY HILL SC 29074

JONES_000259

Lake Wateree Addresses.xlsx

2322 LAKESIDE DR, LIBERTY HILL SC 29074

2318 JOHNS CT, LIBERTY HILL SC 29074

2316 JOHNS CT, LIBERTY HILL SC 29074

2314 JOHNS CT, LIBERTY HILL SC 29074

2302 LAKESIDE DR, LIBERTY HILL SC 29074

8 BEAVER LN, LIBERTY HILL SC 29074

18 BEAVER LN, LIBERTY HILL SC 29074

11 BEAVER LN, LIBERTY HILL SC 29074

5 BEAVER LN, LIBERTY HILL SC 29074

2290 LAKESIDE DR, LIBERTY HILL SC 29074

2364 ANNS LOOP, LIBERTY HILL SC 29074

2370 ANNS LOOP, LIBERTY HILL SC 29074

2376 ANNS LOOP, LIBERTY HILL SC 29074

2382 ANNS LOOP, LIBERTY HILL SC 29074

2388 ANNS LOOP, LIBERTY HILL SC 29074

2394 ANNS LOOP, LIBERTY HILL SC 29074

2276 LAKESIDE DR, LIBERTY HILL SC 29074

2270 LAKESIDE DR, LIBERTY HILL SC 29074

2266 LAKESIDE DR, LIBERTY HILL SC 29074

2254 LAKESIDE DR, LIBERTY HILL SC 29074

2990 SINGLETON CREEK RD, LIBERTY HILL SC 29074

83 RETREAT LN, LIBERTY HILL SC 29074

79 RETREAT LN, LIBERTY HILL SC 29074

75 RETREAT LN, LIBERTY HILL SC 29074

71 RETREAT LN, LIBERTY HILL SC 29074

67 RETREAT LN, LIBERTY HILL SC 29074

63 RETREAT LN, LIBERTY HILL SC 29074

53 RETREAT LN, LIBERTY HILL SC 29074

49 RETREAT LN, LIBERTY HILL SC 29074

45 RETREAT LN, LIBERTY HILL SC 29074

2710 SINGLETON CREEK RD, LIBERTY HILL SC 29074

35 RETREAT LN, LIBERTY HILL SC 29074

27 RETREAT LN, LIBERTY HILL SC 29074

23 RETREAT LN, LIBERTY HILL SC 29074

19 RETREAT LN, LIBERTY HILL SC 29074

15 RETREAT LN, LIBERTY HILL SC 29074

7 RETREAT LN, LIBERTY HILL SC 29074

2972 SINGLETON CREEK RD, LIBERTY HILL SC 29074

JONES_000260

Lake Wateree Addresses.xlsx

2968 SINGLETON CREEK RD, LIBERTY HILL SC
29074

127-02-00-012 SGZ NO INFO

127-02-00-011 SGZ NO INFO

2954 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2950 SINGLETON CREEK RD, LIBERTY HILL SC
29074

127-02-00-008 SGZ NO INFO

127-02-00-007-SGZ NO INFO

127-02-00-006 SGZ NO INFO

2626 WILDLIFE RD, LIBERTY HILL SC 29074

2236 WHITE HERON RD, LIBERTY HILL SC 29074

2242 WHITE HERON RD, LIBERTY HILL SC 29074

2248 WHITE HERON RD, LIBERTY HILL SC 29074

2254 WHITE HERON RD, LIBERTY HILL SC 29074

2260 WHITE HERON RD, LIBERTY HILL SC 29074

2266 WHITE HERON RD, LIBERTY HILL SC 29074

2272 WHITE HERON RD, LIBERTY HILL SC 29074

2276 WHITE HERON RD, LIBERTY HILL SC 29074

2280 WHITE HERON RD, LIBERTY HILL SC 29074

2284 WHITE HERON RD, LIBERTY HILL SC 29074

2290 WHITE HERON RD, LIBERTY HILL SC 29074

2296 WHITE HERON RD, LIBERTY HILL SC 29074

2302 WHITE HERON RD, LIBERTY HILL SC 29074

2308 WHITE HERON RD, LIBERTY HILL SC 29074

JONES_000261

2310 WHITE HERON LN, LIBERTY HILL SC 29074

2312 WHITE HERON LN, LIBERTY HILL SC 29074

2314 WHITE HERON LN, LIBERTY HILL SC 29074

2316 WHITE HERON LN, LIBERTY HILL SC 29074

2318 WHITE HERON LN, LIBERTY HILL SC 29074

2320 WHITE HERON LN, LIBERTY HILL SC 29074

2322 WHITE HERON LN, LIBERTY HILL SC 29074

2324 WHITE HERON LN, LIBERTY HILL SC 29074

2328 WHITE HERON RD, LIBERTY HILL SC 29074

2334 WHITE HERON RD, LIBERTY HILL SC 29074

2336 WHITE HERON RD, LIBERTY HILL SC 29074

2342 WHITE HERON RD, LIBERTY HILL SC 29074

2348 WHITE HERON RD, LIBERTY HILL SC 29074

2354 WHITE HERON RD, LIBERTY HILL SC 29074

2360 WHITE HERON RD, LIBERTY HILL SC 29074

2366 WHITE HERON RD, LIBERTY HILL SC 29074

2372 WHITE HERON RD, LIBERTY HILL SC 29074

2378 WHITE HERON RD, LIBERTY HILL SC 29074

2760 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2754 SINGLETON CREEK RD, LIBERTY HILL SC 29074

JONES_000262

2748 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2742 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2736 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2730 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2726 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2724 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2722 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2718 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2704 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2716 JUTTY PT, LIBERTY HILL SC 29074

2712 JUTTY PT, LIBERTY HILL SC 29074

2708 JUTTY PT, LIBERTY HILL SC 29074

2704 JUTTY PT, LIBERTY HILL SC 29074

2700 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2692 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2686 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2680 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2674 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2668 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2662 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2656 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2650 SINGLETON CREEK RD, LIBERTY HILL SC 29074

JONES_000263

Lake Wateree Addresses.xlsx

2644 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2638 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2632 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2628 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2622 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2618 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2612 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2606 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2592 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2588 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2586 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2582 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2578 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2574 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2570 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2552 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2540 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2534 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2528 SINGLETON CREEK RD, LIBERTY HILL SC
29074

2522 SINGLETON CREEK RD, LIBERTY HILL SC
29074

JONES_000264

2512 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2504 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2502 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2500 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2498 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2494 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2486 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2484 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2480 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2478 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2474 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2419 SINGLETON PT, LIBERTY HILL SC 29074

2425 SINGLETON PT, LIBERTY HILL SC 29074

2429 SINGLETON PT, LIBERTY HILL SC 29074

2433 SINGLETON PT, LIBERTY HILL SC 29074

2439 SINGLETON PT, LIBERTY HILL SC 29074

2443 SINGLETON PT, LIBERTY HILL SC 29074

2447 SINGLETON PT, LIBERTY HILL SC 29074

2449 SINGLETON PT, LIBERTY HILL SC 29074

2452 SINGLETON PT, LIBERTY HILL SC 29074

2448 SINGLETON PT, LIBERTY HILL SC 29074

2442 SINGLETON PT, LIBERTY HILL SC 29074

2438 SINGLETON PT, LIBERTY HILL SC 29074

2432 SINGLETON PT, LIBERTY HILL SC 29074

2426 SINGLETON PT, LIBERTY HILL SC 29074

2420 SINGLETON PT, LIBERTY HILL SC 29074

2412 SINGLETON PT, LIBERTY HILL SC 29074

2406 SINGLETON PT, LIBERTY HILL SC 29074

2456 SINGLETON CREEK RD, LIBERTY HILL SC 29074

JONES_000265

2430 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2424 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2414 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2404 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2400 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2392 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2384 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2378 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2364 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2360 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2356 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2350 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2342 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2336 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2320 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2314 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2308 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2304 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2298 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2294 SINGLETON CREEK RD, LIBERTY HILL SC 29074

JONES_000266

2288 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2282 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2276 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2268 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2262 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2256 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2252 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2246 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2242 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2236 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2230 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2224 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2218 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2214 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2208 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2200 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2168 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2162 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2158 SINGLETON CREEK RD, LIBERTY HILL SC 29074

2154 SINGLETON CREEK RD, LIBERTY HILL SC 29074

JONES_000267

Lake Wateree Addresses.xlsx

2148 SINGLETON CREEK RD, LIBERTY HILL SC
29074
2144 SINGLETON CREEK RD, LIBERTY HILL SC
29074
2138 SINGLETON CREEK RD, LIBERTY HILL SC
29074
2134 SINGLETON CREEK RD, LIBERTY HILL SC
29074
2132 SINGLETON CREEK RD, LIBERTY HILL SC
29074
2667 WILDLIFE RD, LIBERTY HILL SC 29074
2933 WILDLIFE RD, LIBERTY HILL SC 29074
3021 WILDLIFE RD, LIBERTY HILL SC 29074
LANCASTER COUNTY

1490 Buck Hill Landing Rd, Ridgeway SC 29130

1494 Buck Hill Landing Rd, Ridgway SC 29130

1500 Buck Hill Landing Rd, Ridgeway SC 29130

1504 Buck Hill Landing Rd, Ridgeway SC 29130

1508 Buck Hill Landing Rd, Ridgeway SC 29130

1512 Buck Hill Landing Rd, Ridgeway SC 29130

1518 Buck Hill Landing Rd, Ridgeway SC 29130

1524 Buck Hill Landing Rd, Ridgeway SC 29130

1528 Buck Hill Landing Rd, Ridgeway SC 29130

1534 Buck Hill Landing Rd, Ridgeway SC 29130

1540 Buck Hill Landing Rd, Ridgeway SC 29130

1546 Buck Hill Landing Rd, Ridgeway SC 29130

1552 Buck Hill Landing Rd, Ridgeway SC 29130

1427 Buck Hill Landing Rd, Ridgeway SC 29130

JONES_000268

1568 Ginkgo Trail, Ridgeway SC 29130
1576 Ginkgo Trail, Ridgeway SC 29130
1582 Ginkgo Trail, Ridgeway SC 29130
1588 Ginkgo Trail, Ridgeway SC 29130
1594 Ginkgo Trail, Ridgeway SC 29130
1602 Ginkgo Trail, Ridgeway SC 29130
1608 Ginkgo Trail, Ridgeway SC 29130
1614 Ginkgo Trail, Ridgeway SC 29130
1622 Ginkgo Trail, Ridgeway SC 29130
1626 Ginkgo Trail, Ridgeway SC 29130
1632 Ginkgo Trail, Ridgeway SC 29130
1634 Ginkgo Trail, Ridgeway SC 29130
1636 Ginkgo Trail, Ridgeway SC 29130
1640 Ginkgo Trail, Ridgeway SC 29130
1646 Ginkgo Trail, Ridgeway SC 29130
1652 Ginkgo Trail, Ridgeway SC 29130
1658 Ginkgo Trail, Ridgeway SC 29130
1662 Ginkgo Trail, Ridgeway SC 29130
1676 Ginkgo Trail, Ridgeway SC 29130
1682 Ginkgo Trail, Ridgeway SC 29130
1688 Ginkgo Trail, Ridgeway SC 29130
1690 Ginkgo Trail, Ridgeway SC 29130
1685 Ginkgo Trail, Ridgeway SC 29130
1681 Ginkgo Trail, Ridgeway SC 29130
1677 Ginkgo Trail, Ridgeway SC 29130
1402 Lake Rd, Ridgeway SC 29130
1404 Lake Rd, Ridgeway SC 29130
1406 Lake Rd, Ridgeway SC 29130
1408 Lake Rd, Ridgeway SC 29130
1412A Lake Rd, Ridgeway SC 29130
1414 Lake Rd, Ridgeway SC 29130
1416 Lake Rd, Ridgeway SC 29130
1418 Lake Rd, Ridgeway SC 29130
1424 Lake Rd, Ridgeway SC 29130
1430 Lake Rd, Ridgeway SC 29130
1438 Lake Rd, Ridgeway SC 29130
1450 Lake Rd, Ridgeway SC 29130
1460 Lake Rd, Ridgeway SC 29130
1468 Lake Rd, Ridgeway SC 29130
1476 Lake Rd, Ridgeway SC 29130
1600 Catclaw Ln, Ridgeway SC 29130

JONES_000269

Lake Wateree Addresses.xlsx

1608 Catclaw Ln, Ridgeway SC 29130
1610 Catclaw Ln, Ridgeway SC 29130
1622 Catclaw Ln, Ridgeway SC 29130
1630 Catclaw Ln, Ridgeway SC 29130
1634 Catclaw Ln, Ridgeway SC 29130
1640 Catclaw Ln, Ridgeway SC 29130
1644 Catclaw Ln, Ridgeway SC 29130
1648 Catclaw Ln, Ridgeway SC 29130
1652 Catclaw Ln, Ridgeway SC 29130
1666 Catclaw Ln, Ridgeway SC 29130
1674 Mallard Point Ln, Ridgeway SC 29130
1684 Mallard Point Ln, Ridgeway SC 29130
1688 Mallard Point Ln, Ridgeway SC 29130
1694 Mallard Point Ln, Ridgeway SC 29130
1700 Mallard Point Ln, Ridgeway SC 29130
1708 Mallard Point Ln, Ridgeway SC 29130
1718 Catclaw Ln, Ridgeway SC 29130
1752 Catclaw Ln, Ridgeway SC 29130
1756 Catclaw Ln, Ridgeway SC 29130
1760 Catclaw Ln, Ridgeway SC 29130
1764 Catclaw Ln, Ridgeway SC 29130
1768 Catclaw Ln, Ridgeway SC 29130
1772A Catclaw Ln, Ridgeway SC 29130
1776 Catclaw Ln, Ridgeway SC 29130
1780 Catclaw Ln, Ridgeway SC 29130
1784 Catclaw Ln, Ridgeway SC 29130
1788 Catclaw Ln, Ridgeway SC 29130
1792 Catclaw Ln, Ridgeway SC 29130
1516 Lake Rd, Ridgeway SC 29130
1524 Lake Rd, Ridgeway SC 29130
1544 Lake Rd, Ridgeway SC 29130
1550 Lake Rd, Ridgeway SC 29130
1554 Lake Rd, Ridgeway SC 29130
1558 Lake Rd, Ridgeway SC 29130
1562 Lake Rd, Ridgeway SC 29130
1566 Lake Rd, Ridgeway SC 29130
1574 Lake Rd, Ridgeway SC 29130
1586 Lake Rd, Ridgeway SC 29130
1592 Lake Rd, Ridgeway SC 29130
1594 Lake Rd, Ridgeway SC 29130
1602 Lake Rd, Ridgeway SC 29130

JONES_000270

Lake Wateree Addresses.xlsx

1612 Lake Rd, Ridgeway SC 29130
1602 Blackgum Ln, Ridgeway SC 29130
1608 Blackgum Ln, Ridgeway SC 29130
1612 Blackgum Ln, Ridgeway SC 29130
1618 Blackgum Ln, Ridgeway SC 29130
1622 Blackgum Ln, Ridgeway SC 29130
1626 Blackgum Ln, Ridgeway SC 29130
1630 Blackgum Ln, Ridgeway SC 29130
1634 Blackgum Ln, Ridgeway SC 29130
1638 Blackgum Ln, Ridgeway SC 29130
1642 Blackgum Ln, Ridgeway SC 29130
1646 Blackgum Ln, Ridgeway SC 29130
1650 Blackgum Ln, Ridgeway SC 29130
1652 Blackgum Ln, Ridgeway SC 29130
1624 Lake Rd, Ridgeway SC 29130
1628 Lake Rd, Ridgeway SC 29130
1634 Lake Rd, Ridgeway SC 29130
1642 Lake Rd, Ridgeway SC 29130
1646 Lake Rd, Ridgeway SC 29130
1654 Lake Rd, Ridgeway SC 29130
1662 Lake Rd, Ridgeway SC 29130
1672 Lake Rd, Ridgeway SC 29130
1678 Lake Rd, Ridgeway SC 29130
1684 Lake Rd, Ridgeway SC 29130
1688 Lake Rd, Ridgeway SC 29130
1692 Lake Rd, Ridgeway SC 29130
1704 Lake Rd, Ridgeway SC 29130
1710 Lake Rd, Ridgeway SC 29130
1714 Lake Rd, Ridgeway SC 29130
1720 Lake Rd, Ridgeway SC 29130
1724 Lake Rd, Ridgeway SC 29130
1728 Lake Rd, Ridgeway SC 29130
1732 Lake Rd, Ridgeway SC 29130
1736 Lake Rd, Ridgeway SC 29130
1742 Lake Rd, Ridgeway SC 29130
1750 Lake Rd, Ridgeway SC 29130
1760 Lake Rd, Ridgeway SC 29130
1766 Lake Rd, Ridgeway SC 29130
1772 Lake Rd, Ridgeway SC 29130
1780 Lake Rd, Ridgeway SC 29130
1788 Lake Rd, Ridgeway SC 29130

JONES_000271

1806 Lake Rd, Ridgeway SC 29130
1814 Lake Rd, Ridgeway SC 29130
1820 Lake Rd, Ridgeway SC 29130
1824 Lake Rd, Ridgeway SC 29130
1830 Lake Rd, Ridgeway SC 29130
1834 Lake Rd, Ridgeway SC 29130
1838 Lake Rd, Ridgeway SC 29130
1838A Lake Rd, Ridgeway SC 29130
1842 Lake Rd, Ridgeway SC 29130
1848 Lake Rd, Ridgeway SC 29130
1852 Lake Rd, Ridgeway SC 29130
1858 Lake Rd, Ridgeway SC 29130
1860A Lake Rd, Ridgeway SC 29130
1860 Lake Rd, Ridgeway SC 29130
1866 Lake Rd, Ridgeway SC 29130
1876 Lake Rd, Ridgeway SC 29130
1882 Lake Rd, Ridgeway SC 29130
22 Doe Trail, Ridgeway SC 29130
24 Doe Trail, Ridgeway SC 29130
23 Doe Trail, Ridgeway SC 29130
1886 Lake Rd, Ridgeway SC 29130
1890 Lake Rd, Ridgeway SC 29130
1896 Lake Rd, Ridgeway SC 29130
1902 Lake Rd, Ridgeway SC 29130
1908 Lake Rd, Ridgeway SC 29130
1914 Lake Rd, Ridgeway SC 29130
1920 Lake Rd, Ridgeway SC 29130
1926 Lake Rd, Ridgeway SC 29130
1932 Lake Rd, Ridgeway SC 29130
1938 Lake Rd, Ridgeway SC 29130
1946 Lake Rd, Ridgeway SC 29130
1954 Lake Rd, Ridgeway SC 29130
1962 Lake Rd, Ridgeway SC 29130
1968 Lake Rd, Ridgeway SC 29130
1978 Lake Rd, Ridgeway SC 29130
1982 Lake Rd, Ridgeway SC 29130
1986 Lake Rd, Ridgeway SC 29130
1988 Lake Rd, Ridgeway SC 29130
1996 Lake Rd, Ridgeway SC 29130
2004 Lake Rd, Ridgeway SC 29130
2010 Lake Rd, Ridgeway SC 29130

JONES_000272

2016 Lake Rd, Ridgeway SC 29130
2022 Lake Rd, Ridgeway SC 29130
2028 Lake Rd, Ridgeway SC 29130
2032 Lake Rd, Ridgeway SC 29130
2038 Lake Rd, Ridgeway SC 29130
2044 Lake Rd, Ridgeway SC 29130
2048 Lake Rd, Ridgeway SC 29130
2052 Lake Rd, Ridgeway SC 29130
2058 Lake Rd, Ridgeway SC 29130
2064 Lake Rd, Ridgeway SC 29130
2068 Lake Rd, Ridgeway SC 29130
2074 Lake Rd, Ridgeway SC 29130
2078 Lake Rd, Ridgeway SC 29130
2084 Lake Rd, Ridgeway SC 29130
2090 Lake Rd, Ridgeway SC 29130
2092 Lake Rd, Ridgeway SC 29130
2094 Lake Rd, Ridgeway SC 29130
2096 Lake Rd, Ridgeway SC 29130
2102 Lake Rd, Ridgeway SC 29130
2108 Lake Rd, Ridgeway SC 29130
2112A Lake Rd, Ridgeway SC 29130
2112 Lake Rd, Ridgeway SC 29130
2116 Lake Rd, Ridgeway SC 29130
2120 Lake Rd, Ridgeway SC 29130
2126 Lake Rd, Ridgeway SC 29130
2132 Lake Rd, Ridgeway SC 29130
2142 Lake Rd, Ridgeway SC 29130
2150 Lake Rd, Ridgeway SC 29130
2156 Lake Rd, Ridgeway SC 29130
2166 Lake Rd, Ridgeway SC 29130
2200 Lake Rd, Ridgeway SC 29130
2204 Lake Rd, Ridgeway SC 29130
2210 Lake Rd, Ridgeway SC 29130
1708 Holly Trail, Ridgeway SC 29130
1716 Holly Trail, Ridgeway SC 29130
1722 Holly Trail, Ridgeway SC 29130
1715 Holly Trail, Ridgeway SC 29130
1707 Holly Trail, Ridgeway SC 29130
2216 Lake Rd, Ridgeway SC 29130
2224 Lake Rd, Ridgeway SC 29130
2232 Lake Rd, Ridgeway SC 29130

JONES_000273

Lake Wateree Addresses.xlsx

2240 Lake Rd, Ridgeway SC 29130
2248 Lake Rd, Ridgeway SC 29130
2256 Lake Rd, Ridgeway SC 29130
2270 Lake Rd, Ridgeway SC 29130
2308 Lake Rd, Ridgeway SC 29130
2316 Lake Rd, Ridgeway SC 29130
2322 Lake Rd, Ridgeway SC 29130
2326 Lake Rd, Ridgeway SC 29130
2332 Lake Rd, Ridgeway SC 29130
2334 Lake Rd, Ridgeway SC 29130
2356 Lake Rd, Ridgeway SC 29130
2364 Lake Rd, Ridgeway SC 29130
1711 Blackwood Ln, Ridgeway SC 29130
1715 Blackwood Ln, Ridgeway SC 29130
1719 Blackwood Ln, Ridgeway SC 29130
1720 Blackwood Ln, Ridgeway SC 29130
1716 Blackwood Ln, Ridgeway SC 29130
1708 Blackwood Ln, Ridgeway SC 29130
2368 Lake Rd, Ridgeway SC 29130
2376 Lake Rd, Ridgeway SC 29130
2382 Lake Rd, Ridgeway SC 29130
2388 Lake Rd, Ridgeway SC 29130
2394 Lake Rd, Ridgeway SC 29130
2398 Lake Rd, Ridgeway SC 29130
2410 Lake Rd, Ridgeway SC 29130
2418 Lake Rd, Ridgeway SC 29130
2436 Lake Rd, Ridgeway SC 29130
2444 Lake Rd, Ridgeway SC 29130
2452 Lake Rd, Ridgeway SC 29130
2466 Lake Rd, Ridgeway SC 29130
2472 Lake Rd, Ridgeway SC 29130
2476 Lake Rd, Ridgeway SC 29130
2480 Lake Rd, Ridgeway SC 29130
2486 Lake Rd, Ridgeway SC 29130
2492 Lake Rd, Ridgeway SC 29130
2496 Lake Rd, Ridgeway SC 29130
2498 Lake Rd, Ridgeway SC 29130
2504 Lake Rd, Ridgeway SC 29130
2508 Lake Rd, Ridgeway SC 29130
1814 Horse Chestnut Trl, Ridgeway SC 29130
1818 Horse Chestnut Trl, Ridgeway SC 29130

JONES_000274

1822 Horse Chestnut Trl, Ridgeway SC 29130
1828 Horse Chestnut Trl, Ridgeway SC 29130
1832 Horse Chestnut Trl, Ridgeway SC 29130
1836 Horse Chestnut Trl, Ridgeway SC 29130
1840 Horse Chestnut Trl, Ridgeway SC 29130
1844 Horse Chestnut Trl, Ridgeway SC 29130
1848 Horse Chestnut Trl, Ridgeway SC 29130
1850 Horse Chestnut Trl, Ridgeway SC 29130
1854 Horse Chestnut Trl, Ridgeway SC 29130
1847 Horse Chestnut Trl, Ridgeway SC 29130
1841 Horse Chestnut Trl, Ridgeway SC 29130
1835 Horse Chestnut Trl, Ridgeway SC 29130
1827 Horse Chestnut Trl, Ridgeway SC 29130
1815 Horse Chestnut Trl, Ridgeway SC 29130
1806 Horse Chestnut Trl, Ridgeway SC 29130
2516 Lake Rd, Ridgeway SC 29130
2524 Lake Rd, Ridgeway SC 29130
2530 Lake Rd, Ridgeway SC 29130
2534 Lake Rd, Ridgeway SC 29130
2536 Lake Rd, Ridgeway SC 29130
2540 Lake Rd, Ridgeway SC 29130
2550 Lake Rd, Ridgeway SC 29130
2562 Lake Rd, Ridgeway SC 29130
2580 Lake Rd, Ridgeway SC 29130
2582 Lake Rd, Ridgeway SC 29130
2584 Lake Rd, Ridgeway SC 29130
2586 Lake Rd, Ridgeway SC 29130
2592 Lake Rd, Ridgeway SC 29130
2598 Lake Rd, Ridgeway SC 29130
2602 Lake Rd, Ridgeway SC 29130
2606 Lake Rd, Ridgeway SC 29130
2614 Lake Rd, Ridgeway SC 29130
2622 Lake Rd, Ridgeway SC 29130
2644 Lake Rd, Ridgeway SC 29130
1826 Buckwheat Ln, Ridgeway SC 29130
1830 Buckwheat Ln, Ridgeway SC 29130
1836 Buckwheat Ln, Ridgeway SC 29130
1840 Buckwheat Ln, Ridgeway SC 29130
1829 Buckwheat Ln, Ridgeway SC 29130
1819 Buckwheat Ln, Ridgeway SC 29130
1813 Buckwheat Ln, Ridgeway SC 29130

JONES_000275

Lake Wateree Addresses.xlsx

2660 Lake Rd, Ridgeway SC 29130
2668 Lake Rd, Ridgeway SC 29130
2680 Lake Rd, Ridgeway SC 29130
1814 Inkbush Trl, Ridgeway SC 29130
1820 Inkbush Trl, Ridgeway SC 29130
1822 Inkbush Trl, Ridgeway SC 29130
1809 Inkbush Trl, Ridgeway SC 29130
1803 Inkbush Trl, Ridgeway SC 29130
2696 Lake Rd, Ridgeway SC 29130
2710 Lake Rd, Ridgeway SC 29130
1928 Elderberry Ln, Ridgeway SC 29130
1932 Elderberry Ln, Ridgeway SC 29130
1934 Elderberry Ln, Ridgeway SC 29130
1931 Elderberry Ln, Ridgeway SC 29130
1925 Elderberry Ln, Ridgeway SC 29130
1921 Elderberry Ln, Ridgeway SC 29130
1917 Elderberry Ln, Ridgeway SC 29130
1913 Elderberry Ln, Ridgeway SC 29130
1907 Elderberry Ln, Ridgeway SC 29130
1901 Elderberry Ln, Ridgeway SC 29130
2734 Lake Rd, Ridgeway SC 29130
1906 Boxelder Trl, Ridgeway SC 29130
1916 Boxelder Trl, Ridgeway SC 29130
1924 Boxelder Trl, Ridgeway SC 29130
1936 Boxelder Trl, Ridgeway SC 29130
1944 Boxelder Trl, Ridgeway SC 29130
1954 Boxelder Trl, Ridgeway SC 29130
1958 Boxelder Trl, Ridgeway SC 29130
1957 Boxelder Trl, Ridgeway SC 29130
1947 Boxelder Trl, Ridgeway SC 29130
1941 Boxelder Trl, Ridgeway SC 29130
1933 Boxelder Trl, Ridgeway SC 29130
1923 Boxelder Trl, Ridgeway SC 29130
1915 Boxelder Trl, Ridgeway SC 29130
1911 Boxelder Trl, Ridgeway SC 29130
2748 Lake Rd, Ridgeway SC 29130
2754 Lake Rd, Ridgeway SC 29130
2822 Lake Rd, Ridgeway SC 29130
2830 Lake Rd, Ridgeway SC 29130
2834 Lake Rd, Ridgeway SC 29130
2840 Lake Rd, Ridgeway SC 29130

JONES_000276

Lake Wateree Addresses.xlsx

2846 Lake Rd, Ridgeway SC 29130
2850 Lake Rd, Ridgeway SC 29130
2012 Cottonwood Dr, Ridgeway SC 29130
2017 Cottonwood Dr, Ridgeway SC 29130
2015 Cottonwood Dr, Ridgeway SC 29130
2007 Cottonwood Dr, Ridgeway SC 29130
2003 Cottonwood Dr, Ridgeway SC 29130
2868 Lake Rd, Ridgeway SC 29130
2874 Lake Rd, Ridgeway SC 29130
2876 Lake Rd, Ridgeway SC 29130
2880 Lake Rd, Ridgeway SC 29130
2884 Lake Rd, Ridgeway SC 29130
2890 Lake Rd, Ridgeway SC 29130
2896 Lake Rd, Ridgeway SC 29130
2904 Lake Rd, Ridgeway SC 29130
2912 Lake Rd, Ridgeway SC 29130
2938 Lake Rd, Ridgeway SC 29130
2944 Lake Rd, Ridgeway SC 29130
2950 Lake Rd, Ridgeway SC 29130
2956 Lake Rd, Ridgeway SC 29130
2964 Lake Rd, Ridgeway SC 29130
2966 Lake Rd, Ridgeway SC 29130
2968 Lake Rd, Ridgeway SC 29130
2970 Lake Rd, Ridgeway SC 29130
2974 Lake Rd, Ridgeway SC 29130
2978 Lake Rd, Ridgeway SC 29130
2984 Lake Rd, Ridgeway SC 29130
2990 Lake Rd, Ridgeway SC 29130
2996 Lake Rd, Ridgeway SC 29130
3004 Lake Rd, Ridgeway SC 29130
3012 Lake Rd, Ridgeway SC 29130

2975 Rolling Hills Rd, Ridgeway SC 29130
2947 Rolling Hills Rd, Ridgeway SC 29130
2919 Rolling Hills Rd, Ridgeway SC 29130
2895 Rolling Hills Rd, Ridgeway SC 29130
2895* Rolling Hills Rd, Ridgeway SC 29130
2787 Rolling Hills Rd, Ridgeway SC 29130
2733 Rolling Hills Rd, Ridgeway SC 29130
2709 Rolling Hills Rd, Ridgeway SC 29130
2705 Rolling Hills Rd, Ridgeway SC 29130

JONES_000277

2701 Rolling Hills Rd, Ridgeway SC 29130
2689 Rolling Hills Rd, Ridgeway SC 29130
2679 Rolling Hills Rd, Ridgeway SC 29130
2677 Rolling Hills Rd, Ridgeway SC 29130
2675 Rolling Hills Rd, Ridgeway SC 29130
2665 Rolling Hills Rd, Ridgeway SC 29130
2651 Rolling Hills Rd, Ridgeway SC 29130
2361 Rolling Hills Rd, Ridgeway SC 29130
2335 Rolling Hills Rd, Ridgeway SC 29130
2265 Rolling Hills Rd, Ridgeway SC 29130
2221 Rolling Hills Rd, Ridgeway SC 29130
2177 Rolling Hills Rd, Ridgeway SC 29130
2165 Rolling Hills Rd, Ridgeway SC 29130
2153 Rolling Hills Rd, Ridgeway SC 29130
2149 Rolling Hills Rd, Ridgeway SC 29130
2147 Rolling Hills Rd, Ridgeway SC 29130
135-04-00-044-000
136 Hidden Circle Ln, Ridgeway SC 29130
156 Hidden Circle Ln, Ridgeway SC 29130
166 Hidden Circle Ln, Ridgeway SC 29130
182 Hidden Circle Ln, Ridgeway SC 29130
192 Hidden Circle Ln, Ridgeway SC 29130
210 Hidden Circle Ln, Ridgeway SC 29130
244 Hidden Circle Ln, Ridgeway SC 29130
266 Hidden Circle Ln, Ridgeway SC 29130
284 Hidden Circle Ln, Ridgeway SC 29130
294 Hidden Circle Ln, Ridgeway SC 29130
314 Hidden Circle Ln, Ridgeway SC 29130
135-04-00-086-000
135-04-00-038-000
27 Hidden Circle Ln, Ridgeway SC 29130
29 Hidden Circle Ln, Ridgeway SC 29130
135-04-00-029-000
2103 Rolling Hills Rd, Ridgeway SC 29130
2081 Rolling Hills Rd, Ridgeway SC 29130
2079 Rolling Hills Rd, Ridgeway SC 29130
2077 Rolling Hills Rd, Ridgeway SC 29130
2075 Rolling Hills Rd, Ridgeway SC 29130
2005 Rolling Hills Rd, Ridgeway SC 29130
1977 Rolling Hills Rd, Ridgeway SC 29130

JONES_000278

1941/1939 Rolling Hills Rd, Ridgeway SC 29130

1845 Rolling Hills Rd, Ridgeway SC 29130
28 Hideaway Point, Ridgeway SC 29130
82 Hideaway Point, Ridgeway SC 29130
31 Hideaway Point, Ridgeway SC 29130
1821 Rolling Hills Rd, Ridgeway SC 29130
1785 Rolling Hills Rd, Ridgeway SC 29130
1709 Rolling Hills Rd, Ridgeway SC 29130
1697 Rolling Hills Rd, Ridgeway SC 29130
1683 Rolling Hills Rd, Ridgeway SC 29130
1645 Rolling Hills Rd, Ridgeway SC 29130
1611 Rolling Hills Rd, Ridgeway SC 29130
1499 Rolling Hills Rd, Ridgeway SC 29130
1399 Rolling Hills Rd, Ridgeway SC 29130
1363 Rolling Hills Rd, Ridgeway SC 29130
1343 Rolling Hills Rd, Ridgeway SC 29130
1309 Rolling Hills Rd, Ridgeway SC 29130
1305 Rolling Hills Rd, Ridgeway SC 29130
12 Longview Ln, Ridgeway SC 29130
38 Longview Ln, Ridgeway SC 29130
93 Longview Ln, Ridgeway SC 29130
47 Longview Ln, Ridgeway SC 29130
1261 Rolling Hills Rd, Ridgeway SC 29130
1223 Rolling Hills Rd, Ridgeway SC 29130
1199 Rolling Hills Rd, Ridgeway SC 29130
1157 Rolling Hills Rd, Ridgeway SC 29130
1037 Rolling Hills Rd, Ridgeway SC 29130
997 Rolling Hills Rd, Ridgeway SC 29130
957 Rolling Hills Rd, Ridgeway SC 29130
953 Rolling Hills Rd, Ridgeway SC 29130
889 Rolling Hills Rd, Ridgeway SC 29130
855 Rolling Hills Rd, Ridgeway SC 29130
843 Rolling Hills Rd, Ridgeway SC 29130
831 Rolling Hills Rd, Ridgeway SC 29130
813 Rolling Hills Rd, Ridgeway SC 29130
135-03-05-055-000
691 Rolling Hills Rd, Ridgeway SC 29130
661 Rolling Hills Rd, Ridgeway SC 29130
651 Rolling Hills Rd, Ridgeway SC 29130
615 Rolling Hills Rd, Ridgeway SC 29130

JONES_000279

Lake Wateree Addresses.xlsx

135-03-05-019-000

509 Rolling Hills Rd, Ridgeway SC 29130

154-00-00-068-000

431 Rolling Hills Rd, Ridgeway SC 29130

331 Rolling Hills Rd, Ridgeway SC 29130

273 Rolling Hills Rd, Ridgeway SC 29130

265 Rolling Hills Rd, Ridgeway SC 29130

251 Rolling Hills Rd, Ridgeway SC 29130

201 Rolling Hills Rd, Ridgeway SC 29130

36 Flat Rock Ln, Ridgeway SC 29130

50 Flat Rock Ln, Ridgeway SC 29130

58 Flat Rock Ln, Ridgeway SC 29130

49 Flat Rock Ln, Ridgeway SC 29130

145 Rolling Hills Rd, Ridgeway SC 29130

105 Rolling Hills Rd, Ridgeway SC 29130

63 Rolling Hills Rd, Ridgeway SC 29130

21 Rolling Hills Rd, Ridgeway SC 29130

12535 River Rd, Ridgeway SC 29130

135-03-05-064-000

135-03-03-001-000

84 Colonel's Creek Dr, Ridgeway SC 29130

106 Colonel's Creek Dr, Ridgeway SC 29130

132 Colonel's Creek Dr, Ridgeway SC 29130

160 Colonel's Creek Dr, Ridgeway SC 29130

206 Colonel's Creek Dr, Ridgeway SC 29130

242 Colonel's Creek Dr, Ridgeway SC 29130

284 Colonel's Creek Dr, Ridgeway SC 29130

135-03-03-008-000

302 Colonel's Creek Dr, Ridgeway SC 29130

328 Colonel's Creek Dr, Ridgeway SC 29130

348 Colonel's Creek Dr, Ridgeway SC 29130

1200 Antioch Cemetery Rd, Ridgeway SC 29130

518 Colonel's Cir, Ridgeway SC 29130

536 Colonel's Cir, Ridgeway SC 29130

134-04-01-017-000

602 Colonel's Cir, Ridgeway SC 29130

634 Colonel's Cir, Ridgeway SC 29130

652 Colonel's Cir, Ridgeway SC 29130

658 Colonel's Cir, Ridgeway SC 29130

657 Colonel's Cir, Ridgeway SC 29130

JONES_000280

631 Colonel's Cir, Ridgeway SC 29130
611 Colonel's Cir, Ridgeway SC 29130
593 Colonel's Cir, Ridgeway SC 29130
589 Colonel's Cir, Ridgeway SC 29130
577 Colonel's Cir, Ridgeway SC 29130
135-03-02-011-000
549 Colonel's Cir, Ridgeway SC 29130
521 Colonel's Cir, Ridgeway SC 29130
405 Colonel's Cir, Ridgeway SC 29130
134-04-02-035-000
12166 River Rd, Ridgeway SC 29180
12224 River Rd, Ridgeway SC 29180
12246 River Rd, Ridgeway SC 29180
12266 River Rd, Ridgeway SC 29180
12278 River Rd, Ridgeway SC 29180
12300 River Rd, Ridgeway SC 29180
135-03-01-043-000
1849 Molly Creek Cir, Ridgeway SC 29130
135-03-01-041-000
135-03-01-040-000
135-03-01-068-000
74 Century Dr, Ridgeway SC 29130
71 Century Dr, Ridgeway SC 29130
41 Century Dr, Ridgeway SC 29130
29 Century Dr, Ridgeway SC 29130
1605 Molly Creek Cir, Ridgeway SC 29130
1549 Molly Creek Cir, Ridgeway SC 29130
1545 Molly Creek Cir, Ridgeway SC 29130
1513 Molly Creek Cir, Ridgeway SC 29130
1489 Molly Creek Dr, Ridgeway SC 29130
1449 Molly Creek Dr, Ridgeway SC 29130
1423 Molly Creek Dr, Ridgeway SC 29130
1401 Molly Creek Cir, Ridgeway SC 29130
1343 Molly Creek Cir, Ridgeway SC 29130
1313 Moly Creek Cir, Ridgeway SC 29130
1287 Molly Creek Cir, Ridgeway SC 29130
1249 Molly Creek Cir, Ridgeway SC 29130
1211 Molly Creek Cir, Ridgeway SC 29130
1201 Molly Creek Cir, Ridgeway SC 29130
1199 Molly Creek Cir, Ridgeway SC 29130
1197 Molly Creek Cir, Ridgeway SC 29130

JONES_000281

1195 Molly Creek Cir, Ridgeway SC 29130
1171 Molly Creek Cir, Ridgeway SC 29130
1164 Molly Creek Cir, Ridgeway SC 29130
1149 Molly Creek Cir, Ridgeway SC 29130
1147 Molly Creek Cir, Ridgeway SC 29130
1119 Molly Creek Cir, Ridgeway SC 29130
1033 Molly Creek Cir, Ridgeway SC 29130
1019 Molly Creek Cir, Ridgeway SC 29130
54 Point Ln, Ridgeway SC 29130
82 Point Ln, Ridgeway SC 29130
122 Point Ln, Ridgeway SC 29130
79 Point Ln, Ridgeway SC 29130
53 Point Ln, Ridgeway SC 29130
983 Molly Creek Cir, Ridgeway SC 29130
923 Molly Creek Cir, Ridgeway SC 29130
42 Wandering Ln, Ridgeway SC 29130
135 Wandering Ln, Ridgeway SC 29130
135-01-00-021-000
135-01-00-020-000
109 Wandering Ln, Ridgeway SC 29130
85 Wandering Ln, Ridgeway SC 29130
63 Wandering Ln, Ridgeway SC 29130
41 Wandering Ln, Ridgeway SC 29130
805 Molly Creek Cir, Ridgeway SC 29130
781 Molly Creek Cir, Ridgeway SC 29130
761 Molly Creek Cir, Ridgeway SC 29130
725 Molly Creek Cir, Ridgeway SC 29130
659 Molly Creek Cir, Ridgeway SC 29130
591 Molly Creek Cir, Ridgeway SC 29130
573 Molly Creek Cir, Ridgeway SC 29130
511 Molly Creek Cir, Ridgeway SC 29130
491 Molly Creek Cir, Ridgeway SC 29130
469 Molly Creek Cir, Ridgeway SC 29130
437 Molly Creek Cir, Ridgeway SC 29130
413 Molly Creek Cir, Ridgeway SC 29130
349 Molly Creek Cir, Ridgeway SC 29130
345 Molly Creek Cir, Ridgeway SC 29130
315 Molly Creek Cir, Ridgeway SC 29130
135-01-00-007-000
265 Molly Creek Cir, Ridgeway SC 29130
135-01-00-005-000

JONES_000282

229 Molly Creek Cir, Ridgeway SC 29130

203 Molly Creek Cir, Ridgeway SC 29130

135-01-00-095-000

129 Molly Creek Cir, Ridgeway SC 29130

109 Molly Creek Cir, Ridgeway SC 29130

134-02-00-055-000

134-02-00-039-000

134-02-00-040-000

11303 River Rd, Ridgeway SC 29130

134-02-00-042-000

134-02-00-043-000

11225 River Rd, Ridgeway SC 29130

11191 River Rd, Ridgeway SC 29130

11159 River Rd, Ridgeway SC 29130

134-02-00-047-000

134-02-00-048-000

134-02-00-036-000

710 Retreat Way, Ridgeway SC 29130

760 Retreat Way, Ridgeway SC 29130

135-01-00-097-000

135-01-00-091-000

986 Retreat Way, Ridgeway SC 29130

135-01-00-092-000

294 Big Water View, Ridgeway SC 29130

304 Big Water View, Ridgeway SC 29130

135-01-00-036-000

135-01-00-037-000

279 Big Water View, Ridgeway SC 29130

251 Big Water View, Ridgeway SC 29130

227 Big Water View, Ridgeway SC 29130

197 Big Water View, Ridgeway SC 29130

173 Big Water View, Ridgeway SC 29130

149 Big Water View, Ridgeway SC 29130

125 Big Water View, Ridgeway SC 29130

79 Big Water View, Ridgeway SC 29130

55 Big Water View, Ridgeway SC 29130

17 Big Water View, Ridgeway SC 29130

8 Big Water View, Ridgeway SC 29130

2 Big Water View, Ridgeway SC 29130

135-01-00-053-000

135-01-00-049-000

JONES_000283

42 Big Water View, Ridgeway SC 29130

1279 Retreat Way, Ridgeway SC 29130

135-01-00-052-000

135-01-00-063-000

1199 Retreat Way, Ridgeway SC 29130

1177 Retreat Way, Ridgeway SC 29130

1099 Retreat Way, Ridgeway SC 29130

1075 Retreat Way, Ridgeway SC 29130

135-01-00-071-000

1015 Retreat Way, Ridgeway SC 29130

135-01-00-079-000

135-01-00-080-000

955 Retreat Way, Ridgeway SC 29130

937 Retreat Way, Ridgeway SC 29130

135-01-00-082-000

835 Retreat Way, Ridgeway SC 29130

785 Retreat Way, Ridgeway SC 29130

759 Retreat Way, Ridgeway SC 29130

731 Retreat Way, Ridgeway SC 29130

707 Retreat Way, Ridgeway SC 29130

691 Retreat Way, Ridgeway SC 29130

135-01-00-086-000

135-01-00-074-000

604 Island Rd, Ridgeway SC 29130

878 Island Rd, Ridgeway SC 29130

898 Island Rd, Ridgeway SC 29130

877 Island Rd, Ridgeway SC 29130

855 Island Rd, Ridgeway SC 29130

801 Island Rd, Ridgeway SC 29130

725 Island Rd, Ridgeway SC 29130

574 Goat Hill Rd, Ridgeway SC 29130

668 Goat Hill Rd, Ridgeway SC 29130

670 Goat Hill Rd, Ridgeway SC 29130

672 Goat Hill Rd, Ridgeway SC 29130

674 Goat Hill Rd, Ridgeway SC 29130

697 Goat Hill Rd, Ridgeway SC 29130

676 Goat Hill Rd, Ridgeway SC 29130

706 Goat Hill Rd, Ridgeway SC 29130

857 Goat Hill Rd, Ridgeway SC 29130

749 Goat Hill Rd, Ridgeway SC 29130

735 Goat Hill Rd, Ridgeway SC 29130

JONES_000284

Lake Wateree Addresses.xlsx

174 Tallow Rd, Ridgeway SC 29130
395 Tallow Rd, Ridgeway SC 29130
349 Tallow Rd, Ridgeway SC 29130
299 Tallow Rd, Ridgeway SC 29130
259 Tallow Rd, Ridgeway SC 29130
116-03-02-021-000
251 Tallow Rd, Ridgeway SC 29130
116-03-02-018-000
379 Rattlesnake Rd, Ridgeway SC 29130
433 Rattlesnake Rd, Ridgeway SC 29130
337 Rattlesnake Rd, Ridgeway SC 29130
116-03-01-016-000
74 Smooth Rock Point, Ridgeway SC 29130
116-03-01-013-000
247 Smooth Rock Point, Ridgeway SC 29130
219 Smooth Rock Point, Ridgeway SC 29130
197 Smooth Rock Point, Ridgeway SC 29130
115 Smooth Rock Point, Ridgeway SC 29130
117 Smooth Rock Point, Ridgeway SC 29130
116-01-00-018-000
113 Smooth Rock Point, Ridgeway SC 29130
116-03-01-021-000
3803 Rockbridge Rd, Ridgeway SC 29130
3801 Rockbridge Rd, Ridgeway SC 29130
3767 Rockbridge Rd, Ridgeway SC 29130
3713 Rockbridge Rd, Ridgeway SC 29130
3675 Rockbridge Rd, Ridgeway SC 29130
3637 Rockbridge Rd, Ridgeway SC 29130
3613 Rockbridge Rd, Ridgeway SC 29130
3585 Rockbridge Rd, Ridgeway SC 29130
3557 Rockbridge Rd, Ridgeway SC 29130
3471 Rockbridge Rd, Ridgeway SC 29130
3413 Rockbridge Rd, Ridgeway SC 29130
3337 Rockbridge Rd, Ridgeway SC 29130
3329 Rockbridge Rd, Ridgeway SC 29130
3293 Rockbridge Rd, Ridgeway SC 29130
3245 Rockbridge Rd, Ridgeway SC 29130
3213 Rockbridge Rd, Ridgeway SC 29130
3201 Rockbridge Rd, Ridgeway SC 29130
3183 Rockbridge Rd, Ridgeway SC 29130
115-02-02-055-000

JONES_000285

Lake Wateree Addresses.xlsx

3121 Rockbridge Rd, Ridgeway SC 29130
3105 Rockbridge Rd, Ridgeway SC 29130
3073 Rockbridge Rd, Ridgeway SC 29130
115-02-02-051-000
55 Suede Ln, Ridgeway SC 29130
37 Suede Ln, Ridgeway SC 29130
27 Suede Ln, Ridgeway SC 29130
2983 Rockbridge Rd, Ridgeway SC 29130
2953 Rockbridge Rd, Ridgeway SC 29130
115-02-02-043-000
2761 Rockbridge Rd, Ridgeway SC 29130
2691 Rockbridge Rd, Ridgeway SC 29130
2653 Rockbridge Rd, Ridgeway SC 29130
2623 Rockbridge Rd, Ridgeway SC 29130
2617 Rockbridge Rd, Ridgeway SC 29130
2605 Rockbridge Rd, Ridgeway SC 29130
2583 Rockbridge Rd, Ridgeway SC 29130
2575 Rockbridge Rd, Ridgeway SC 29130
2533 Rockbridge Rd, Ridgeway SC 29130
2493 Rockbridge Rd, Ridgeway SC 29130
2485 Rockbridge Rd, Ridgeway SC 29130
2459 Rockbridge Rd, Ridgeway SC 29130
2435 Rockbridge Rd, Ridgeway SC 29130
2433 Rockbridge Rd, Ridgeway SC 29130
2427 Rockbridge Rd, Ridgeway SC 29130
2395 Rockbridge Rd, Ridgeway SC 29130
2335 Rockbridge Rd, Ridgeway SC 29130
115-02-02-025-000
2187 Rockbridge Rd, Ridgeway SC 29130
2167 Rockbridge Rd, Ridgeway SC 29130
2153 Rockbridge Rd, Ridgeway SC 29130
2145 Rockbridge Rd, Ridgeway SC 29130
2143 Rockbridge Rd, Ridgeway SC 29130
2125 Rockbridge Rd, Ridgeway SC 29130
2091 Rockbridge Rd, Ridgeway SC 29130
2063 Rockbridge Rd, Ridgeway SC 29130
2035 Rockbridge Rd, Ridgeway SC 29130
2005 Rockbridge Rd, Ridgeway SC 29130
1995 Rockbridge Rd, Ridgeway SC 29130
1927 Rockbridge Rd, Ridgeway SC 29130
60 Little Point Ln, Ridgeway SC 29130

JONES_000286

150 Little Point Ln, Ridgeway SC 29130
152 Little Point Ln, Ridgeway SC 29130
154 Little Point Ln, Ridgeway SC 29130
200 Little Point Ln, Ridgeway SC 29130
204 Little Point Ln, Ridgeway SC 29130
1895 Rockbridge Rd, Ridgeway SC 29130
1883 Rockbridge Rd, Ridgeway SC 29130
1851 Rockbridge Rd, Ridgeway SC 29130
1837 Rockbridge Rd, Ridgeway SC 29130
1795 Rockbridge Rd, Ridgeway SC 29130
1785 Rockbridge Rd, Ridgeway SC 29130
1755 Rockbridge Rd, Ridgeway SC 29130
1733 Rockbridge Rd, Rigeway SC 29130
1721 Rockbridge Rd, Ridgeway SC 29130
1689 Rockbridge Rd, Ridgeway SC 29130
1681 Rockbridge Rd, Ridgeway SC 29130
1637 Rockbridge Rd, Ridgeway SC 29130
1627 Rockbridge Rd, Ridgeway SC 29130
1569 Rockbridge Rd, Ridgeway SC 29130
1563 Rockbridge Rd, Ridgeway SC 29130
1533 Rockbridge Rd, Ridgeway SC 29130
1513 Rockbridge Rd, Ridgeway SC 29130
1469 Rockbridge Rd, Ridgeway SC 29130
115-04-00-043-000
1361 Rockbridge Rd, Ridgeway SC 29130
1359 Rockbridge Rd, Ridgeway SC 29130
1329 Rockbridge Rd, Ridgeway SC 29130
115-04-00-033-000
1197 Rockbridge Rd, Ridgeway SC 29130
1173 Rockbridge Rd, Ridgeway SC 29130
1135 Rockbridge Rd, Ridgeway SC 29130
1099 Rockbridge Rd, Ridgeway SC 29130
1085 Rockbridge Rd, Ridgeway SC 29130
1027 Rockbridge Rd, Ridgeway SC 29130
999 Rockbridge Rd, Ridgeway SC 29130
973 Rockbridge Rd, Ridgeway SC 29130
957 Rockbridge Rd, Ridgeway SC 29130
931 Rockbridge Rd, Ridgeway SC 29130
897 Rockbridge Rd, Ridgeway SC 29130
831 Rockbridge Rd, Ridgeway SC 29130
803 Rockbridge Rd, Ridgeway SC 29130

JONES_000287

789 Rockbridge Rd, Ridgeway SC 29130
751 Rockbridge Rd, Ridgeway SC 29130
729 Rockbridge Rd, Ridgeway SC 29130
115-03-03-023-000
115-03-03-022-000
685 Rockbridge Rd, Ridgeway SC 29130
659 Rockbridge Rd, Ridgeway SC 29130
655 Rockbridge Rd, Ridgeway SC 29130
647 Rockbridge Rd, Ridgeway SC 29130
603 Rockbridge Rd, Ridgeway SC 29130
553 Rockbridge Rd, Ridgeway SC 29130
531 Rockbridge Rd, Ridgeway SC 29130
497 Rockbridge Rd, Ridgeway SC 29130
483 Rockbridge Rd, Ridgeway SC 29130
115-03-03-012-000
439 Rockbridge Rd, Ridgeway SC 29130
405 Rockbridge Rd, Ridgeway SC 29130
373 Rockbridge Rd, Ridgeway SC 29130
343 Rockbridge Rd, Ridgeway SC 29130
321 Rockbridge Rd, Ridgeway SC 29130
297 Rockbridge Rd, Ridgeway SC 29130
253 Rockbridge Rd, Ridgeway SC 29130
231 Rockbridge Rd, Ridgeway SC 29130
177 Rockbridge Rd, Ridgeway SC 29130
165 Rockbridge Rd, Ridgeway SC 29130
141 Rockbridge Rd, Ridgeway SC 29130
1021 Rocky Point Cir, Ridgeway SC 29130
997 Rocky Point Cir, Ridgeway SC 29130
957 Rocky Point Cir, Ridgeway SC 29130
931 Rocky Point Cir, Ridgeway SC 29130
899 Rocky Point Cir, Ridgeway SC 29130
877 Rocky Point Cir, Ridgeway SC 29130
829 Rocky Point Cir, Ridgeway SC 29130
807 Rocky Point Cir, Ridgeway SC 29130
763 Rocky Point Cir, Ridgeway SC 29130
729 Rocky Point Cir, Ridgeway SC 29130
717 Rocky Point Cir, Ridgeway SC 29130
679 Rocky Point Cir, Ridgeway SC 29130
659 Rocky Point Cir, Ridgeway SC 29130
34 Rainbow Cove Rd, Ridgeway SC 29130
70 Rainbow Cove Rd, Ridgeway SC 29130

JONES_000288

Lake Wateree Addresses.xlsx

51 Rainbow Cove Rd, Ridgeway SC 29130

633 Rocky Point Cir, Ridgeway SC 29130

613 Rocky Point Cir, Ridgeway SC 29130

599 Rocky Point Cir, Ridgeway SC 29130

553 Rocky Point Cir, Ridgeway SC 29130

531 Rocky Point Cir, Ridgeway SC 29130

493 Rocky Point Cir, Ridgeway SC 29130

465 Rocky Point Cir, Ridgeway SC 29130

447 Rocky Point Cir, Ridgeway SC 29130

415 Rocky Point Cir, Ridgeway SC 29130

401 Rocky Point Cir, Ridgeway SC 29130

361 Rocky Point Cir, Ridgeway SC 29130

333 Rocky Point Cir, Ridgeway SC 29130

253 Rocky Point Cir, Ridgeway SC 29130

227 Rocky Point Cir, Ridgeway SC 29130

213 Rocky Point Cir, Ridgeway SC 29130

185 Rocky Point Cir, Ridgeway SC 29130

159 Rocky Point Cir, Ridgeway SC 29130

125 Rocky Point Cir, Ridgeway SC 29130

115-03-02-001-000

10180 River Rd, Ridgeway SC 29130

133-00-00-002-000

2736 Old Brick Store Rd, Ridgeway SC 29130

115-03-01-050-000

1643 Kingfisher Dr, Ridgeway SC 29130

1595 Kingfisher Dr, Ridgeway SC 29130

1515 Kingfisher Dr, Ridgeway SC 29130

1507 Kingfisher Dr, Ridgeway SC 29130

1501 Kingfisher Dr, Ridgeway SC 29130

1487 Kingfisher Dr, Ridgeway SC 29130

1383 Kingfisher Dr, Ridgeway SC 29130

1373 Kingfisher Dr, Ridgeway SC 29130

1365 Kingfisher Dr, Ridgeway SC 29130

1339 Kingfisher Dr, Ridgeway SC 29130

1317 Kingfisher Dr, Ridgeway SC 29130

1297 Kingfisher Dr, Ridgeway SC 29130

1293 Kingfisher Dr, Ridgeway SC 29130

1267 Kingfisher Dr, Ridgeway SC 29130

1245 Kingfisher Dr, Ridgeway SC 29130

1123 Kingfisher Dr, Ridgeway SC 29130

1111 Kingfisher Dr, Ridgeway SC 29130

JONES_000289

115-03-01-025-000
1071 Kingfisher Dr, Ridgeway SC 29130
1069 Kingfisher Dr, Ridgeway SC 29130
1059 Kingfisher Dr, Ridgeway SC 29130
1057 Kingfisher Dr, Ridgeway SC 29130
1031 Kingfisher Dr, Ridgeway SC 29130
48 Lazy Ln, Ridgeway SC 29130
62 Lazy Ln, Ridgeway SC 29130
115-03-01-053-000
131 Lazy Ln, Ridgeway SC 29130
95 Lazy Ln, Ridgeway SC 29130
93 Lazy Ln, Ridgeway SC 29130
67 Lazy Ln, Ridgeway SC 29130
887 Kingfisher Dr, Ridgeway SC 29130
867 Kingfisher Dr, Ridgeway SC 29130
841 Kingfisher Dr, Ridgeway SC 29130
837 Kingfisher Dr, Ridgeway SC 29130
821 Kingfisher Dr, Ridgeway SC 29130
795 Kingfisher Dr, Ridgeway SC 29130
781 Kingfisher Dr, Ridgeway SC 29130
755 Kingfisher Dr, Ridgeway SC 29130
697 Kingfisher Dr, Ridgeway SC 29130
681 Kingfisher Dr, Ridgeway SC 29130
639 Kingfisher Dr, Ridgeway SC 29130
22 Windward Ln, Ridgeway SC 29130
24 Windward Ln, Ridgeway SC 29130
54 Windward Ln, Ridgeway SC 29130
114-04-02-018-000
66 Windward Ln, Ridgeway SC 29130
533 Kingfisher Dr, Ridgeway SC 29130
481 Kingfisher Dr, Ridgeway SC 29130
479 Kingfisher Dr, Ridgeway SC 29130
477 Kingfisher Dr, Ridgeway SC 29130
455 Kingfisher Dr, Ridgeway SC 29130
453 Kingfisher Dr, Ridgeway SC 29130
411 Kingfisher Dr, Ridgeway SC 29130
335 Kingfisher Dr, Ridgeway SC 29130
321 Kingfisher Dr, Ridgeway SC 29130
275 Kingfisher Dr, Ridgeway SC 29130
251 Kingfisher Dr, Ridgeway SC 29130
114-04-02-004-000

JONES_000290

185 Kingfisher Dr, Ridgeway SC 29130

183 Kingfisher Dr, Ridgeway SC 29130

114-04-02-001-000

114-04-01-016-000

1607 Westshore Dr, Ridgeway SC 29130

1561 Westshore Dr, Ridgeway SC 29130

1559 Westshore Dr, Ridgeway SC 29130

1505 Westshore Dr, Ridgeway SC 29130

1419 Westshore Dr, Ridgeway SC 29130

114-04-01-010-000

1387 Westshore Dr, Ridgeway SC 29130

1375 Westshore Dr, Ridgeway SC 29130

1263 Westshore Dr, Ridgeway SC 29130

1253 Westshore Dr, Ridgeway SC 29130

1237 Westshore Dr, Ridgeway SC 29130

1177 Westshore Dr, Ridgeway SC 29130

1171 Westshore Dr, Ridgeway SC 29130

1107 Westshore Dr, Ridgeway SC 29130

1099 Westshore Dr, Ridgeway SC 29130

1077 Westshore Dr, Ridgeway SC 29130

1043 Westshore Dr, Ridgeway SC 29130

1011 Westshore Dr, Ridgeway SC 29130

58 Hickory Nut Ln, Ridgeway SC 29130

57 Hickory Nut Ln, Ridgeway SC 29130

51 Hickory Nut Ln, Ridgeway SC 29130

114-02-04-030-000

955 Westshore Dr, Ridgeway SC 29130

919 Westshore Dr, Ridgeway SC 29130

893 Westshore Dr, Ridgweay SC 29130

851 Westshore Dr, Ridgeway SC 29130

845 Westshore Dr, Ridgeway SC 29130

114-02-04-024-000

777 Westshore Dr, Ridgeway SC 29130

747 Westshore Dr, Ridgeway SC 29130

715 Westshore Dr, Ridgeway SC 29130

114-02-04-020-000

657 Westshore Dr, Ridgeway SC 29130

639 Westshore Dr, Ridgeway SC 29130

627 Westshore Dr, Ridgeway SC 29130

559 Westshore Dr, Ridgeway SC 29130

547 Westshore Dr, Ridgeway SC 29130

JONES_000291

Lake Wateree Addresses.xlsx

499 Westshore Dr, Ridgeway SC 29130
477 Westshore Dr, Ridgeway SC 29130
441 Westshore Dr, Ridgeway SC 29130
427 Westshore Dr, Ridgeway SC 29130
387 Westshore Dr, Ridgeway SC 29130
363 Westshore Dr, Ridgeway SC 29130
114-02-04-041-000
331 Westshore Dr, Ridgeway SC 29130
239 Westshore Dr, Ridgeway SC 29130
225 Westshore Dr, Ridgeway SC 29130
114-02-04-003-000
169 Westshore Dr, Ridgeway SC 29130
143 Westshore Dr, Ridgeway SC 29130
57 Westshore Dr, Ridgeway SC 29130
114-03-00-005-000
113-00-00-010-000
114-01-02-001-000
3541 Deer Run Rd, Ridgeway SC 29130
3527 Deer Run Rd, Ridgeway SC 29130
3507 Deer Run Rd, Ridgeway SC 29130
114-02-01-016-000
3417 Deer Run Rd, Ridgeway SC 29130
3397 Deer Run Rd, Ridgeway SC 29130
3355 Deer Run Rd, Ridgeway SC 29130
3333 Deer Run Rd, Ridgeway SC 29130
3311 Deer Run Rd, Ridgeway SC 29130
3279 Deer Run Rd, Ridgeway SC 29130
3277 Deer Run Rd, Ridgeway SC 29130
3196 Deer Run Rd, Ridgeway SC 29130
3195 Deer Run Rd, Ridgeway SC 29130
3193 Deer Run Rd, Ridgeway SC 29130
3141 Deer Run Rd, Ridgeway SC 29130
18 Green Acres Rd, Ridgeway SC 29130
64 Green Acres Rd, Ridgeway SC 29130
78 Green Acres Rd, Ridgeway SC 29130
84 Green Acres Rd, Ridgeway SC 29130
85 Green Acres Rd, Ridgeway SC 29130
3063 Deer Run Rd, Ridgeway SC 29130
3023 Deer Run Rd, Ridgeway SC 29130
2977 Deer Run Rd, Ridgeway SC 29130
2945 Deer Run Rd, Ridgeway SC 29130

JONES_000292

68 Windy Cove Ln, Ridgeway SC 29130
122 Windy Cove Ln, Ridgeway SC 29130
114-02-03-026-000
192 Windy Cove Ln, Ridgeway SC 29130
214 Windy Cove Ln, Ridgeway SC 29130
238 Windy Cove Ln, Ridgeway SC 29130
268 Windy Cove Ln, Ridgeway SC 29130
290 Windy Cove Ln, Ridgeway SC 29130
314 Windy Cove Ln, Ridgeway SC 29130
338 Windy Cove Ln, Ridgeway SC 29130
374 Windy Cove Ln, Ridgeway SC 29130
402 Windy Cove Ln, Ridgeway SC 29130
428 Windy Cove Ln, Ridgeway SC 29130
438 Windy Cove Ln, Ridgeway SC 29130
431 Windy Cove Ln, Ridgeway SC 29130
421 Windy Cove Ln, Ridgeway SC 29130
413 Windy Cove Ln, Ridgeway SC 29130
395 Windy Cove Ln, Ridgeway SC 29130
377 Windy Cove Ln, Ridgeway SC 29130
363 Windy Cove Ln, Ridgeway SC 29130
353 Windy Cove Ln, Ridgeway SC 29130
327 Windy Cove Ln, Ridgeway SC 29130
313 Windy Cove Ln, Ridgeway SC 29130
259 Windy Cove Ln, Ridgeway SC 29130
219 Windy Cove Ln, Ridgeway SC 29130
114-02-02-023-000
177 Windy Cove Ln, Ridgeway SC 29130
149 Windy Cove Ln, Ridgeway SC 29130
114-02-02-035-000
93 Windy Cove Ln, Ridgeway SC 29130
2753 Deer Run Rd, Ridgeway SC 29130
2735 Deer Run Rd, Ridgeway SC 29130
2707 Deer Run Rd, Ridgeway SC 29130
2697 Deer Run Rd, Ridgeway SC 29130
2685 Deer Run Rd, Ridgeway SC 29130
2669 Deer Run Rd, Ridgeway SC 29130
2629 Deer Run Rd, Ridgeway SC 29130
2615 Deer Run Rd, Ridgeway SC 29130
2569 Deer Run Rd, Ridgeway SC 29130
2563 Deer Run Rd, Ridgeway SC 29130
2529 Deer Run Rd, Ridgeway SC 29130

JONES_000293

2497 Deer Run Rd, Ridgeway SC 29130
2425 Deer Run Rd, Ridgeway SC 29130
2415 Deer Run Rd, Ridgeway SC 29130
2403 Deer Run Rd, Ridgeway SC 29130
2339 Deer Run Rd, Ridgeway SC 29130
2305 Deer Run Rd, Ridgeway SC 29130
2237 Deer Run Rd, Ridgeway SC 29130
2225 Deer Run Rd, Ridgeway SC 29130
2207 Deer Run Rd, Ridgeway SC 29130
2191 Deer Run Rd, Ridgeway SC 29130
2169 Deer Run Rd, Ridgeway SC 29130
2149 Deer Run Rd, Ridgeway SC 29130
2145 Deer Run Rd, Ridgeway SC 29130
2069 Deer Run Rd, Ridgeway SC 29130
2065 Deer Run Rd, Ridgeway SC 29130
1999 Deer Run Rd, Ridgeway SC 29130
1931 Deer Run Rd, Ridgeway SC 29130
1919 Deer Run Rd, Ridgeway SC 29130
1909 Deer Run Rd, Ridgeway SC 29130
1891 Deer Run Rd, Ridgeway SC 29130
1873 Deer Run Rd, Ridgeway SC 29130
1827 Deer Run Rd, Ridgeway SC 29130
1801 Deer Run Rd, Ridgeway SC 29130
1797 Deer Run Rd, Ridgeway SC 29130
1795 Deer Run Rd, Ridgeway SC 29130
1745 Deer Run Rd, Ridgeway SC 29130
1731 Deer Run Rd, Ridgeway SC 29130
1711 Deer Run Rd, Ridgeway SC 29130
1643 Deer Run Rd, Ridgeway SC 29130
1553 Deer Run Rd, Ridgeway SC 29130
1439 Deer Run Rd, Ridgeway SC 29130
1423 Deer Run Rd, Ridgeway SC 29130
1405 Deer Run Rd, Ridgeway SC 29130
1363 Deer Run Rd, Ridgeway SC 29130
1337 Deer Run Rd, Ridgeway SC 29130
1329 Deer Run Rd, Ridgeway SC 29130
1309 Deer Run Rd, Ridgeway SC 29130
1245 Deer Run Rd, Ridgeway SC 29130
1239 Deer Run Rd, Ridgeway SC 29130
1231 Deer Run Rd, Ridgeway SC 29130
1193 Deer Run Rd, Ridgeway SC 29130

JONES_000294

Lake Wateree Addresses.xlsx

1151 Deer Run Rd, Ridgeway SC 29130
1121 Deer Run Rd, Ridgeway SC 29130
1101 Deer Run Rd, Ridgeway SC 29130
1037 Deer Run Rd, Ridgeway SC 29130
1023 Deer Run Rd, Ridgeway SC 29130
1001 Deer Run Rd, Ridgeway SC 29130
969 Deer Run Rd, Ridgeway SC 29130
935 Deer Run Rd, Ridgeway SC 29130
927 Deer Run Rd, Ridgeway SC 29130
861 Deer Run Rd, Ridgeway SC 29130
817 Deer Run Rd, Ridgeway SC 29130
785 Deer Run Rd, Ridgeway SC 29130
713 Deer Run Rd, Ridgeway SC 29130
705 Deer Run Rd, Ridgeway SC 29130
114-01-01-029-000
114-01-01-005-000
495 Deer Run Rd, Ridgeway SC 29130
463 Deer Run Rd, Ridgeway SC 29130
437 Deer Run Rd, Ridgeway SC 29130
429 Deer Run Rd, Ridgeway SC 29130
397 Deer Run Rd, Ridgeway SC 29130
379 Deer Run Rd, Ridgeway SC 29130
335 Deer Run Rd, Ridgeway SC 29130
295 Deer Run Rd, Ridgeway SC 29130
293 Deer Run Rd, Ridgeway SC 29130
283 Deer Run Rd, Ridgeway SC 29130
255 Deer Run Rd, Ridgeway SC 29130
237 Deer Run Rd, Ridgeway SC 29130
211 Deer Run Rd, Ridgeway SC 29130
175 Deer Run Rd, Ridgeway SC 29130
57 Deer Run Rd, Ridgeway SC 29130
096-03-00-007-000
5859 River Rd, Ridgeway SC 29130
5856 River Rd, Ridgeway SC 29130
60 Plantation Pointe Rd, Ridgeway SC 29130
130 Plantation Pointe Rd, Ridgeway SC 29130
152 Plantation Pointe Rd, Ridgeway SC 29130
164 Plantation Pointe Rd, Ridgeway SC 29130
192 Plantation Pointe Rd, Ridgeway SC 29130
226 Plantation Pointe Rd, Ridgeway SC 29130
095-04-03-060-000

JONES_000295

Lake Wateree Addresses.xlsx

304 Plantation Pointe Rd, Ridgeway SC 29130
113-02-00-017-000

56 N. Dutchman Creek Rd, Ridgeway SC 29130

126 N. Dutchman Creek Rd, Ridgeway SC 29130

182 N. Dutchman Creek Rd, Ridgeway SC 29130

228 N. Dutchman Creek Rd, Ridgeway SC 29130

236 N. Dutchman Creek Rd, Ridgeway SC 29130

227 N. Dutchman Creek Rd, Ridgeway SC 29130

201 N. Dutchman Creek Rd, Ridgeway SC 29130

161 N. Dutchman Creek Rd, Ridgeway SC 29130

125 N. Dutchman Creek Rd, Ridgeway SC 29130

91 N. Dutchman Creek Rd, Ridgeway SC 29130

53 N. Dutchman Creek Rd, Ridgeway SC 29130

19 N. Dutchman Creek Rd, Ridgeway SC 29130

38 S. Dutchman Creek Rd, Ridgeway SC 29130

86 S. Dutchman Creek Rd, Ridgeway SC 29130

113-02-00-007-000
113-02-00-008-000

550 S. Dutchman Creek Rd, Ridgeway SC 29130

592 S. Dutchman Creek Rd, Ridgeway SC 29130

620 S. Dutchman Creek Rd, Ridgeway SC 29130

625 S. Dutchman Creek Rd, Ridgeway SC 29130

JONES_000296

607 S. Dutchman Creek Rd, Ridgeway SC 29130

585 S. Dutchman Creek Rd, Ridgeway SC 29130

113-00-00-009-000
113-00-00-008-000
113-00-00-007-000
113-01-01-001-000

2243 Wateree Estates Rd,Winnsboro SC 29180

2241 Wateree Estates Rd, Winnsboro SC 29180

2237 Wateree Estates Rd, Winnsboro SC 29180

2233 Wateree Estates Rd, Winnsboro SC 29180

2199 Wateree Estates Rd, Winnsboro SC 29180

2171 Wateree Estates Rd, Winnsboro SC 29180

2153 Wateree Estates Rd, Winnsboro SC 29180

2139 Wateree Estates Rd, Winnsboro SC 29180

2109 Wateree Estates Rd, Winnsboro SC 29180

2103 Wateree Estates Rd, Winnsboro SC 29180

2091 Wateree Estates Rd, Winnsboro SC 29180

2063 Wateree Estates Rd, Winnsboro SC 29180

113-01-02-013-000

2031 Wateree Estates Rd, Winnsboro SC 29180

2027 Wateree Estates Rd, Winnsboro SC 29180

1993 Wateree Estates Rd, Winnsboro SC 29180

1941 Wateree Estates Rd, Winnsboro SC 29180

JONES_000297

Lake Wateree Addresses.xlsx

113-01-02-018-000
113-01-02-035-000

1905 Wateree Estates Rd, Winnsboro SC 29180

1895 Wateree Estates Rd, Winnsboro SC 29180

1877 Wateree Estates Rd, Winnsboro SC 29180

1867 Wateree Estates Rd, Winnsboro SC 29180

1855 Wateree Estates Rd, Winnsboro SC 29180

26 Rion Cir, Winnsboro SC 29180
44 Rion Cir, Winnsboro SC 29180
46 Rion Cir, Winnsboro SC 29180
64 Rion Cir, Winnsboro SC 29180
113-01-02-028-000
181 Rion Cir, Winnsboro SC 29180
113-01-02-030-000
155 Rion Cir, Winnsboro SC 29180
147 Rion Cir, Winnsboro SC 29180
113-01-02-033-000
127 Rion Cir, Winnsboro SC 29180
121 Rion Cir, Winnsboro SC 29180
109 Rion Cir, Winnsboro SC 29180
79 Rion Cir, Winnsboro SC 29180
49 Rion Cir, Winnsboro SC 29180

1737 Wateree Estates Rd, Winnsboro SC 29180

1725 Wateree Estates Rd, Winnsboro SC 29180

1709 Wateree Estates Rd, Winnsboro SC 29180

1703 Wateree Estates Rd, Winnsboro SC 29180

1651 Wateree Estates Rd, Winnsboro SC 29180

1605 Wateree Estates Rd, Winnsboro SC 29180

095-03-02-021-000

JONES_000298

1525 Wateree Estates Rd, Winnsboro SC 29180

1501 Wateree Estates Rd, Winnsboro SC 29180

1489 Wateree Estates Rd, Winnsboro SC 29180

1419 Wateree Estates Rd, Winnsboro SC 29180

49 Runic Cir, Winnsboro SC 29180
5 Runic Cir, Winnsboro SC 29180

1325 Wateree Estates Rd, Winnsboro SC 29180

1317 Wateree Estates Rd, Winnsboro SC 29180

1295 Wateree Estates Rd, Winnsboro SC 29180

1273 Wateree Estates Rd, Winnsboro SC 29180

1233 Wateree Estates Rd, Winnsboro SC 29180

1221 Wateree Estates Rd, Winnsboro SC 29180

1141 Wateree Estates Rd, Winnsboro SC 29180

1109 Wateree Estates Rd, Winnsboro SC 29180

26 Copper Ln, Winnsboro SC 29180
80 Copper Ln, Winnsboro SC 29180
71 Copper Ln, Winnsboro SC 29180
20 Rumble Dr, Winnsboro SC 29180
78 Rumble Dr, Winnsboro SC 29180
124 Rumble Dr, Winnsboro SC 29180
160 Rumble Dr, Winnsboro SC 29180
998 Dutchman Ln, Winnsboro SC 29180
1021 Dutchman Ln, Winnsboro SC 29180
995 Dutchman Ln, Winnsboro SC 29180
977 Dutchman Ln, Winnsboro SC 29180
967 Dutchman Ln, Winnsboro SC 29180
923 Dutchman Ln, Winnsboro SC 29180
095-04-03-071-000
883 Dutchman Ln, Winnsboro SC 29180

JONES_000299

819 Dutchman Ln, Winnsboro SC 29180
793 Dutchman Ln, Winnsboro SC 29180
775 Dutchman Ln, Winnsboro SC 29180
737 Dutchman Ln, Winnsboro SC 29180
735 Dutchman Ln, Winnsboro SC 29180
721 Dutchman Ln, Winnsboro SC 29180
701 Dutchman Ln, Winnsboro SC 29180
669 Dutchman Ln, Winnsboro SC 29180
567 Dutchman Ln, Winnsboro SC 29180
529 Dutchman Ln, Winnsboro SC 29180
507 Dutchman Ln, Winnsboro SC 29180
483 Dutchman Ln, Winnsboro SC 29180
477 Dutchman Ln, Winnsboro SC 29180
473 Dutchman Ln, Winnsboro SC 29180
457 Dutchman Ln, Winnsboro SC 29180
387 Dutchman Ln, Winnsboro SC 29180
375 Dutchman Ln, Winnsboro SC 29180
359 Dutchman Ln, Winnsboro SC 29180
325 Dutchman Ln, Winnsboro SC 29180
225 Dutchman Ln, Winnsboro SC 29180
213 Dutchman Ln, Winnsboro SC 29180
187 Dutchman Ln, Winnsboro SC 29180
10 Palmetto Place Ln, Winnsboro SC 29180
18 Palmetto Place Ln, Winnsboro SC 29180
26 Palmetto Place Ln, Winnsboro SC 29180
38 Palmetto Place Ln, Winnsboro SC 29180
50 Palmetto Place Ln, Winnsboro SC 29180
62 Palmetto Place Ln, Winnsboro SC 29180
74 Palmetto Place Ln, Winnsboro SC 29180
86 Palmetto Place Ln, Winnsboro SC 29180
98 Palmetto Place Ln, Winnsboro SC 29180
110 Palmetto Place Ln, Winnsboro SC 29180
124 Palmetto Place Ln, Winnsboro SC 29180
136 Palmetto Place Ln, Winnsboro SC 29180
5508 River Rd, Winnsboro SC 29180
5546 River Rd, Winnsboro SC 29180
5555 River Rd, Winnsboro SC 29180
5525 River Rd, Winnsboro SC 29180
095-02-01-034-000
4722 River Rd, Winnsboro SC 29180
095-02-01-019-000

JONES_000300

312 Wateree Estates Rd, Winnsboro SC 29180

484 Wateree Estates Rd, Winnsboro SC 29180

095-02-01-007-000

095-02-01-001-000

095-02-01-037-000

095-02-01-003-000

531 Wild Dogwood Rd, Winnsboro SC 29180

095-01-00-004-000

414 Wild Dogwood Ln, Winnsboro SC 29180

095-01-00-004-000

558 Taylors Creek Rd, Winnsboro SC 29180

095-02-01-035-000

4184 River Rd, Winnsboro SC 29180

095-02-01-028-000

4300 River Rd, Winnsboro SC 29180

4402 River Rd, Winnsboro SC 29180

4472 River Rd, Winnsboro SC 29180

4518 River Rd, Winnsboro SC 29180

4479 River Rd, Winnsboro SC 29180

095-02-02-002-000

368 Windemere Dr, Winnsboro SC 29180

402 Windemere Dr, Winnsboro SC 29180

410 Windemere Dr, Winnsboro SC 29180

407 Windemere Dr, Winnsboro SC 29180

379 Windemere Dr, Winnsboro SC 29180

369 Windemere Dr, Winnsboro SC 29180

261 Windemere Dr, Winnsboro SC 29180

259 Windemere Dr, Winnsboro SC 29180

095-02-02-012-000

155 Windemere Dr, Winnsboro SC 29180

095-02-02-030-000

095-02-02-014-000

228 White Pine Rd, Winnsboro SC 29180

095-02-02-033-000

242 Morninglow Dr, Winnsboro SC 29180

314 Morninglow Dr, Winnsboro SC 29180

319 Morninglow Dr, Winnsboro SC 29180

311 Morninglow Dr, Winnsboro SC 29180

301 Morninglow Dr, Winnsboro SC 29180

JONES_000301

295 Morninglow Dr, Winnsboro SC 29180

247 Morninglow Dr, Winnsboro SC 29180

237 Morninglow Dr, Winnsboro SC 29180

183 Morninglow Dr, Winnsboro SC 29180

179 Morninglow Dr, Winnsboro SC 29180

095-02-02-032-000

294 S. Waters Edge Dr, Winnsboro SC 29180

344 S. Waters Edge Dr, Winnsboro SC 29180

355 S. Waters Edge Dr, Winnsboro SC 29180

346 S. Waters Edge Dr, Winnsboro SC 29180

291 S. Waters Edge Dr, Winnsboro SC 29180

275 S. Waters Edge Dr, Winnsboro SC 29180

243 S. Waters Edge Dr, Winnsboro SC 29180

229 S. Waters Edge Dr, Winnsboro SC 29180

163 S. Waters Edge Dr, Winnsboro SC 29180

109 S. Waters Edge Dr, Winnsboro SC 29180

71 S. Waters Edge Dr, Winnsboro SC 29180

4 N. Waters Edge Dr, Winnsboro SC 29180

6 N. Waters Edge Dr, Winnsboro SC 29180

90 N. Waters Edge Dr, Winnsboro SC 29180

116 N. Waters Edge Dr, Winnsboro SC 29180

300 Pinehurst Rd, Winnsboro SC 29180

500 Pinehurst Rd, Winnsboro SC 29180

14 Duck Cove Ln, Winnsboro SC 29180

078-04-01-024-000

120 Duck Cove Ln, Winnsboro SC 29180

190 Duck Cove Ln, Winnsboro SC 29180

242 Duck Cove Ln, Winnsboro SC 29180

241 Duck Cove Ln, Winnsboro SC 29180

25 Duck Cove Ln, Winnsboro SC 29180

078-04-01-017-000

676 Pinehurst Rd, Winnsboro SC 29180

686 Pinehurst Rd, Winnsboro SC 29180

702 Pinehurst Rd, Winnsboro SC 29180

758 Pinehurst Rd, Winnsboro SC 29180

71 Trinity Dr, Winnsboro SC 29180

150 Trinity Dr, Winnsboro SC 29180

214 Trinity Dr, Winnsboro SC 29180

175 Trinity Dr, Winnsboro SC 29180

145 Trinity Dr, Winnsboro SC 29180

69 Trinity Dr, Winnsboro SC 29180

JONES_000302

078-04-01-005-000
816 Pinehurst Rd, Winnsboro SC 29180
858 Pinehurst Rd, Winnsboro SC 29180
904 Pinehurst Rd, Winnsboro SC 29180
944 Pinehurst Rd, Winnsboro SC 29180
078-03-00-014-000
284 Timberlane Cir, Winnsboro SC 29180
476 Timberlane Cir, Winnsboro SC 29180
510 Timberlane Cir, Winnsboro SC 29180
550 Timberlane Cir, Winnsboro SC 29180
078-03-00-004-000
726 Timberlane Cir, Winnsboro SC 29180
078-03-00-006-000
730 Timberlane Cir, Winnsboro SC 29180
80 Orlando Ln, Winnsboro SC 29180
81 Orlando Ln, Winnsboro SC 29180
43 Orlando Ln, Winnsboro SC 29180
792 Timberlane Cir, Winnsboro SC 29180
818 Timberlane Cir, Winnsboro SC 29180
848 Timberlane Cir, Winnsboro SC 29180
858 Timberlane Cir, Winnsboro SC 29180
900 Timberlane Cir, Winnsboro SC 29180
936 Timberlane Cir, Winnsboro SC 29180
20 Saints Dr, Winnsboro SC 29180
60 Saints Dr, Winnsboro SC 29180
82 Saints Dr, Winnsboro SC 29180
078-01-00-027-000
2279 Shangri-La Dr, Winnsboro SC 29180
2277 Shangri-La Dr, Winnsboro SC 29180
2275 Shangri-La Dr, Winnsboro SC 29180
2233 Shangri-La Dr, Winnsboro SC 29180
2231 Shangri-La Dr, Winnsboro SC 29180
078-01-00-014-000
2157 Shangri-La Dr, Winnsboro SC 29180
2155 Shangri-La Dr, Winnsboro SC 29180
078-01-00-011-000
2093 Shangri-La Dr, Winnsboro SC 29180
2003 Shangri-La Dr, Winnsboro SC 29180
1905 Shangri-La Dr, Winnsboro SC 29180
1887 Shangri-La Dr, Winnsboro SC 29180
1883 Shangri-La Dr, Winnsboro SC 29180

JONES_000303

Lake Wateree Addresses.xlsx

1881 Shangri-La Dr, Winnsboro SC 29180
1847 Shangri-La Dr, Winnsboro SC 29180
078-01-00-035-000
1699 Shangri-La Dr, Winnsboro SC 29180
1275 Shangri-La Dr, Winnsboro SC 29180
1231 Shangri-La Dr, Winnsboro SC 29180
1225 Shangri-La Dr, Winnsboro SC 29180
1183 Shangri-La Dr, Winnsboro SC 29180
1179 Shangri-La Dr, Winnsboro SC 29180
1173 Shangri-La Dr, Winnsboro SC 29180
077-02-00-030-000
961 Shangri-La Dr, Winnsboro SC 29180
933 Shangri-La Dr, Winnsboro SC 29180
889 Shangri-La Dr, Winnsboro SC 29180
789 Shangri-La Dr, Winnsboro SC 29180
779 Shangri-La Dr, Winnsboro SC 29180
749 Shangri-La Dr, Winnsboro SC 29180
725 Shangri-La Dr, Winnsboro SC 29180
719 Shangri-La Dr, Winnsboro SC 29180
687 Shangri-La Dr, Winnsboro SC 29180
681 Shangri-La Dr, Winnsboro SC 29180
661 Shangri-La Dr, Winnsboro SC 29180
655 Shangri-La Dr, Winnsboro SC 29180
615 Shangri-La Dr, Winnsboro SC 29180
571 Shangri-La Dr, Winnsboro SC 29180
547 Shangri-La Dr, Winnsboro SC 29180
467 Shangri-La Dr, Winnsboro SC 29180
465 Shangri-La Dr, Winnsboro SC 29180
371 Shangri-La Dr, Winnsboro SC 29180
077-02-00-012-000
199 Shangri-La Dr, Winnsboro SC 29180
23 Shangri-La Dr, Winnsboro SC 29180
1518 Wateree Rd, Winnsboro SC 29180
1613 Wateree Rd, Winnsboro SC 29180
80 Valley One Dr, Winnsboro SC 29180
128 Valley One Dr, Winnsboro SC 29180
186 Valley One Dr, Winnsboro SC 29180
202 Valley One Dr, Winnsboro SC 29180
214 Valley One Dr, Winnsboro SC 29180
216 Valley One Dr, Winnsboro SC 29180
240 Valley One Dr, Winnsboro SC 29180

JONES_000304

260 Valley One Dr, Winnsboro SC 29180
300 Valley One Dr, Winnsboro SC 29180
326 Valley One Dr, Winnsboro SC 29180
077-01-00-047-000
396 Valley One Dr, Winnsboro SC 29180
408 Valley One Dr, Winnsboro SC 29180
428 Valley One Dr, Winnsboro SC 29180
462 Valley One Dr, Winnsboro SC 29180
518 Valley One Dr, Winnsboro SC 29180
077-01-00-041-000
558 Valley One Dr, Winnsboro SC 29180
586 Valley One Dr, Winnsboro SC 29180
077-00-00-014-000
077-00-00-025-000
2721 Great North Rd, Winnsboro SC 29180
077-01-00-037-000
2669 Great North Rd, Winnsboro SC 29180
2627 Great North Rd, Winnsboro SC 29180
2597 Great North Rd, Winnsboro SC 29180
2559 Great North Rd, Winnsboro SC 29180
2557 Great North Rd, Winnsboro SC 29180
2503 Great North Rd, Winnsboro SC 29180
2457 Great North Rd, Winnsboro SC 29180
2427 Great North Rd, Winnsboro SC 29180
2391 Great North Rd, Winnsboro SC 29180
2321 Great North Rd, Winnsboro SC 29180
2271 Great North Rd, Winnsboro SC 29180
2265 Great North Rd, Winnsboro SC 29180
2247 Great North Rd, Winnsboro SC 29180
2227 Great North Rd, Winnsboro SC 29180
2217 Great North Rd, Winnsboro SC 29180
2213 Great North Rd, Winnsboro SC 29180
2211 Great North Rd, Winnsboro SC 29180
2209 Great North Rd, Winnsboro SC 29180
2199 Great North Rd, Winnsboro SC 29180
2165 Great North Rd, Winnsboro SC 29180
2111 Great North Rd, Winnsboro SC 29180
2103 Great North Rd, Winnsboro SC 29180
2097 Great North Rd, Winnsboro SC 29180
2081 Great North Rd, Winnsboro SC 29180
2075 Great North Rd, Winnsboro SC 29180

JONES_000305

2063 Great North Rd, Winnsboro SC 29180
2051 Great North Rd, Winnsboro SC 29180
2037 Great North Rd, Winnsboro SC 29180
2007 Great North Rd, Winnsboro SC 29180
077-01-00-008-000
1863 Great North Rd, Winnsboro SC 29180
1851 Great North Rd, Winnsboro SC 29180
1849 Great North Rd, Winnsboro SC 29180
1795 Great North Rd, Winnsboro SC 29180
1765 Great North Rd, Winnsboro SC 29180
1735 Great North Rd, Winnsboro SC 29180
1677 Great North Rd, Winnsboro SC 29180
077-00-00-022-000
651 Great North Rd, Winnsboro SC 29180
077-00-00-001-000
076-00-00-004-000
076-00-00-005-000
077-01-00-070-000
077-01-00-069-000
11816 US Highway 21 N, Winnsboro SC 29180
060-01-00-003-000
060-03-01-009-000
060-03-01-010-000
060-03-01-002-000
060-03-01-003-000
1961 Wateree Rd, Winnsboro SC 29180
1919 Wateree Rd, Winnsboro SC 29180
1879 Wateree Rd, Winnsboro SC 29180
060-03-01-007-000
94 Inlet Harbor Court, Winnsboro SC 29180
101 Inlet Harbor Court, Winnsboro SC 29180
95 Inlet Harbor Court, Winnsboro SC 29180
77 Inlet Harbor Court, Winnsboro SC 29180
59 Inlet Harbor Court, Winnsboro SC 29180
1743 Wateree Road, Winnsboro SC 29180
1688 Wateree Road, Winnsboro SC 29180
060-03-02-019-000
253 Cedar Point Road, Winnsboro SC 29180
251 Cedar Point Road, Winnsboro SC 29180
233 Cedar Point Road, Winnsboro SC 29180
219 Cedar Point Road, Winnsboro SC 29180

JONES_000306

Lake Wateree Addresses.xlsx

197 Cedar Point Road, Winnsboro SC 29180
169 Cedar Point Road, Winnsboro SC 29180
167 Clemmber Road, Winnsboro SC 29180
060-03-02-022-000
299 Lakeshore Road, Winnsboro SC 29180
269 Lakeshore Drive, Winnsboro SC 29180
060-04-01-017-000
235 Lakeshore Drive, Winnsboro SC 29180
223 Lakeshore Drive, Winnsboro SC 29180
060-04-01-018-000
76 Inlet View Road, Winnsboro SC 29180
060-04-01-020-000
060-04-01-019-000
89 Blue Bird Lane, Winnsboro SC 29180
47 Blue Bird Lane, Winnsboro SC 29180
35 Blue Bird Lane, Winnsboro SC 29180
29 Blue Bird Lane, Winnsboro SC 29180

895 Wateree Creek Valley, Winnsboro SC 29180

923 Wateree Creek Valley, Winnsboro SC 29180

865 Wateree Creek Valley, Winnsboro SC 29180

060-04-01-013-000

821 Wateree Creek Valley, Winnsboro SC 29180

793 Wateree Creek Valley, Winnsboro SC 29180

060-04-02-002-000
060-04-02-003-000
284 Gunsite Road, Winnsboro SC 29180
286 Gunsite Road, Winnsboro SC 29180
290 Gunsite Road, Winnsboro SC 29180
304 Gunsite Road, Winnsboro SC 29180
324 Gunsite Road, Winnsboro SC 29180
360 Gunsite Road, Winnsboro SC 29180
380 Gunsite Road, Winnsboro SC 29180
420 Gunsite Road, Winnsboro SC 29180
434 Gunsite Road, Winnsboro SC 29180
464 Gunsite Road, Winnsboro SC 29180
500 Gunsite Road, Winnsboro SC 29180

JONES_000307

Lake Wateree Addresses.xlsx

604 Gunsite Road, Winnsboro SC 29180
622 Gunsite Road, Winnsboro SC 29180
640 Gunsite Road, Winnsboro SC 29180
674 Gunsite Road, Winnsboro SC 29180
724 Gunsite Road, Winnsboro SC 29180
772 Gunsite Road, Winnsboro SC 29180
792 Gunsite Road, Winnsboro SC 29180
832 Gunsite Road, Winnsboro SC 29180
856 Gunsite Road, Winnsboro SC 29180
860 Gunsite Road, Winnsboro SC 29180
861 Gunsite Road, Winnsboro SC 29180
077-02-00-008-000
1012 Woodside Dr, Winnsboro SC 29180
060-04-04-007-000
060-04-04-008-000
061-03-02-001-000
1222 Woodside Dr, Winnsboro SC 29180
1258 Woodside Dr, Winnsboro SC 29180
1280 Woodside Dr, Winnsboro SC 29180
1344 Woodside Dr, Winnsboro SC 29180
1408 Woodside Dr, Winnsboro SC 29180
1562 Woodside Dr, Winnsboro SC 29180
1564 Woodside Dr, Winnsboro SC 29180
1566 Woodside Dr, Winnsboro SC 29180
061-03-02-010-000
1567 Woodside Dr, Winnsboro SC 29180
061-03-01-018-000
1541 Woodside Dr, Winnsboro SC 29180
1445 Woodside Dr, Winnsboro SC 29180
1395 Woodside Dr, Winnsboro SC 29180
1379 Woodside Dr, Winnsboro SC 29180
1375 Woodside Dr, Winnsboro SC 29180
1347 Woodside Dr, Winnsboro SC 29180
061-03-01-011-000
1319 Woodside Dr, Winnsboro SC 29180
1303 Woodside Dr, Winnsboro SC 29180
1287 Woodside Dr, Winnsboro SC 29180
1271 Woodside Dr, Winnsboro SC 29180
1257 Woodside Dr, Winnsboro SC 29180
061-03-01-004-000
1213 Woodside Dr, Winnsboro SC 29180

JONES_000308