# Exhibit C

# Property Card, Jones_000215

# Parcel Information Report (2023/02/09 08:39)

## 128-04-41-040



## General Information

| | | |
|---|---|---|
| **Parcel Number** 128-04-41-040 | **Building Type** Residential | **Grantor** DEAL J M JR & CLYDE M JONES & |
| **Owner Name** JONES CLYDE M II | **Finished Building Area** 2107 | **Previous Deed Book-Page** 3485-17 |
| **Owner Name2** | **Primary LandUse Code** RG | **Previous Sale Date** 2016/02/17 |
| **Owner Name3** | **Total Land Value** 215000 | **Previous Sale Price** $0.00 |
| **Location Address** 1778  SAILING CLUB RD     CAMDEN, SC 29020 | **Total Yard Item Value** 1500 | **Zoning** |
| **Mailing Address** 410 HAMPTON STREET CAMDEN,SC 29020 | **Total Building Value** 151300 | **Deed Book-Page** 4233-13 |
| **Legal Description** LAKE WATEREE LOT 40 | **Total Market Value** 367800 | **Plat Book** 1083 |
| **Year Built** 2003 | | **Plat Page** 317 |
| **Total Acreage** 0.00 | | **District** 281 |
| **Sale Date** 2020/06/02 | | |
| **Sale Price** $46,000.00 | | |
| **Sale Type** Family Sale | | |

JONES_000215