# Exhibit D

# A Brief Summary of Duke Power Company's WWII (1942-1943) Mosquito Control Files DUK_00000027-29

*(filed under seal)*