# Exhibit E

# Communications Plan for the Mosquito Control Program Building Dedication/75th Anniversary DUK_00002369-2373

## *(filed under seal)*