# Exhibit F

# Duke Power Company Letter Dated May 18, 1943 DUK_00000157-158

*(filed under seal)*