# Exhibit G

# Duke Power Company Letter Dated July 31, 1969 DUK_00000172

*(filed under seal)*