# Exhibit H

# Basic Mosquito Control on Lakes
# DUK_00000289-294

*(filed under seal)*