# Exhibit I

# Present Approaches to Mosquito Control on Duke Power Company Impoundments DUK_00000295-300

*(filed under seal)*