# Exhibit J

# Mosquito Control Facilities Spill Prevention Control and Countermeasure Modified SPCC Plan DUK_00002051-2052

*(filed under seal)*