# Exhibit K

# Duke Energy Carolinas Mosquito Control, Pesticide Discharge Management Plan DUK_00002329-2340

*(filed under seal)*