# Exhibit L

# South Carolina Department of Health and Environmental Control letter dated January 21, 1976 DUK_00000479-482

*(filed under seal)*