# Exhibit M

# Firm Resumes



# LITIGATION PRACTICE GROUP
## Class Action
## Mass Tort

# FIRM PROFILE

## A TRUSTED LEGAL ADVISOR

Wyche brings sophisticated legal acumen earned through navigating complicated matters for over 100 years. We have an uncommonly deep bench for a law firm our size, making us a local firm with a national-caliber practice. Wyche attorneys regularly litigate in federal and state courts throughout South Carolina and across the country and handle appellate matters for clients who want new or additional representation on appeal by veteran, successful counsel.

Our litigators include members of the American Law Institute, former Presidents of the South Carolina and Greenville County Bars and the S.C. Chapter of the Federal Bar Association, fellows of the American College of Trial Lawyers, former United States Supreme Court law clerks, and permanent members of the U.S. Fourth Circuit Judicial Conference. Wyche serves as the state's exclusive member of **Lex Mundi**, the world's premier network of independent law firms.

### 100+
Years of Legal Leadership

### #1
Litigation Practice Ranked Band One
(*Chambers USA*)

———

Top Lawyer in South Carolina
(*Super Lawyers*)

### 23,000
Access to 23,000 attorneys in more than 125+ countries as the SC member firm of Lex Mundi

## THE WYCHE DIFFERENCE

| CLIENT-CENTERED | EXPERIENCED | EFFICIENT |
|---|---|---|
| Wyche's unique culture and structure rewards teamwork, collaboration, and excellent client service to ensure the most qualified attorneys are paired with the client. | Wyche attorneys have participated in our region's most innovative transactions and have navigated a multitude of complex legal challenges. Our team consists of top-tier talented attorneys and legal professionals with strong academic credentials and experience typically only found in larger markets. | Wyche rejects the traditional law firm model built on maximizing the billable hour and working in silos, and instead, uses a lean staffing model to deliver responsive and efficient legal services designed to meet the specific needs of each client. |

## OUR LOCATIONS

Wyche's 45 attorneys are primarily based in Greenville, SC and Columbia, SC, with clients spanning across South Carolina and the United States.

**Greenville**
200 East Broad Street, Suite 400
Greenville, SC 29601

**Columbia**
807 Gervais Street, Suite 301
Columbia, SC 29201

 

# REPRESENTATIVE MATTERS

- **Pitts v. Jackson National Life Insurance:** We defended this insurance practices class action in state court in South Carolina. After conditional certification of a class, we obtained summary judgment on the merits, which was upheld on appeal.

- **Cook v. Liberty Life:** We defended Liberty Life Insurance Company in this insurance contract interpretation class action. We obtained summary judgment on the merits.

- **Sugarman v. Liberty Life:** This was a telemarketing practices claim in Oregon. We worked with Oregon counsel. Liberty Life prevailed on class certification and on the merits.

- **Stoddard v. Smart Corporation and Hiller v. Smart Corporation:** We represented Smart Corporation in these two antitrust class actions—one in federal court, one in state court–alleging monopolistic practices in the copying of medical records. We obtained summary judgment on the merits in both cases.

- **Spartanburg Regional Hospital System v. Hillenbrand:** We worked actively as local counsel in defending this antitrust class action, which alleged antitrust violations arising out of alleged "bundled discounts." Lead counsel was Boies, Schiller & Flexner. The case settled.

- **Pitten v. One Price:** We obtained summary judgment for the defendant in this securities law action.

- **In re Datastream Systems, Inc. Securities Litigation:** We represented the defendant in this securities law class action, which was settled.

- **Campbell v. Microsoft:** We represented Microsoft in this class action filed in state court here and removed to federal court. The case was transferred to multidistrict panel. We worked with lead counsel Sullivan and Cromwell.

- **In re Electrical Receptacle Products Liability Litigation:** We represented the defendant in this no-injury products liability class action involving electrical receptacles. After a stint with an MDL panel in the District of South Carolina, the case was ultimately remanded to state court, where we argued successfully to the state trial court for its outright dismissal.

- **Salley et al v. Compaq and Hewlett Packard:** We represented the defendants in this products liability class action filed in state court in South Carolina. We worked with lead counsel Morgan Lewis & Bockius and Gibson Dunn & Crutcher. This case was settled.

- **Cole & Kaufman v. Long John Silver:** This was a Fair Labor Standards Act collective action that was in arbitration. We briefed and argued challenges in federal court to certain awards of the arbitrator.

 

### SPEIGHTS & SOLOMONS, LLC – Attorneys at Law
### Hampton, South Carolina
### www.speightsandsolomons.com

**Speights & Solomons, L.L.C.** practices in the following areas of law:
Complex Litigation, Multi-District Litigation, Mass Torts, Personal Injury, Medical Malpractice, Pharmaceutical Liability, Products Liability, Consumer Protection, Toxic Torts, Premises Liability, Business Litigation

Daniel A. Speights has been practicing law for nearly 50 years. He is nationally known for his involvement in complex class actions and mass tort litigation including appearing as counsel for national classes of property owners in numerous bankruptcy courts.

Gibson Solomons has been serving as Plaintiffs' counsel in class actions for over twenty years. He has served as class counsel in in multiple states and multiple federal district courts. His experience includes being lead counsel national MDL class actions as well as lead counsel in in several localized state actions. Mr. Solomons is currently serving as class counsel in multiple actions. He has overseen class actions for a diverse array of clients including businesses, farmers, utility customers, homeowners, patients, and highway patrolmen.

### Daniel A. Speights – Founding Partner

Daniel A. Speights has over 40 years of experience representing plaintiffs in complex civil litigation, with a national reputation in asbestos property damage litigation. Since 1982, he has tried and settled more asbestos property damage cases than any other attorney in the country. He has played pivotal roles in major asbestos-related bankruptcy cases, including Johns-Manville, Celotex, and National Gypsum, where his leadership helped secure multimillion-dollar settlements and favorable legal precedents.

A former U.S. Navy officer (1967–1970) and Clemson University alumnus (B.A., 1967), Dan earned his J.D. from the University of South Carolina School of Law in 1973. He began his legal career clerking for Judge W. L. Rhodes, Jr., later becoming a founding member of Speights & Runyan in 1987 before co-founding Speights & Solomons.

**Key Areas of Practice:**

- Asbestos Property Damage
- Products Liability
- Environmental Torts (Individual and Class Actions)

**Professional Highlights:**

*Speights & Solomons, LLC, 100 Oak Street East, Hampton, SC, 29924*
*(803) 943-4444*
*www.speightsandsolomons.com*

- Lead counsel in landmark asbestos PD cases such as *Lexington County School District v. U.S. Gypsum* and *City of Greenville v. W.R. Grace*.
- Argued leading appellate decisions shaping asbestos litigation, including favorable rulings on statutes of limitations and repose.
- Frequent speaker at national conferences on asbestos litigation and abatement strategy.

**Memberships:**

- American Bar Association
- American Trial Lawyers Association
- South Carolina Bar
- South Carolina Trial Lawyers
- United States Supreme Court and the majority of United States Courts of Appeal

**Education:**

- Clemson University, Bachelor of Arts, 1967
  - Student Body President
  - Named Who's Who Among American Colleges and Universities
  - University of South Carolina Law School, Juris Doctorate, 1973

---

**A.G. (Gibson) Solomons, III – Partner**

Gibson Solomons brings substantial experience in both class action and complex individual litigation. His practice spans issues involving agricultural disputes, hazardous substances, defective products, and real property claims. Gibson has worked extensively on multidistrict litigation and represents clients across state and federal courts, including several U.S. Courts of Appeals.

A graduate of **Clemson University (B.A., 1995)** and the **University of South Carolina School of Law (J.D., 2000)**, Gibson also holds a Master's in Public Administration. He previously clerked for Judge Perry M. Buckner in South Carolina's Fourteenth Judicial Circuit.

**Key Areas of Practice:**

- Class Actions (Agriculture, Environmental, Consumer Protection, Product Defects)
- Complex Personal Injury
- Real Property and Development Disputes

**Professional Associations:**

- South Carolina Bar and Practice & Procedure Committee
- American Bar Association

- American Association for Justice
- United States Fourth Circuit Court of Appeals

**Memberships:**

- South Carolina Bar
- South Carolina Association for Justice
- American Association for Justice
- South Carolina Bar Practice Procedure Committee
- U.S. District Court for District of South Carolina
- American Bar Association
- United States Fourth Circuit Court of Appeals
- Hampton County Bar

**Education:**

- Clemson University, Bachelor of Arts, 1995
  - Member, Tiger Brotherhood
  - Clemson University / University of South Carolina Joint Graduate Program, Master of Public Administration, 1997
  - University of South Carolina School of Law, Juris Doctorate, 2000

**Professional Activities and Experience**:

- Admitted to the Bar in 2000, South Carolina
- Served as Law Clerk to the Honorable Perry M. Buckner, Chief Administrative Judge, Fourteenth Judicial Circuit

## SAVAGE ROYALL & SHEHEEN L.L.P.
### ATTORNEYS AND COUNSELORS AT LAW

ROBERT J. SHEHEEN - OF COUNSEL
MOULTRIE B. BURNS, JR. - OF COUNSEL
WILLIAM B. COX, JR.
VINCENT A. SHEHEEN*
STEPHEN R. SMOAK
MICHAEL D. WRIGHT
GREG B. COLLINS

AUSTIN M. SHEHEEN**

*CERTIFIED MEDIATOR & ARBITRATOR

**LICENSED IN SOUTH CAROLINA AND NORTH CAROLINA

HENRY SAVAGE, JR., 1903-1990
EDWARD M. ROYALL, 1930-2022

1111 CHURCH STREET
CAMDEN S.C. 29020

P.O. DRAWER 10
CAMDEN S.C. 29021

TELEPHONE: (803) 432-4391
FACSIMILE: (803) 425-4816

**Savage, Royall & Sheheen, LLP** practices in the following areas of law:

Savage, Royall & Sheheen was established in 1926. The firm's members have extensive experience in many areas of law. Currently, there are nine attorneys practicing in all areas of the law, including Complex Civil litigation, Probate and Trusts, Estate law, Condemnation, Business and Contract law, Class Action law, family and criminal law. In the past ten years, the firm has recovered millions of dollars for its clients, including multimillion dollar verdicts and settlements.

The attorneys working on this case have over 30 years of combined legal experience. The attorneys have worked on complex product defect cases, class actions involving medical products and payday lending, business litigation, felony criminal trials, and many catastrophic injury cases.

The following attorneys will be providing work or may advise on the current litigation:

## Vincent A. Sheheen – Partner

Vincent A. Sheheen has been practicing law for almost 30 years in a variety of legal areas and across the state of South Carolina. Vincent has handled complex business litigation, personal injury claims, employment disputes, workers compensation, class actions, and other matters. Vincent works hard to represent those who have suffered major injuries in accidents or at work; Vincent also represents businesses and individuals in complex injury and business litigation.
Vincent has experience representing both Plaintiffs and Defendants and has helped clients obtain multi-million-dollar awards and settlements. Vincent graduated Magna Cum Laude from the University of South Carolina School of Law, clerked for U.S. District Judge Joseph F. Anderson, was elected to the House of Representatives in 2000 to fill Seat #52 and elected to the South Carolina Senate in 2004. He served as Prosecutor for the City of Camden and is an active Rotarian. Vincent has received numerous local and state awards and recognition for his public service. Vincent served as a South Carolina Senator, was the Democratic nominee for governor in 2010 and 2014, and currently serves as the Mayor of the City of Camden.

## Austin Sheheen – Associate

Austin M. Sheheen has been practicing law for three years and graduated from the University of South Carolina School of Law, with Magna Cum Laude distinction, in May 2022 and served as a law clerk to the Honorable Judge Jocelyn Newman for the circuit court of South Carolina. Austin graduated from Clemson University with a Bachelor of Science in Anthropology

Page 1 of 2

in 2017, is a licensed real estate agent, and was nominated to be a Member of the Order of the Coif, an honor society for United States Law School Students. Austin is licensed to practice in all South Carolina courts, is a member of the North Carolina Bar, as well as licensed in the federal court system in the United States District Court for the District of South Carolina and the United States District Court for the Eastern District of North Carolina. His current practice areas include Environmental litigation, class action law, personal injury litigation, construction litigation, probate litigation, and property litigation.

## Michael D. Wright – Partner

Michael D. Wright joined Savage, Royall, & Sheheen, LLP in 2012 as an associate and became a partner in the firm in January 2015. Michael is a trial attorney who has represented clients in municipal, state, and federal courts at both the trial and appellate level. Michael represents both individuals and businesses in business disputes, class action litigation, employment matters, and collection proceedings. In addition to his litigation practice, Michael is also well-versed in the transactional world helping individuals in the formation of companies, providing guidance regarding corporate governance, and assists businesses, physicians, and other professional practices with asset and stock purchases, mergers, and acquisitions. Michael also served as the prosecutor for the City of Camden for a decade before becoming Chief Judge for the City of Camden Municipal Court in January 2022.

Michael is a 2005 valedictorian graduate of Presbyterian College and earned his Juris Doctor from the University of South Carolina School of Law in 2009. In addition, Michael earned a Master of Letters in Legal and Political Philosophy from the University of Stirling in Scotland while serving as a Rotary International Ambassadorial Scholar. After graduating from law school, Michael clerked for The Honorable Alexander S. Macaulay, 10th Judicial Circuit Court Judge, and The Honorable H. Bruce Williams, Judge of the South Carolina Court of Appeals.

## Greg Collins – Partner

Greg B. Collins is a South Carolina native and graduate of the University of South Carolina. Before becoming a lawyer, Mr. Collins worked as a chemist in a textile plant. After admission to the South Carolina Bar in 2005, he worked for the Richland County Public Defender's Office. During his time there, he successfully defended clients charged with various crimes including, DUI, Drug Possession, Armed Robbery, Burglary, and all levels of Assault and Murder. Mr. Collins spent a large amount of time in the courtroom, gaining valuable trial experience. After leaving the Public Defender's Office, he worked in civil litigation for several years. Mr. Collins now focuses his practice on criminal defense, personal injury and other complex litigation matters – including construction litigation and negligent security litigation.