# Exhibit 1

REV00001189

DUKE POWER COMPANY RESERVOIR MOSQUITO CONTROL PROGRAM, 1923-1998: A BRIEF HISTORY

Introduction

I'm writing this account in April 1999, prior to the opening of the 76th operational year of the DPC mosquito control program. A few months ago, September 11, 1998 we celebrated the 75th Anniversary of the program and at the celebration luncheon dedicated the new Lake Norman Mosquito Control Facility to Frank Moon Boldridge, Jr.,M.D. Dr. Boldridge developed and was the first director (1923-1966) of the Duke Power Reservoir Mosquito Control Program.

You are opening this time capsule that contains this information at the 90th Anniversary of the program in 2013, and again at the 100th Anniversary in 2023. Maybe some of us will make the 90th opening. Think about us in 2023 when you again open the capsule.

We want to give you (all the folks associated with the mosquito program) the opportunity to take a moment and reflect on the contribution of your efforts and also to consider the value of the efforts of those who came before you. You continue to provide a service that has a serious role protecting the health and safety of those citizens associated with Duke Power reservoirs. On the larger stage of life this may be small stuff. But this stuff has absorbed the professional talents of many folks over seven decades in a manner usually unnoticed (and for the most part unappreciated) by public and management alike. The following is a brief and in many ways an unsatisfactory account of how you managed to get where you are now, so you will have a small idea of the professional legacy passed on to you and to those that follow you.

The Beginning and Early Years

Malaria was a serious problem in the Southeastern US up until WWII. In the early part of the 20th Century, the Southern Power Company (by 1924 known as Duke Power Company) was building dams along the Catawba River and was continually having to deal with legal and health problems associated with the transmission of malaria by the permanent impounded water breeding mosquito Anopheles quadrimaculatus. Southern Power Company (SPC) was spending considerable amounts of money on studies by public health consultants to demonstrate that SPC was not contributing to the existing malaria problem by building dams or from reservoir operations. Although successful in court cases, SPC and other utilities were being pressured by state and federal public health officials to be proactive about the malaria/reservoir question (See page 8 in Malaria Control on Impounded Water, cited below).

Convinced the problem was going to get larger and potentially more expensive as legal cases continued to sap company officials time and energies, James B. Duke resolved to take action and hires a medical doctor working as a county public health inspector/doctor in South Carolina. This doctor, South Carolina native Dr. Frank Moon Boldridge, Jr.,

Confidential

DUK_00004535

REV00001189

MD, was familiar with malaria from his work as a young U.S. Army medical doctor in WWI Europe dealing with the effects of malaria on military personal.

Boldridge had done some malaria consultation for SPC and through his friendship with an Assistant US Surgeon General and others in the southeastern public health sector, Boldridge was recommended to J.B. Duke to develop a malaria control program for SPC. Good professional networking and being at the right place at the right time hasn't changed much.

Years later, Doc Boldridge told the story in a more colorful form, " J.B. Duke called the US Surgeon General and asks to speak to his best man working on malaria. Duke is told that fellow was Frank Boldridge. Duke calls Boldridge and tells him, "I'm James Duke, you now work for me. Please be in my office Monday." This wonderful story fits the colorful image of James Duke, captain of industry and the charismatic personality of Boldridge.

Boldridge started to work for Duke by early summer 1923 and began an aggressive program of mosquito larviciding on Lake James and probably other mosquito breeding hot spots associated with company worker villages located near its power dams.

The program then, in concept, is the same program that is now in place 75 years later. In effect we (and you) conduct mosquito larviciding within reservoir project boundaries using standard state of the art control techniques. In 1923, the major larviciding material was fuel oil. This was the standard practice for DPC until 1989 when liquid Bti replaced the use of fuel oil.

In those early years fuel oil was delivered to the various lake "mosquito camps" in 55 gallon barrels. Hundreds of 55 gallon barrels! The barrels when needed were man-handled aboard worker made barges made from 2" thick rough cut tongue and grove lumber. The oil was sprayed along the shoreline in likely mosquito breeding habitat. Barrels were also placed at the mouths of selected streams entering the reservoirs and allowed to continuously drip-apply oil in to the slowly moving current (pers.com. Ruben Swafford, Lake James. In 1999, Ruben began his 50th year with the program as a boat spray crew member). At times, several hundred full and empty oil drums accumulated at the field camps.

Crews, at the more remote reservoir program staging areas lived in tent camps along the shoreline (program supply records). In addition to larviciding, crews cut back shoreline vegetation to allow larviciding access, improving water flow in breeding areas, and increasing sunlight penetration by streamside brush coppicing. Early barges may have been poled to some extent but early out-board motors were probably also used. Seven or eight men labored through each hot summer on each of the program reservoirs.

DUK_00004536

REV00001189

<u>Pre-War Depression and WWII Years.</u>

Oral tradition says the mosquito program began on L. James. Not long after, Lakes Wylie and Wateree were added. Fuel oil was still the standard larvicide. There is every indication Boldridge also tried any cost effective, research suggested innovations that became available in mosquito control including trial use of other larvicide's, draining low areas, shoreline vegetation reduction, reservoir surcharge, stocking of mosquito fish (program records - order for mosquito fish from the US Bureau of Fisheries). An indicator of Boldridge's interest in technical matters is that he learned to fly in the late 20's and for several decades gave leadership in a Charlotte aviation association.

Soon after the beginning of WWII, Boldridge could no longer obtain adequate supplies of fuel oil, most of which was being directed to the war effort. Program records indicate contract trucks collected used crank case oil purchased from scattered regional auto service stations. In addition, drip oil from turbine bearings and by product oil from company run manufactured gas plants was also used (program records). The human side of the program was that members of larviciding crews were enlisting and being drafted into military service.

Bill Lee (CEO in the 1980's) said Boldridge mentioned to him that he never used DDT. DDT was not generally available during the war because of its use in overseas combat areas. Following the war, although DDT was common, it was considered more effective against adult mosquitoes in residential dwelling applications. Because of stocks that lasted until the mid-1970's Paris green (copper aceto-arsenite) was also applied as a larvicide by program employees.

Duke Power's mosquito control program always reflected the austerity of the times as well as being a low-tech public health program. Keeping the program low cost has always been an important consideration. The depression and WWII produced a no-frills approach to mosquito control.

A wonderful overview of early mosquito control in impounded waters is a book prepared by the US Public Health Service and Tennessee Valley Authority entitled <u>Malaria Control on Impounded Waters</u>, published in 1947 by the US Government Printing Office, Washington, DC. I'll leave my personal copy in the Environmental Center library for you to look through.

<u>Post WWII through the late 1980s</u>

During and following WWII, the amount of larviciding oil used was reduced. Only mosquito breeding habitats were treated. Barges carrying 55 gallon barrels gave way to boats. Larviciding oil was metered into the water stream from on-board oil storage tanks. The water/oil spray produced by a gasoline powered pump was directed at known breeding habitat as the boats followed their spray route. As late as the 1990s older

 DUK_00004537

reservoir residents would complain that the newer boats, containing a 12V spray on demand pump systems, didn't spray "their mosquitoes" when the boats came by. In the gasoline engine run pump days, the old gasoline engines ran continuously because they were notoriously hard to restart after becoming hot, so water was sprayed continuously. When a crew arrived at a breeding habitat site, unseen by shoreline observers they would turn a valve allowing fuel oil to be pulled into the water stream, to be directed on the mosquito breeding area then turned off s the boat continued its route. This explanation still doesn't satisfy the older folks who want to see that continuous spray they saw as children growing up or when visiting their grandparent's lake cottage, the "placebo effect."

Larviciding began on L. Norman before it reached full pool in 1963. Lake Greenwood 's existing county mosquito control program was added in 1966 when that lake was leased from Greenwood County. John Whiteford, a Cross Hill native and returning European war veteran who had been running the Greenwood mosquito control program and log removal operation on the lake since 1945 was transferred over to Duke along with his laborer crew. To keep them and their lake experience, they were given full seniority when they were transferred to Duke Power. "Mr. John" retired in the late 70's and his son Robert was hired to continue the program. Robert was chosen by the Buzzard Roost Hydro Station (Lake Greenwood hydroelectric dam and station) management to continue the program because as a student he spent his summer vacations with his dad on the lake and knew every inch of shoreline as well as most of it's shoreline residents. Robert says he's related to most of them. Not the Yankees of course.

The last large reservoir added to the program was Lake Keowee near Clemson, SC. When the lake reached full pool in 1973 boat crews were busy spraying the mosquito breed habitat. It is interesting to note that as Belews Lake, Northeast of Winston Salem, NC, was under construction, site of the large Belews Creek Coal Fired Steam Station, a temporary mosquito control program was put in place until the lake reached full pool. Belews Lake is steep sided with little shallow water providing mosquito breeding habitat. Most of the potential breeding habitat is available to resident lake fish. When rafting wind-blown floating organic detritus (wood, sticks, bark) that protected the mosquito larvae from fish perdition sank due to lake water saturation by the end of filling, mosquito control was no longer necessary. Reservoir morphology plays a great roll in the development of mosquito breeding habitat. The shallower the reservoir, the more likely larger areas of the reservoir my produce mosquito breeding, especially in aquatic plants and in shoreline ponds cut off from the reservoir by sand-bars.

By the early 1960s, Doc Boldridge, planning for retirement, hired John Lyon to take over the day to day mosquito control program. Lyon's premature death from brain cancer in the mid 1960's delayed Boldridge's retirement until 1966. George T. Swearigan, M.S., R.S., was hired in 1966 to become the second mosquito control director for Duke Power. Doc Boldridge died in 1981 after 43 years with Duke Power and many years as a public health consultant to the company. He saw both lakes Norman and Keowee, the last major reservoirs built by Duke Power and thus finishing the electrification of the upper Catawba River begun decades before under the leadership and vision of James B. Duke

REV00001189

(President of the American Tobacco Co, and namesake and benefactor of Duke University), brought into the company's mosquito control program. At his funeral, the who's-who of Duke Power were his pall bearers and honorary pall bearers.

Doc Boldridge and his wife did not have children and when she died in the mid 80's her nephew contacted Duke to see if the company wanted Doc's extensive collection of correspondence about the early mosquito days and his oil portrait that dated from the 1930's. It always hung over the main fireplace in his big Selwyn Avenue, Charlotte, NC home and many Duke executive old-timers remember it staring down at them when they visited.

The company did not take the correspondence ( what a phenomenal loss of our history) but Jim Hendicks (a company environmental engineer and General Manager in charge of DPC environmental activities)  managed to obtain the portrait, have it cleaned, re-stretched,  and it now hangs in the lobby of the Duke Power  Environmental Center, located on Lake Norman near McGuire Nuclear Station.. If Duke ever gets out of environmental work, please see if the portrait can be donated to the Public Health Pest Management Division of North Carolina. They house the state mosquito control program and would understand the historical significance of the painting. Look into those eyes and imagine telling Doc Boldridge that mosquito control wasn't important! By the way, he was over six feet tall. I wouldn't want the ghosts of Boldridge and J.B. Duke paying me a visit!

As a side note, Ruben Swafford of our L. James crew was hired by Boldridge in 1949. His father Clifton was employed in the program from 1940 until his death in 1968. Ruben had one break in service with the company when he was drafted into the Army (serving in the Korean War with distinction)  rides the mosquito boat at L. James with is younger brother Boyd who retired from the Hickory area furniture industry. In December 1998, the new Black Bear access area on L. James was dedicated to the 80+ years of environmental service to Lake James by the Clifton Swafford family. We placed a brass plaque on a large stone boulder at the head of the ramps to mark the occasion. Tommy Bowen (Mosquito Control Field Staff & Facilities Coordinator), my scientific colleague and partner in keeping this program together picked out the boulder, a small Mt. Rushmore! As time allows, check to see if it's still there and if it needs a good cleaning. If members of the Swafford family are still around in Nebo, NC,  give them a call and thank them again for their family's dedication to public health on L. James.

During his tenure as program director, George Swearingen established permanent mosquito control facilities on the program lakes. Small wooden buildings were erected on Duke owned lake shore property to house the day to day needs of the crews on each lake. On Lake Wateree for example, yellow pines were logged on the property, cut into rough cut boards at a local saw mill. The mosquito control crew used the boards to build the small one room facility at the lake. Was this cost effective or what? George began his career as a SC county environmental public health worker and Doc Boldridge, keeping true to his SC roots hired Swearingen.

Confidential

DUK_00004539

Above ground, eight thousand gallon bulk oil storage tanks installed at each lake mosquito control facility site replaced the continuous hauling of 55 gallon barrels. Boats filled their on-board oil tanks from filler hoses at the end of their piers. Enclosed boat houses were built to give the spray boats security from adverse weather and possible vandalism.. The work boats took on a characteristic "African Queen" look as each boat was covered with a handmade aluminum tube and wood, canvas sun/rain awning that extends almost the length of each boat. Swearingen retired from Duke Power in 1988 and now lives in Bishopville, SC. Robert T. Barden M.S., R.S., who had worked for Swearigan since the early 1970s became the third director in 1988. Both were South Carolina natives and former SC county public health workers. Both Barden and Swearingen are past presidents of the North Carolina Mosquito and Vector Control Association.

By 1989, Barden replaced fuel oil as the main larvicide used in the program and had all the 8000 gallon above ground oil tanks removed. Gasoline powered spray pumps were replaced with quite, spray on demand, 12V electric agricultural spray pumps. The liquid Bti is mixed in a 30 gallon on-board mix tank. The normal spray rate is four ounces of Bti per acre which translates to about a mile of mosquito breeding habitat sprayed per day. As cellular phone towers became widely located, each boat was provided with on-board cellular phone service to enhance program communications especially during an emergency.

Barden also conducted aquatic weed control operations for the company. He was the first operator of the company airboat that allows herbicide application on dense underwater weed beds. Exotic invasive weeds can block power plant intakes and produce massive mosquito breeding habitat. Prior to his retirement in 1996, Barden was also responsible for not only mosquito control and weed management but also access ramp construction and maintenance. Barden is President of L&B Services of Waxhaw, NC and is a consultant to Duke Power during the mosquito control season.

It is interesting to note that mosquito control was never a stand alone program. Boldridge had responsibility for company medical concerns, and among many other things ordered all medical supplies for the various scattered power stations and support operations. The most requested item from the stations in the early days was "medicated foot power." Go figure?

By the 1980s George Swearingen and Bob Barden held responsibility for station medical supplies, mosquito control, general facilities pest control, facilities sanitation, company wide oil spill planning and prevention, FERC mandated recreation planning, installation and maintenance of reservoir launch ramps and many other lake maintenance issues such as pier permitting and shoreline issues including aquatic weed control. Most of these responsibilities now reside with other work groups or the functions are no longer conducted in-house if at all.

Historically, the mosquito control program is the oldest environmental program at Duke Power. It is also possibly the oldest continuously operated environmental program of any

Confidential

electrical utility in North America, predating TVA. Although the oldest company environmental program it was until recently not part of the other environmental programs of the company that found their beginnings with federal and state environmental impact studies (EIS) work of the 1970s. Through the years, following many company reorganizations, the program found its home under many different organizations such as an early company health department, Real Estate Department, Operation Department, Fossil/Hydro Department, Electrical Systems Support Department, and is now united with all the other operational environmental activities of Duke Power Company in Group Environment, Health, and Safety (Department).

## Current Program Operations

The mosquito control program is conducted daily on six DPC reservoirs beginning the first working day of May, ending the last working day of October of each year. The reservoirs with ongoing control programs are lakes James (one crew), Norman (three crews), Wylie (one crew), Wateree (one crew), Greenwood (one crew), and Keowee (one crew).

The program continues to use the state of the art Bti larvicide program establish by Barden. Altosid pellets and briquette are also used in temporary pool breeding habitats as well as a specially refined oil (Golden Bear) and highly refined mono-molecular oil called Arosurf. Today the mosquito control program is part of a sister activity responsible for aquatic plant management in Duke reservoirs.

The field office for the Duke Power Reservoir Mosquito Control Program and the Aquatic Plant Management Program is the newly dedicated Frank M. Boldridge Lake Norman Mosquito Control Facility located at the mouth of the Marshall Steam Station discharge canal. The new facility was dedicated on September 11, 1998 by Bill Coley, President of Duke Power Company. In his remarks he seemed sincerely pleased that we were carrying on the tradition of Duke Power's long held motto, "Citizenship and Service."

The program is now under the leadership of Ken Manuel, an aquatic entomologist who came to work for Duke Power in 1980. The personnel and facilities coordinator for the program is Tommy Bowen who began work for Duke Power in 1974.

## Today, Spring 1999

When reading old mosquito control file correspondence around December 7, 1941 into early 1942 it was interesting to note that no one spoke about the attack of Pearl Harbor and the beginning of WWII. I will not attempt to encapsulate ALL the current news but in short, NATO is in its third week of bombing of the former Yugoslavia because of the massive repression of the Albanian Muslims living in the province of Kosovo. Those of us with young adult children are worried about the US possibly starting the military draft because of the military services have not been meeting their recruiting quotas for

Confidential

several year now. When the economy is booming, who wants to go into the Army? Maybe 15 years from now we will better understand the national interest need of the US to be at war in the Balkans.

President Clinton weathered the senate impeachment trial and Monica (a White House intern involved in the sex scandal with Clinton leading to the impeachment trial) is on the talk show book writing circuit.

Prediction: Clinton will be back in his home town of Hope, Arkansas or maybe in Bentonville, AK as head of Walmart (a large national retail store chain). Hillary (Pres. Clinton's wife) may be a senator from New York (a rumor). V-Pres. Albert Gore will probably be elected in 2000 if the economy continues to boom like it has for the last several years. After that, who knows, although you'll be in the last year of a possible eight year term of another professional politician follow Gore.

If the US economy goes south along with the Japanese….but we'll all know what really happened in 15 years! Did you ever get a flat tax? By the way, Mark McGuire with 70 home runs in 1998 and Sammy Socia with 65, both breaking the Babe Ruth/Roger Mares homerun record are looking for another record year in 1999. Now we know what's important.

We're going into the second full year of the Duke Power-Pan Energy merger (now Duke Energy unless Exxon buys us as the rumor mill suggests). We're one of the biggest energy companies in the US. Duke Power, a subsidiary of Duke Energy, is still a regional power company. Most of us like that because we know our customer base and most of the reservoir/water environmental issues. We sill believe in "Citizenship and Service" although it's been removed from the company logo. Who knows what's next.

The last decade at Duke Power (1988-98) has been hard on the hired help with large layoffs in 1988 and 1996 and little layoffs all along the way. There's not much in the way of employee moral these days. Most folks hope they can hold on until retirement and day to day continue to do their job as professionally as possible.

We still have a lot of environmental work to keep us busy due to NRC, FERC, state and local rules and regulations but the trend within the company is to look at the "low bidder" vendor. If, when reading this you find yourself a Duke Power employee then the company still has something of an environmental program. It is interesting to note, the reason DPC has an in-house environmental operation now (1999) is because, when environmental work was growing by leap and bounds in the early 1970s (due to EPA and many new environmental protection laws being implemented by state and federal governments at the time), low bidders trashed several important EIS studies resulting in major Duke cost over-runs and delays. Duke then decided to do the work itself to control study quality and built a large environmental team between 1974 and 1980 to respond to that need. Hopefully we don't forget out history and try to reinvent the early 70's wheel.

Confidential

The one real and absolutely valid prediction in all this is the continued urban growth around DPC's reservoirs. The entire Catawba River Valley is growing beyond belief and that growth is having an amazing impact on the area's watershed. Water use issues are growing and will become more contentious as the various multi-use water factions via for prominence. Some time in the first ten years of the next century (2006?) all the Catawba River reservoirs will need to be relicensed and I'm sure these issues will be high on the list of concerns. Drinking water quantity and quality concerns will continue to grow since most of the local municipal drinking water supplies originate in Catawba River reservoirs. We will probably have to grow the mosquito control program especially if Fishing Creek and Wateree shoreline development booms as Crescent Resources, Inc. (a Duke Energy subsidiary) develops the forest land around the lake into small towns.

Although malaria is no longer a problem (it could be if immigrant workers bring it in) there are some 25 mosquito borne (arboviral disease agents like EEE and SLE) that can have up to 80% mortality rate in humans. Mosquito control is not and never will be a luxury.

The Future

A new Lake Keowee Mosquito Control Facility in under construction near Oconee Nuclear Station to replace the existing structure at "mosquito point" soon to be part of a new upscale Crescent Resources, Inc. residential development. The structure is large enough to store two boats and trailers and will have a restroom, chemical storeroom and a break area with table sink, refrigerator and microwave. We'll also have it wired for a computer terminal. The new Lake Keowee Mosquito Control facility should be open by mid-May.

We are planning to replace the old facility on Lake Wylie in 2000 with a structure similar to the one at Keowee. The small wooden lake Wylie facility was a salvaged one room commercial dinner/store moved to the mosquito control program property in the mid 1960's. Termites have over the years made good use of it. In 2001 and 2002 we hope to upgrade the facilities on Wateree and James. By 2003, or so, I hope by the time I'm gone we will have a modern mosquito control infrastructure on our program lakes. Frank Boldridge would surely smile and think it was a lot different from the old isolated tent camps of the 1920s (pay for a crew member then was $0.12 cents per hour, now it's about $11.00 per hour). I like to think he would be darn proud of Duke's continued commitment to the public health needs of those folks that live on the shorelines and use the reservoirs that Duke Power calls home.

We hope you will find time to add a few notes to this, bringing the mosquito control history at Duke Power up to date since this writing in early 1999. Please reseal everything for the next group of folks who may enjoy looking at these materials during the 100th Anniversary year in 2023. As good scouts, we have tried to leave the program a little better than we found it. Good luck as you carry on the long held Duke Power tradition of "Citizenship and Service" into the next century.

Confidential

REV00001189

Ken Manuel
Mosquito Control Program Leader

April 4, 1999

Confidential

DUK_00004544