# Exhibit 7

REV00002527

# DUKE POWER COMPANY
## GENERAL OFFICE
### CHARLOTTE 1. N. C.

January 15, 1968

Mr. P. O. Brabham
1223 Jones Street
Gastonia, N. C. 28052

Dear Mr. Brabham:

We carry out an extensive larvaciding program on Lake Wylie during the mosquito breeding season. The Mill Creek area is covered routinely as is the remainder of the lake by a power boat rigged with a power sprayer. When the lake is low, the men are instructed to spray some of the larvacide on the bank in these coves so that the water will pick up the larvacide as the lake rises.

Very probably most of your mosquito problem existed in August and September of last summer. The influx of mosquitoes we had at that time was due to the breeding of flood water mosquitoes following heavy rains. It is very difficult to control these flood water species of mosquitoes since they breed in pot holes and depressions in swamps and have flight ranges of several miles. These mosquitoes are generally very annoying since they are vicious biters.

If we can be of further assistance, please call us.

Sincerely yours,

George T. Swearingen
Manager
Environmental Health

GTS/P

COPY

Confidential

DUK_00000555

REV00002527

*File under complaints*

1223 Jones St.
Gastonia, N. C.
Jan. 4, 1968

Duke Power Co.
P. O. Box 2178
Charlotte, N.C.   28201

Gentlemen:

We have a cottage in a cove just off Mill Creek
and this past year we were troubled greatly by
mosquitos.   If your men spray when the water is
low, the boat cannot reach the end of the cove,
consequently the spray is not effective.  In such
a case the men should spray from the bank in order
that the breeding spots be covered.

I would appreciate your looking into this matter
to see if something cannot be worked out for the
coming summer.

Thank you.

Sincerely yours,

*P. O. Brabham*

P. O. Brabham

Received 11 Jan 68

*I have his check for $45.00*
*D.B.*
*1-5-68*

Answered 15 Jan. 1968

Cat.
18-24

Confidential

DUK_00000556

REV00002527

P. O. Brabham
1223 Jones St.
Gastonia, N.C.    28052

Mrs Cobb
3rd floor

Duke Power Co.
P. O. Box 2178
Charlotte, N. C.    28201



Confidential

DUK_00000557