# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Clyde Marcus Jones, II, Dennis Phillips, and Deborah Phillips, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.          Case No.  3:24-cv-01281-MGL

Duke Energy Corporation and Duke Energy Carolinas, LLC,

Defendants.


VIDEOTAPED TELECONFERENCE

DEPOSITION OF:   WILLIAM P. BECKHAM

DATE:            Friday, October 17, 2025

TIME:            11:03 a.m.

TIME ENDED:      1:16 p.m.

LOCATION:        Springhill Suites by Marriott
                 140 Wall Street
                 Camden, South Carolina

REPORTED BY:     YVONNE R. THURSTON-BOHANNON
                 Registered Merit Reporter,
                 Certified Realtime Reporter

Job No. CS7650966

APPEARANCES:

ATTORNEYS FOR THE PLAINTIFFS
CLYDE MARCUS JONES, II, DENNIS PHILLIPS, AND
DEBORAH PHILLIPS, ON BEHALF OF THEMSELVES
AND ALL OTHERS SIMILARLY SITUATED:

SPEIGHTS & SOLOMONS, LLC
BY:  A. G. SOLOMONS, III
100 Oak Street, East
Hampton, South Carolina  29924
(803) 943-4444
(803) 943-4599 - FAX
gsolomons@speightsandsolomons.com

                and

SAVAGE, ROYALL & SHEHEEN, LLP
BY:  AUSTIN M. SHEHEEN
Post Office Drawer 10 (29020)
1111 Church Street
Camden, South Carolina  29021
(803) 432-4391
   (803) 425-4816 - FAX
   asheheen@thesavagefirm.com

ATTORNEYS FOR THE DEFENDANTS
   DUKE ENERGY CORPORATION AND DUKE ENERGY
   CAROLINAS, LLC:

   PARKER POE ADAMS & BERNSTEIN, LLP
   BY:  KEVIN A. DUNLAP
   100 Dunbar Street, Suite 206
   Spartanburg, South Carolina  29306
   (864) 253-6105
   (864) 591-2050 - FAX
   kevindunlap@parkerpoe.com

ALSO PRESENT:
   Alan Metts, Videographer
   Lauren Llamas, Esquire, Duke Energy (Via
   Video Teleconference)

   (INDEX AT REAR OF TRANSCRIPT)

actually, let -- let me ask you this.

So for a part of that time, you would have worked for the Duke mosquito control program; is that right?

A. Yes.

Q. Okay. And what years would you have worked for the program?

A. '65, '66, '67, and a little bit in '68, '69, and I mean a little bit, I had a conflict with basic training in the Army and summer school. So I would only do it a week or two before I was -- had to take a different course.

Q. Any in the 1970s?

A. I don't think so. I was --

Q. Okay.

A. -- because I returned -- I was overseas. I returned in '71. I -- if I did, I don't recall.

Q. Okay. And this indicates under the heading "Post World War II through the late 1980s" that there were -- first it indicates in that second sentence, "Only mosquito -- mosquito breeding habitats were treated."

Is that true?

A. Correct.

may have been one up in Dutchman's Creek.  May have been one in Colonel's Creek or may have been one in Wateree Creek.  I don't -- I don't remember.  We -- we didn't -- we didn't have anything to do with them.

Q.   What was the closest marina?

A.   The one in Bowden -- the one in Beaver --

Q.   Beaver Creek?

A.   -- Creek, Bowden Marina.

Q.   And is there one still there today in that approximate location?

A.   I think there is.

Q.   Okay.  And as I -- I pointed out a few minutes ago, it says, "Only mosquito breeding habitats were treated"; is that right?

A.   Yes.

Q.   And so when you were doing the treatment part of the program, did you spray only in the back of coves where the water was stagnant?

A.   Mostly.

Q.   And when you did that, you would -- you were looking for a breeding habitat.  So is it true that you would go to the back of the cove, spray that, but you were not spraying the rest of the

shoreline in the cove?

A.    No.

Q.    Okay.   What -- what was happening?

A.    (No response.)

Q.    We may have just missed each other. Let me -- let me ask it a better way.

When you were spraying, you would -- you were looking for the mosquito breeding habitat which was in the back of the cove in the stagnant water, so you would go there to spray.

A.    Correct.

Q.    And you did not spray the rest of the shoreline in the cove, did you?

A.    No.

Q.    And you did not spray the rest of the shoreline on the water outside of those breeding habitats where stagnant water was located.   Is that accurate?

MR. SOLOMONS:   Object to the form.

THE WITNESS:   Correct.

BY MR. DUNLAP:

Q.    And you would not have sprayed in the open water?

A.    No, we did not.

Q.    When you would -- when you would spray

Q. Do you recall people talking with you and indicating that they did want the lake sprayed for mosquitos?

A. Oh, yeah.

Q. Were people happy about that?

A. Yeah.

Q. Do you ever recall people complaining if they didn't see you guys out there spraying for the mosquitos?

A. Say that again.

Q. Do you recall people complaining if they didn't see people spraying for mosquitos?

A. No, I don't remember that.

Q. Let's look at page 8. And if you look with me -- this is the next to last paragraph mentioned on that page. You'll see there in the -- the two ending sentences, it says, "On Lake Wateree for example, yellow pines were logged on the lot, cut into rough cut board at local saw mill. The mosquito control crew -- crew used the boards to build the small one room facility at the lake."

Do you see that?

A. No.

Q. I'm sorry. Look -- let me see yours.

A. No reading glasses.

Q. -- spray --

A. To spray.

Q. -- spray the water?

A. Right.

Q. Right.

Okay. And on this page which is 1815, our date range is July 22nd of 1968 through July 26th of 1968; is that right?

A. Yeah.

Q. And, again, here we have two barrels being put out except for one day which was three; is that right?

A. On the second day --

Q. Yes, sir.

A. -- on the second page?

Q. Yes, sir.

Do you see that?

A. Yeah.

Q. And, again, you see here that under the "Transformer Oil Used," there's no indication that transformer oil was used. Do you see that?

A. Correct.

Q. And, again, this says, "Wateree Lake" which is Lake Wateree; is that right?

A. Right.

Q.   And so you said these two guys were coaches, I believe; is that right?

A.   Correct.

Q.   And so Mr. Hutchinson, was he a football coach?

A.   He was.  Football and baseball.

Q.   And then Clyde Jones, was he also a football coach?

A.   Yes, he was.

Q.   Okay.  And is Marcus Jones the son of Clyde Jones?

A.   Yes, he is.

Q.   And in terms of the gallons of gasoline used, if you look back to the -- from the first page to the second page, that looks relatively consistent to me.  Does that look --

A.   Yeah.

Q.   -- relatively consistent to you?

So you would have been out there for about the same amount of time --

A.   Yeah.

Q.   -- because you used that --

A.   Yeah.

Q.   -- roughly the same amount of gas?

And Clyde Jones, was he the head

often.  You'd pull it out and you'd take it over the side of the boat and you'd run your hand like that and it would go away, then you'd put it back in.

Q.	When you say you would hear it --

A.	You could hear the motor.

Q.	Okay.

A.	I mean, it was not pulling the oil.

Q.	When did you first learn there were PCBs in Lake Wateree?  Do you remember?

A.	I -- I don't know.

Q.	Don't know.

Did you have any knowledge about fish consumption advisories as to Lake Wateree?

A.	No.

Q.	Do you fish in Lake Wateree?

A.	I have in the past.

Q.	Has it been a while?

A.	Yeah.

Q.	Been years?

A.	Yeah.

Q.	When you were out operating the boat, did you all ever interact with people?  Would they --

A.	Yeah.

Q. -- talk to you and --

A. Yeah.

Q. Okay. And what do you remember about any of that? Did -- did any of them express appreciation for what you were doing or were they in a state of mind as not to care?

A. I --

Q. It's okay.

A. -- when you said interaction, Hutch was a character, the Hutchinson guy. And we'd kick -- we'd go by these people. They'd say, "How they biting, Joe?"

They ask that question all the time. I'd smile before we got there, and so --

Q. Because you knew what was coming.

A. We actually had people that was a -- there were a couple businesses and they'd throw the cans out back and the people would come out and say, "Hey, spray my cans. Spray my cans."

And they -- I mean, it looked like crap and stuff. So people were -- people would ask us, you know -- they'd say, "Hey, put it in our trees," I mean, you know. We didn't -- we wouldn't put it in the tree, but...

Q. Did you ever place barrels in the mouth

CERTIFICATE OF REPORTER

I, Yvonne R. Thurston-Bohannon, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public for the State of South Carolina at Large, do hereby certify:

That the reading and signing of the foregoing deposition by the witness was not requested.

That the foregoing transcript was taken before me on the date and at the time and location stated on page 1 of this transcript; that the deponent was duly sworn to testify to the truth, the whole truth and nothing but the truth; that the testimony of the deponent and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed; that the foregoing deposition as typed is a true, accurate and complete record of the testimony of the deponent and of all objections made at the time of the examination to the best of my ability.

I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof.

Witness my hand, I have hereunto affixed my official seal October 17, 2025, at Columbia, Richland County, South Carolina.

Yvonne R. Thurston-Bohannon
Registered Merit
Reporter, CRR
My Commission expires
May 14, 2035