# Exhibit 11

**Expert Report**

# The Chemistry of PCBs in Relation to Jones *et al. v.* Duke Energy Corporation, *et al.*

Prepared by

Eric L. Butler, Ph.D.

Prepared for
Hunton Andrews Kurth
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

November 3, 2025



**www.gradientcorp.com**
One Beacon Street, 17th Floor
Boston, MA 02108
617-395-5000

# *Table of Contents*

Page

1    Introduction and Scope .................................................................................................. 1
     Qualifications and Bases for Opinions ........................................................................... 1

2    Background on PCBs....................................................................................................... 2
     2.1    PCB Regulatory Developments ............................................................................ 6
     2.2    Historical Uses of PCBs ....................................................................................... 6
     2.3    Environmental Fate and Transport of PCBs ......................................................... 7

3    Environmental Conditions at Lake Wateree ................................................................... 9
     3.1    Site Background.................................................................................................. 9
     3.2    Other Sources of PCBs in the Catawba-Wateree Basin......................................... 9

4    Conclusions and Opinions ............................................................................................ 13
     4.1    The risk and potential need for cleanup of lakeshore properties may vary
            significantly based on differing PCB concentrations, which may influence both
            potential devaluation and cleanup requirements. ............................................. 13
     4.2    The PCB Fish Data are not consistent with the Lakes that were part of the Mosquito
            Control Program. ............................................................................................... 13
     4.3    The PCB Fish Data are not sufficient to identify a specific PCB source. .............. 16

References ............................................................................................................................ 18


Appendix A    *Curriculum Vitae* and Testimony Experience of Eric L. Butler, Ph.D.

# *Abbreviations*

| | |
|---|---|
| ANSI | American National Standards Institute |
| DEC | Duke Energy Carolinas, LLC |
| MCP | Mosquito Control Program |
| OTIE | Oneida Total Integrated Enterprises |
| PAH | Polyaromatic Hydrocarbon |
| PCB | Polychlorinated Biphenyl |
| PCT | Polychlorinated Triphenyl |
| PRP | Potentially Responsible Party |
| RSL | Regional Screening Level |
| RTI | Research Triangle Institute |
| SCDHEC | South Carolina Department of Health and Environmental Control |
| SCDNR | South Carolina Department of Natural Resources |
| TSCA | Toxic Substances Control Act |
| US EPA | United States Environmental Protection Agency |
| VOC | Volatile Organic Compound |

# 1 Introduction and Scope

I have been retained by Hunton Andrews Kurth on behalf of Duke Energy Carolinas, LLC ("DEC"), in connection with a putative class action regarding the presence of polychlorinated biphenyls (PCBs) in Lake Wateree in South Carolina. I was asked to provide an expert opinion with respect to environmental matters in regard to this litigation (Case No. 3:24-cv-1281-MGL). This report is focused on chemistry matters as they relate to the class certification aspect of this case.

## Qualifications and Bases for Opinions

I am an environmental chemist and a Principal at Gradient. I have over 30 years of experience in working on environmental chemistry matters, many of which involved the analysis of PCBs in the environment and their fate and transport in the environment. In recent years, I have co-led a Gradient team of scientists supporting a neutral cost allocator for a large group of Potentially Responsible Parties (PRPs) at a contaminated estuarine site on the east coast. That project is ongoing, and PCBs are an important part of that site and the cost allocation thereto. Also in recent years, I co-led a Gradient team of scientists supporting a PRP at a large riverine site in Oregon. Again, that project is ongoing, and PCBs are a major contaminant of concern. I have evaluated the nature of PCB contamination at numerous railroad sites, manufacturing facilities, and sediment sites in the US prior to my work on this project. My resume, including recent publications within the last 10 years and testimony experience in the past four years, is attached (Appendix A).

In preparing this Report, I considered site-related documents including scientific literature and federal reports – all of which are listed in the References Section. From these materials, I compiled relevant PCB data associated with Lake Wateree. I base my opinions on the items listed above, and on my education, training, and experience in organic and inorganic environmental chemistry. The information I have relied on and the methods and procedures I used are of the type generally recognized by experts in my field. I reserve the right to amend my opinions should additional relevant data or information come to light. Gradient is compensated at a rate of $475/hour for my work in this matter.

# 2 Background on PCBs

PCBs are a class of man-made chlorinated organic chemicals known for their low flammability, low reactivity, and low water solubility. The term "phenyl" denotes a ring structure of six carbon atoms attached to something else; "biphenyl" results when two such rings are attached to each other. PCBs are biphenyl molecules that have 1-10 chlorine atoms attached to the carbon atoms at the corners of the biphenyl rings. An example of a PCB molecule is shown in Figure 2.1.

**Figure 2.1 Polychlorinated Biphenyl Molecule.** Panel (a) shows 10 possible locations where a chlorine atom may be attached to the biphenyl backbone. Panel (b) illustrates an example congener in which chlorine atoms are bound to the 2, 5, and 6 locations on one phenyl ring, and at the 2' and 6' locations on the other phenyl ring.

There are 209 discrete PCB compounds, called *congeners*, in which 1 to 10 chlorine atoms are attached to the biphenyl rings (see Figure 2.1 for an example congener). The difference between congeners is the number and location of chlorine atoms attached to the biphenyl ring. The 209 congeners have different naming conventions, including:

- BZ:[1] Nomenclature system: congeners are numbered sequentially from 1 to 209 with increasing congener number reflecting an increased chlorination.

- Homologs: A homolog includes all congeners with equal number of chlorines attached to the biphenyl ring. For example, the homolog hexa-chlorobiphenyl includes all congeners with 6 chlorines attached to the biphenyl (there are 42 congeners in the homolog group "hexachlorobiphenyl").

From 1929 to 1976, PCBs were produced and commercially marketed in the United States under the "Aroclor" trademark by Monsanto Chemical Corporation.[2] Aroclor products were identified with a unique four-digit reference number, (*e.g.*, Aroclor 1260[3]), which was usually based on the molecular size and the

---

[1] BZ: Ballschmiter and Zell (1980).
[2] PCBs were first produced by Swann Chemical Corporation in 1929; the company was subsequently purchased by Monsanto. The word "Aroclor" is used in this report to refer to PCB-based products marketed under the Aroclor trademark, but a limited number of non-PCB-based products were also marketed by Monsanto under the Aroclor trademark.
[3] The Aroclor 4-digit reference number convention is a function of the molecule size and the weight percent of chlorine in the formulation. For example, Aroclor 1242 is so named because the PCB molecule has a biphenyl base (which for convenience was shorthanded to 12 by Monsanto) and is composed of a mixture of congeners such that the material weight is approximately 42%

weight percent of chlorine. Aroclors are not a single PCB congener, but rather a complex mixture of multiple congeners. Figure 2.2 illustrates the congener-specific composition of some of the marketed Aroclors, presented as Aroclor "fingerprints."



**Figure 2.2 Congener-Specific Compositions of Marketed Aroclors.** Trichlorobiphenyl, tetrachlorobiphenyl, pentachlorobiphenyl, hexachlorobiphenyl, heptachlorobiphenyl, octachlorobiphenyl homolog regions are highlighted. Source data from Rushneck *et al.* (2004).

In the figure, the weight percentage of different congeners is depicted on the vertical axis, and the identity of the congener is depicted on the horizontal axis. The congeners are arranged in increasing order of their PCB number designation. Although the congener numbers increase from left to right, the congeners in the same homolog region are the same molecular mass (*i.e.*, the same number of chlorine atoms attached to the biphenyl rings in different locations). Figure 2.2 illustrates, for each Aroclor, the proportion of "lighter" congeners (with fewer chlorine per congener – on the left side of the horizontal axis) and "heavier" congeners (with more chlorine per congener – toward the right). Aroclor 1260 primarily has "heavier" congeners compared to Aroclors 1248 and 1254 (Frame *et al.*, 1996; Mullin *et al.*, 1984; Versar, Inc., 1976). Table 2.1 presents the approximate compositions of Aroclors by homolog. Each Aroclor had different primary uses, which are illustrated in Table 2.2 below (Versar Inc., 1976).

---

chlorine. The only exception to the PCB naming convention is Aroclor 1016, which is actually very similar to the composition of Aroclor 1242, with a chlorine percentage of 41.5%.

**Table 2.1  Average Molecular Composition (Weight %) of Some Aroclors**

| Homolog (Chlorines) | 1221 | 1232 | 1016 | 1242 | 1248 | 1254 | 1260 |
|---|---|---|---|---|---|---|---|
| Mono (1) | 65.5 | 31.3 | | | | | |
| Di (2) | 29.7 | 23.7 | 21.2 | 14.7 | | | |
| Tri (3) | 4.8 | 23.4 | 51.5 | 46.0 | 20.9 | 1.8 | |
| Tetra (4) | | 15.7 | 27.3 | 30.6 | 60.3 | 17.1 | |
| Penta (5) | | 5.8 | | 8.7 | 18.1 | 49.3 | 9.2 |
| Hexa (6) | | | | | 0.8 | 27.8 | 46.9 |
| Hepta (7) | | | | | | 3.9 | 36.9 |
| Octa (8) | | | | | | | 6.3 |
| Nona (9) | | | | | | | 0.7 |
| Deca (10) | | | | | | | |

Source:  Frame *et al*. (1996, Table 3).

In addition to the production of Aroclors, studies have shown that PCBs are formed as a byproduct in industrial processes involving chlorine, carbons, and high temperatures above 300°C (Schmidt, 2014; Hu and Hornbuckle, 2010).  The production of both organic and inorganic pigments that use chlorine-containing solvents and raw materials are associated with byproduct PCBs (Hu and Hornbuckle, 2010).  The manufacturing of silicone products including glues (Anezaki and Nakano, 2013), rubbers (Perdih and Jan, 1994), and tubing (Cargill, 2014; Rodenburg, 2012, 2016) have byproduct PCBs.  The production of metallic titanium involving reaction with chlorine and coke at high temperatures also has the potential to produce byproduct PCBs.  In order to address byproduct PCBs, the US EPA named approximately 200 chemical products and chemical compound classes with the potential to generate PCBs during production (Callahan *et al*., 1983; Cristol, 1983).  Table 2.2 summarizes the end uses of PCBs and polychlorinated terphenyls (PCTs) by type (Versar Inc., 1976).

**Table 2.2  Summary of End-uses of PCBs and PCTs By Type**

| End-Use | 1016 | 1221 | 1232 | 1242 | 1248 | 1254 | 1260 | 1262 | 1268 | PCTs |
|---|---|---|---|---|---|---|---|---|---|---|
| Capacitors | xx | x | | xx | | x | | | | |
| Transformers | | | | x | | xx | x | | | |
| Heat Transfer Fluids | | | | x | | | | | | |
| Hydraulic Fluids | | | x | x | x | x | x | | | |
| Vacuum Pumps | | | | | x | x | | | | |
| Gas-transmission Turbines | | x | | x | | | | | | |
| Rubbers | | x | x | xx | x | x | | | x | |
| Synthetic Resins | | | | | x | x | x | x | x | xx |
| Carbonless Paper | | | | xx | | | | | | |
| Adhesives | | x | x | xx | x | x | | | | xx |
| Wax Extenders | | | | xx | | x | | | x | xx |
| Dedusting Agents | | | | | | x | x | | | |
| Inks | | | | | | x | | | | xx |
| Cutting Oils | | | | | | x | | | | |
| Pesticide Extenders | | | | | | x | | | | |
| Sealants and Caulking Compounds | | | | | | | | | | xx |

Notes:

PCB = Polychlorinated Biphenyl; PCT = Polychlorinated Terphenyl.

X denotes use of a given Aroclor in a specific end-use, while xx denotes principal use.

PCT denote series 25, 44, and 54 Aroclors.

Source:  Versar Inc. (1976).

## 2.1 PCB Regulatory Developments

Through the early 1970s, Aroclors were understood to be reliable and stable chemicals, and were handled by industry in accordance with general industrial practices of the time. As such, Aroclors enjoyed a wide and loyal following throughout major segments of the economy. Early brochures and handbooks on Aroclors from Monsanto contained no health or environmentally related Aroclor handling requirements as, "It is a simple matter as 'good housekeeping' and personal cleanliness" (Monsanto, 1956). During the late 1960s, however, the first evidence emerged that the stable characteristics of PCBs caused their unintended buildup in the natural environment.

People first became aware of PCBs as a potential environmental or human health issue in the late 1960s when Jensen (1969) observed their presence in fish and bird tissues. In 1968, people in Yusho, Japan were poisoned by consuming rice oil contaminated with high levels (1,000 ppm) of PCB oil leaked from a heat exchanger.[4] These were the seminal events for PCBs, but it took a whole decade after this for scientists and regulators to become convinced that PCBs posed a serious enough threat to warrant their removal from the marketplace in addition to their control through various environmental regulations (Shifrin and Toole, 1998). Some examples of the evolution of PCB scientific understanding, regulatory control, and industrial implications during this time are (Shifrin and Toole, 1998):

- In 1971, a Federal Interagency Task Force met to address toxicological, regulatory, and environmental concerns of PCBs (Nelson, 1972).

- In 1974, the American National Standards Institute (ANSI) published PCB handling and disposal guidelines for shipping, in-plant handling, and disposal (ANSI, 1974).

- Passed in 1976, the Toxic Substances Control Act (TSCA) gave the United States Environmental Protection Agency (US EPA) broad authority to regulate virtually all aspects of the manufacture, distribution, use, and disposal of chemicals in the United States. TSCA was the first law passed by Congress that specifically addressed a single chemical group (*i.e.*, PCBs). TSCA banned the manufacture, processing, distribution in commerce, or use of PCBs after January 1, 1978, with limited exceptions for certain activities (Erickson, 1997).

- In August 1977, Monsanto ceased all PCB production and many manufacturers voluntarily stopped using PCBs even before this date.

Many other important events regarding PCBs have occurred, but it can be seen from the list above that in the decade of the 1970s, the PCB environmental issues were clarified from a regulatory perspective. Regulations controlling the use and disposal of PCBs continued to evolve in the 1980s and beyond.

## 2.2 Historical Uses of PCBs

PCB mixtures were used in a variety of commercial products, including industrial fluids (*i.e.*, dielectric fluids,[5] heat transfer fluids, and hydraulic fluids), lubricant oils, and as additives in paints, carbonless copy paper, adhesives, sealants, and plastics. The use of PCBs can be divided into three categories (Erickson and Kaley, 2011):

---

[4] It was later concluded during the 1975 National Conference on PCBs that chlorinated furans were mixed in with the PCBs and likely caused the toxicity of the oil (Erickson, 1997).
[5] Dielectric fluids are liquids used as electrical insulators in high voltage applications, *e.g.*, transformers, capacitors, high voltage cables, and switchgear. Their function is to provide electrical insulation, suppress corona and arcing, and to serve as a coolant.

- Completely closed systems, such as capacitors and transformers, which are electrical equipment sealed off from the surrounding environment;

- Nominally close systems, such as vacuum pumps and other equipment using hydraulic and heat transfer fluid equipment that is not completely separated from the surrounding environment; and

- Open-ended applications, which are more broad uses that include surface coatings, plasticizers in PVC, casting waxes, *etc*., that are incorporated into a chemical matrix making PCB emissions into the environment more probable and difficult to control.

The range of use categories also introduces several different ways PCBs can be introduced into the environment. PCBs were mainly used as insulating fluids and lubricants in electrical equipment, *i.e.*, certain transformers and capacitors. Historically, electric transformers generally fall into two types: dry, and oil-based dielectric fluid transformers. Dry transformers are air cooled, and this method of heat dissipation tended to be applicable for smaller units (Gibbs, 1950). Until 1932, mineral oil was the common dielectric oil used for liquid-filled transformers. Beginning in 1932, PCB-containing dielectric oils were introduced as fire-resistant dielectric fluids ideally suited for transformer applications where fire hazards posed significant concerns (Blume *et al*., 1951). The physiochemical properties of PCBs, most notably their resistance to fire and electrical insulating properties, made PCBs ideal and widely used ingredients in dielectric fluids for certain transformers.

Because PCBs had favorable chemical properties, they were also blended with other chemicals to create durable plasticizers (Broadhurst, 1972; Hubbard, 1964), dyes for carbonless copy paper (Versar Inc, 1976), paints and coatings, a wide variety of adhesives, caulks, joint sealants, and waxes for metal casting (Erickson and Kaley, 2011).

## 2.3    Environmental Fate and Transport of PCBs

Because PCB mixtures are no long manufactured, the release of PCBs into the environment is often from handling historic waste, *e.g.*, uncontrolled landfills and hazardous waste sites (Persson *et al*., 2005; Yi *et al*., 2008); incineration of PCB-containing wastes (Murphy *et al*., 1985); leakage from older electrical equipment in use (Callahan *et al*., 1983); application of PCB-containing sewage sludge to farmland (Gan and Berthouex, 1994); and improper disposal or spills (FDA Consumer, 1979; Macomber *et al*., 2014). Due to their persistence, reports have shown wastewater treatment plants and water pollution control plants reduce PCB concentrations in water, but they do not fully remove them. For example, 26 water pollution control plants contribute 88 kg total PCBs annually to the New York/New Jersey Harbor Estuary (Durell and Lizotte, 1998), while the Montreal, Quebec, wastewater treatment plant contributed roughly 1 kg of PCBs into the St. Lawrence River in 1993 (Pham and Proulx, 1997).

Once PCB mixtures are released into the environment, PCBs can be transported through the environmental cycling process (Larsson, 1985; Lin and Que Hee, 1987; Mackay, 1989; Murphy *et al*., 1989; Swackhamer and Armstrong, 1986). Through the cycling process, their compositions may change by weathering processes such as volatilization, solubilization, and biodegradation depending on their environment (Erickson, 1997; Morrison and Murphy, 2006). These physical, chemical, and biological processes are collectively known as "weathering," in which the loss of PCBs can result in a change in the congener (or homolog) patterns of the original PCB mixture. The degree of weathering varies with the mixture and congener type, due to differences in the physical properties of each congener. Among the various PCB congeners, less chlorinated PCBs have higher vaporization rates than the more chlorinated PCBs due to higher vapor pressures.[6] The properties of PCBs that made them useful for industrial purposes, however,

---

[6] Vapor pressure is a measure of a chemical's ability or tendency to partition into the vapor phase.

also make them resistant to environmental weathering.  In addition, the mobility of PCBs throughout the environment is based on the congeners present (*i.e.*, volatility and solubility) and the location, which dictates the quality of the soil and sediments, the composition of the water column, *etc*.

PCBs can be trapped in aquatic sediments for relatively long periods of time, especially when they are composed of clay with high organic matter content (US EPA, 1980).  Because of their persistence in the environment, PCBs are readily available for biomagnification (*i.e.*, the increase in concentrations of persistent pollutants increase going up the food chain) since they are fat soluble compounds that are absorbed and stored in animal lipids.  PCBs tend to be associated with particulate matter due to their low water solubility, therefore, binding strongly to clay-silt sediments, soils and the fat tissue of living creatures (US EPA, 2000; ATSDR, 2000).  Fish are primarily exposed to PCBs through the consumption of contaminated prey and the ingestion of PCB-contaminated sediments or organic matter (US EPA, 2000).  PCB uptake *via* diet occurs through diffusion across the upper intestine; therefore, the rate and extent of absorption across the intestine primarily determines the individual fish body burden (Carlson and Hites, 2005; Nichols *et al*., 2001; James and Kleinow, 2013; Kelly *et al*., 2004).  Since PCBs are very persistent and are soluble in lipids, they are stored within fish tissue (*i.e.*, fatty tissue) and are slowly eliminated, leading to bioaccumulation in individual fish (ATSDR, 2000).  PCBs are mainly eliminated through the conversion into more water-soluble metabolites, which are then readily excreted (James and Kleinow, 2013).

# 3 Environmental Conditions at Lake Wateree

## 3.1 Site Background

Lake Wateree, located in north-central South Carolina, is a roughly 50 km$^2$ man-made reservoir developed in 1919 by damming Wateree River with a hydroelectric power plant, which is operated by Duke Energy Carolinas (Duke Power Co., 2019). The lake is part of the Catawba-Wateree Hydroelectric Project that includes "13 powerhouses, 11 dams and reservoirs, and 1700 miles of shoreline" owned and managed by Duke Energy (South Carolina Dept. of Archives and History, 2025). The lake was developed primarily for hydroelectric power generation and is still part of Duke Energy's regional power infrastructure (South Carolina Department of Natural Resources [SCDNR], 2014). The lake is situated in the Piedmont region, a zone characterized by rolling hills and ancient metamorphic and igneous bedrock, which influences the topography of the lake basin and its irregular shoreline (SCDNR, 2014). Lake Wateree is part of the Catawba-Wateree River Basin, receiving inflows primarily from the Catawba River system upstream and discharging through the Wateree River downstream (USGS, 2000). The reservoir and its surrounding areas, including a shoreline that extends over 250 km, are co-managed by Duke Energy and the SCDNR (SCDNR, 2014).

Although I understand that Plaintiffs have alleged that the PCBs detected in Lake Wateree are attributable to PCBs in transformer oil that I understand may have been used in Duke Energy's Mosquito Control Program, not all transformer oil used as dielectric fluids in transformers contained PCBs, and I have seen no evidence that any transformer oil that was reportedly used in Duke Energy's Mosquito Control Program contained PCBs at any point in time.

## 3.2 Other Sources of PCBs in the Catawba-Wateree Basin

There are known sites with PCB contamination along the Catawba-Wateree River basin area, upstream from Lake Wateree, which are summarized in Table 3.1 below. Sites include Superfund sites, a removal response site, and Brownfield sites that have reported onsite PCB measurements in several environmental media, *i.e.*, soil, sediment, surface water, and groundwater. In addition, there is a paper mill site established in 1959 in Catawba, SC, along the Catawba River upstream of Fishing Creek Lake. The source of PCBs to the pulp and paper industry is from recycling carbonless copy paper manufactured from 1957 to 1971 (Versar Inc., 1977). Notable Superfund sites and reported Brownfields are summarized below.

**Table 3.1 Known and Potential Sources of PCBs in the Catawba-Wateree Basin**

| Site Name | Description | Reported PCB Contamination | PCB Source |
|---|---|---|---|
| Rock Hill Chemical Company | Superfund Site | ND – 33 mg/kg (soil) | Industrial waste |
| Carolawn Incorporated | Superfund Site | ND – 5.4 mg/kg (soil/sediment) | Industrial waste |
| Pineville Textile Mill | Removal Response | ND – 10.1 mg/kg (liquid waste) | Industrial waste |
| Springs Industries Lancaster Mill | Brownfield | PCBs detected | Historic mill |
| Former Republic Mill #3 | Brownfield | PCBs detected | Historic mill |
| 650 Friedheim Road | Brownfield | PCBs detected | Historic landfill |
| Catawba Paper Mill | Pulp and Paper | NA | *Carbonless copy paper |

Notes:

NA = Not Applicable; ND = Non Detects; mg/kg = Parts per Million; PCB = Polychlorinated Biphenyl.

* There is no mill activity record; however, given the age of the mill and the known recycling of carbonless copy paper, the Catawba Paper Mill could have been a source of PCBs from its opening until 1971.

The **Rock Hill Chemical Company** operated a solvent reclamation facility next to US Highway 21 and Farlow Street in Rock Hill, South Carolina, from 1960 to 1964. The operations produced reclaimed oil from waste fluids *via* a filtration of solvents through a charcoal filter press. Generated waste was stored on site, including textile dye products, paint sludge, and other chemical waste products generated at the facility (US EPA, 2025a). Storage conditions are reported to have been "poor," with waste being stored "in piles placed directly on the ground" and occasionally "buried at the site" (CDM Federal Programs Corp., 1993). Tanks were used to store liquid waste which "on occasion leaked into the ground" (CDM Federal Programs Corp., 1993). The first site investigation conducted in 1985 found a combination of metal, volatile organic compounds [VOCs], and PCBs across soil, sediment, drum waste, groundwater, and surface water. Sediment was reported to have PCBs at "low levels" (CDM Federal Programs Corp., 1993). On site soil sample analysis reported PCBs concentrations up to 33 ppm (CDM Federal Programs Corp., 1993) and sediment concentrations up to 4.5 ppm (CDM Federal Programs Corp., 1993). Both soil and groundwater remediation efforts were conducted at the site starting in 1985, with annual groundwater monitoring since 1995. Soil sampling conducted in 1993 showed up to 0.23 ppm of Aroclor 1254 in surface soils and up to 0.052 ppm of Aroclor 1260 in subsurface soils (CDM Federal Programs Corp., 1993).

The **Carolawn, Inc.** Superfund site is located at 5093 Morrison Road in Fort Lawn, South Carolina. The 60-acre site operated as a waste disposal and storage facility from 1970 to 1979, disposing of approximately 4,500 drums of waste, sludge, and bulk storage tanks within a 3-acre fenced area on the site (US EPA Region IV, 2023). An additional 660 drums and 11 storage tanks were disposed of outside of the fenced area, still within site boundaries (US EPA, 2025b). Site investigations in the 1980s found "elevated levels of contamination" of PCBs (US EPA Region IV, 2023). Maximum PCB concentrations on the site were detected in soil at 5.4 mg/kg, 0.44 mg/kg, and 0.70 mg/kg for Aroclor 1254, Aroclor 1248, and Aroclor 1260, respectively (US EPA Region IV, 2023). In soil, Aroclor 1254 was detected in concentrations above the non-cancer regional screening level [RSL] of 1.2 mg/kg in two of nine samples that ranged from 0.028 to 5.4 mg/kg of Aroclor 1254 (US EPA Region IV, 2023). Remediation activities began in 1981, with ongoing groundwater monitoring at the site using a soil vapor extraction system operational to control the groundwater VOC plume (US EPA, 2025b).

The **Pineville Textile Mill** is located at 436 Cone Avenue in Pineville, North Carolina. The site began as a cotton mill in 1894 manufacturing assorted cotton goods, including sheets and jeans, until the plant ceased operations in 1991 (Oneida Total Integrated Enterprises [OTIE], 2014). After its closure, the "North Carolina Department of Environment and Natural Resources requested support from [US] EPA after inspecting the site and observing materials suspected of containing PCBs" (OTIE, 2014). In 2014, OTIE

found "41 55-gallon drums, seven 5-gallon containers, one 30-gallon drum, one 15-gallon drum, two 25,000-gallon aboveground storage tanks (AST), and one underground sump of unknown volume" (OTIE, 2014). Out of 14 waste samples analyzed, 7 contained concentrations of up to 10.1 mg/kg of Aroclor 1260 (OTIE, 2014).

The **Springs Industries Lancaster Mill** is located at 916 15th Street in Lancaster, South Carolina. Springs Industries Inc opened the facility in 1895 (Company-Histories.com, 2025). The mill originated as one building, with expansions taking place in the early 1900s and in the 1940s. By 1950, the property had multiple mill buildings, a machine shop, incinerator, engine house, boiler room, spray pond, and a transformer house. The mill took part in the spinning and weaving of textiles. The facility closed in 2003, and while one mill building was demolished in 2002, most of the structures remain standing (US EPA, 2025c). The South Carolina Department of Health and Environmental Control [SCDHEC] included the site in a 2009 Phase II Environmental Assessment. The Springs Industries Lancaster Mill is classified as a brownfields site, with PAHs and PCBs identified as contaminants found in soil on the site (US EPA, 2025c).

The **Republic Mills** site, also known as former Republic Mill #3, is located at 29 Argonne Avenue in Great Falls, South Carolina. From approximately 1931 to 1984 the site operated as a textile manufacturing facility, remaining vacant following the mills' closure until 1997. A plastics recycler and antique shop were hosted from 1997 until 2006, when an "extensive fire broke out" (US EPA, 2025d). Since the fire, the property has remained vacant. The approximately 16.3-acre site contains debris piles, a detention pond, a 30,000-gallon aboveground storage tank, building pads, and vacant warehouses, building shed, guard shacks, and smoke stacks (US EPA, 2025d). The former Republic Mill #3 is classified as a brownfields site. Phase I Environmental Assessment activities took place at the site in both 2008 and 2022 finding PCBs and petroleum products in both soil and groundwater (US EPA, 2025d).

The **Friedheim Road Landfill** is located at 650 Friedheim Road, Rock Hill, South Carolina covering approximately 85 acres, encompassing a landfill and two structures (US EPA, 2025e). The landfill operated from 1961 to 2011 (US EPA, 2025e). The site underwent several Environmental Assessments starting in January of 2023 by the City of Rock Hill, reporting both PCBs and petroleum products in groundwater and sediments (US EPA, 2025e).

A substantial portion of the Charlotte metropolitan area is in the Catawba-Wateree watershed. Storm water sewers and sanitary sewers in urban areas are frequently potential and actual sources of historical contamination, including PCBs, to surface waters (Durell and Lizotte, 1998; Foss *et al*., 2025; Rodenburg *et al*., 2011). All of Charlotte's discharges of this nature which are in the Catawba-Wateree watershed occur upstream of Lake Wateree. The discharges from Charlotte's Irwin Creek Wastewater Treatment Plant and its Sugar Creek Wastewater Treatment Plant also eventually flow into the Catawba River Basin, upstream of Lake Wateree. Wastewater treatment plants can receive all sorts of inputs, including those containing PCBs, and the removal processes extant in such plants are usually not capable of completely removing the PCBs from their discharges. There is often little or no treatment of storm water discharges and such runoff contamination in urban areas has been associated with significant PCB contamination along with other pollutants.

PCB issues at water treatment facilities are not only 'historical.' In 2014, there was a major PCB contamination incident (Macomber *et al*., 2014), at Charlotte's Mallard Creek Water Reclamation Facility (MCWRF). Extensive contamination of the facility resulted from an illicit discharge of PCB-containing material at a grease trap from a local grocery store connected to their collection system. The material collected from the grease trap had 4,210 mg/L (ppm) of Aroclor 1254 and 2,940 mg/L of Aroclor 1260 (a total of 7,150 mg/L PCBs). Contamination from this grease trap travelled 8.7 miles including 181 manholes to arrive at the MCWRF. It resulted in the contamination of virtually the whole plant. While this facility

is not in the Catawba-Wateree watershed, it provides a stark example of the vulnerability of wastewater treatment plants to uncontrolled inputs into their systems.

# 4 Conclusions and Opinions

## 4.1 The risk and potential need for cleanup of lakeshore properties may vary significantly based on differing PCB concentrations, which may influence both potential devaluation and cleanup requirements.

The potential alleged diminution of the property value of any lakeshore property would, at least in part, be presumably related to the concentrations of PCBs on that property. The calculated risks associated with PCBs on an individual property would be related to that specific property's PCB contamination – the greater the concentrations, the greater the associated risks. Not only would the risks differ among properties depending on their PCB levels, but the appropriate extent of cleanups would also differ: in complexity, duration, and cost. It would be highly unusual for all properties to be identical or even similar in the concentration levels of total PCBs, let alone concentration levels associated with specific Aroclor formulations.

There has been no information brought forward in this litigation regarding the PCB concentrations on the lakeshore properties along Lake Wateree, and it would be nonsensical to have a single class of property owners without such information. To begin to evaluate the situation, one would need to determine whether PCBs are indeed present on the properties and at what concentration levels. Then, the PCB fingerprint would need to be evaluated at multiple locations on each property – because there is no guarantee that the PCB fingerprint is constant across any given property – to determine whether it is consistent with one or more Aroclor formulations. As discussed above (pp. 10-11), when PCBs are released into the environment, weathering can change the relative proportions of the remaining PCB congeners, thereby changing the PCB fingerprint and making it difficult to determine the identity of the original Aroclor or Aroclors. If the PCB contamination present on a given property can be attributed to specific Aroclor formulations, then it is possible that certain industrial sources may appear to be more or less likely to be the source of the property's PCB contamination. However, even with PCB Aroclor analysis or the more informative, sensitive, and expensive PCB congener analysis, there is no guarantee that a specific individual source can be determined with a reasonable degree of certainty.

## 4.2 The PCB Fish Data are not consistent with the Lakes that were part of the Mosquito Control Program.

Examination of Figure 4.1, a map which depicts where the mosquito control program [MCP] was conducted (Duke Power Co., 1977; Swearingen, 1976) and the mean PCB concentrations and sampling locations reported in Glover and Gundersen (2021), shows that there is no correlation between which Lakes were treated and the concentrations of PCBs in fish tissue.

For example, Lake James and Lake Norman were part of the MCP but trace levels of PCBs in fish did not exceed the fish consumption advisory (<0.05 parts per million). Glover and Gunderson did not report any fish data for Lake James; PCBs have not been an issue there.

Recent research conducted by the Research Triangle Institute [RTI], however, sheds some light on the issue. They performed a broad-spectrum analysis with High Resolution Mass Spectrometry that detected over 400 chemical analytes in Lake James water samples (RTI, 2025). PCBs were not reported.

While Lake Wylie and Lake Wateree had low levels of PCBs in fish, higher concentrations were found in lakes that were not part of the MCP. As discussed above, there are many potential sources of PCBs and the highest levels in fish were not in lakes where the MCP was conducted but were instead in the vicinity of the numerous known PCB sources in the area (depicted in Figure 4.1). The highest fish tissue levels were found upstream of Lake Wateree, in the Fishing Creek Reservoir, upstream of Lake Wateree but downstream of where Sugar Creek feeds into the Catawba River. Sugar Creek receives discharge from one of Charlotte's wastewater treatment plants, the Sugar Creek Wastewater Treatment Plant, another example of a known PCB source. Charlotte's Irwin Wastewater Treatment Plant also discharges into the Catawba River system and is upstream of Lake Wateree.



**Figure 4.1  Mean Total PCB Concentrations in Largemouth Bass Fillets from the Catawba River Basin**

## 4.3    The PCB Fish Data are not sufficient to identify a specific PCB source.

Reported PCB concentrations in fish in Lake Hartwell are attributed to a known Superfund site, not a mosquito control program. "Sangamo Weston, Inc., owned and operated a capacitor manufacturing plant in Pickens, South Carolina from 1955 to 1978, near the headwaters of Lake Hartwell" (US EPA, 1994). Fish sampled from Lake Hartwell reported PCBs concentrations up to 19.7 ppm (US EPA, 1994). The similarity of the reported congener patterns found in fish tissue collected in Lake Hartwell, Lake Murray (downstream of Lake Hartwell), Mountain Island Reservoir, and Lake Wateree, in Figure 4.2 below, show that the industrial source of PCBs to Lake Hartwell, produced a congener pattern in fish that is similar to the patterns in the fish of other areas as well. The process of bioaccumulation of PCBs into fish tissue as described above makes it extremely challenging to identify the source of the contamination with the pattern alone.

As noted above, I have seen no evidence that any materials sprayed by Duke Energy's MCP contained any PCBs. Furthermore, given the lack of PCBs detected in fish collected from other water bodies that were treated as part of the MCP, I see no reason to assume that any PCBs in fish collected from Lake Wateree resulted from the MCP.

As depicted in Figure 4.1, PCB concentrations in fish tissue vary at different locations within Lake Wateree, indicating that PCBs in the lake itself are not uniformly distributed and suggesting that individual properties might not contain similar PCB fingerprints or concentrations. Finally, even if the MCP did spray PCBs onto Lake Wateree, the presence of multiple upstream PCB sources needs to be considered. If any PCB contamination is found on individual properties, then such contamination would need to be carefully evaluated to determine whether it is consistent with PCBs from the MCP or the multiple upstream sources.



**Figure 4.2  Reported Congener Patterns in Fish Tissue Samples from Mountain Island Reservoir, Lake Wateree, Lake Hartwell, and Lake Murray.** Source:  US EPA (2009).

# References

Agency for Toxic Substances and Disease Registry (ATSDR). 2000. "Toxicological Profile for Polychlorinated Biphenyls (PCBs) (Update)." NTIS PB2000-108027. 948p., November. Accessed at https://www.atsdr.cdc.gov/toxprofiles/tp17.pdf.

American National Standards Institute, Inc. 1974. "ANSI Standard C107.1-1974: Guidelines for handling and disposal of capacitor- and transformer-grade askarels containing polychlorinated biphenyls." ANSI C107.1-1974. 35p. [PAI001757 - 1792]

Anezaki, K; Nakano, T. 2013. "Polychlorinated biphenyl contamination in polycyclic-type pigments and silicone-based glues." *Organohalogen Compounds* 75:517-520.

Ballschmiter, K; Zell, M. 1980. "Analysis of polychlorinated biphenyls (PCB) by glass capillary gas chromatography: Composition of technical aroclor- and clophen-PCB mixtures." *Fresenius Z. Anal. Chem.* 302:20-31.

Blume, LF; Boyajian, A; Camilli, G; Lennox, TC; Minneci, S; Montsinger, VM. [General Electric Co.; Industry]. 1951. "Transformer oil; Askarel." *Transformer Engineering (Second Edition).* John Wiley & Sons, New York. p423-447.

Broadhurst, MG. [National Bureau of Standards, Institute for Materials Research; Government]. 1972. "Use and replaceability of polychlorinated biphenyls." *Environ. Health Perspect.* 2:81-102.

Callahan, MAA; Hammerstrom, KA; Schweer, G. 1983. "Present PCB uses and their potential for release to the environment." In Proceedings, PCB-Seminar held September 28-30, Scheveningen, The Hague, The Netherlands. (Eds.: Barros, MC; Koeneman, H; Visser, R), Netherlands, Ministry of Housing, Physical Planning and Environment. p152-172.

Callahan, MAA; Hammerstrom, KA; Schweer, G. 1983. "Present PCB uses and their potential for release to the environment." In Proceedings, PCB-Seminar held September 28-30, Scheveningen, The Hague, The Netherlands. (Eds.: Barros, MC; Koeneman, H; Visser, R), Netherlands, Ministry of Housing, Physical Planning and Environment. p152-172.

Cargill, D. [Washington State Dept. of Ecology]. 2014. "PCBs from Building Materials and Other Sources in the Urban Environment." Presented at the 2014 Salish Sea Ecosystem Conference, Seattle, WA. 20p., April 30.

Carlson, DL; Hites, RA. 2005. "Polychlorinated biphenyls in salmon and salmon feed: Global differences and bioaccumulation." *Environ. Sci. Technol.* 39(19):7389-7395. doi: 10.1021/es048023r.

CDM Federal Programs Corp. 1993. "Final Remedial Investigation/Feasibility Study Report for the Rutledge Property Site, Rock Hill, South Carolina. Volume I." Report to US EPA Region IV. 378p., December 21.

Company-Histories.com. 2022. "Springs Industries, Inc. [Company history]." Accessed at https://www.company-histories.com/Springs-Industries-Inc-Company-History.html.

Cristol, SJ. [University of Colorado]. 1983. "Organic Chemical Processes Leading to Generation of Incidental Polychlorinated Biphenyls." Report to US EPA, Office of Toxic Substances. 6p., February 10.

Duke Energy Corp. 2019. "Historic hydropower station on the Catawba-Wateree River turns 100." Crawford, K. October 8. Accessed at https://illumination.duke-energy.com/articles/historic-hydro-power-station-on-the-catawba-wateree-river-turns-100.

Duke Power Co. 1977. "Basic mosquito control on lakes." Presented at the Middle Atlantic Mosquito Control Association Meeting, Williamsburg, VA. 7p., March 2. [DUK_00000289 - DUK_00000294]

Durell, GS; Lizotte, RD Jr. 1998. "PCB levels at 26 New York City and New Jersey WPCPs that discharge to the New York/New Jersey Harbor Estuary." *Environ. Sci. Technol.* 32(8):1022-1031. doi: 10.1021/es970002s.

Erickson, MD. 1997. *Analytical Chemistry of PCBs (Second edition)*. CRC Lewis Publishers (Boca Raton, FL). 667p.

Erickson, MD; Kaley, RG II. 2011. "Applications of polychlorinated biphenyls." *Environ. Sci. Pollut. Res. Int.* 18(2):135-151. doi: 10.1007/s11356-010-0392-1.

FDA Consumer. 1979. "Deliberate PCB spill brings arrests." *FDA Consumer* 13:23-4.

Frame, GM; Wagner, RE; Carnahan, JC; Brown, JF; May, RJ; Smullen, LA; Bedard, DL. 1996. "Comprehensive, quantitative, congener-specific analyses of eight Aroclors and complete PCB congener assignments on DB-1 capillary GC columns." *Chemosphere* 33(4):603-623.

Gan, DR; Berthouex, PM. 1994. "Disappearance and crop uptake of PCBs from sludge-amended farmland." *Water Environ. Res.* 66(1):54-69. doi: 10.2175/WER.66.1.9.

Gibbs, JB. [Westinghouse Electric Corp.; Industry]. 1950. *Transformer principles and practice (Second edition)*. McGraw-Hill Book Co., Inc. (New York). p.1-5,33-48,63-77.

Glover, JB; Gundersen, DT. 2021. "Widespread contamination of polychlorinated biphenyls in South Carolina and North Carolina (USA): A legacy of malarial eradication and mosquito control." *J. S. C. Water Resour.* 8(1):83-97. doi: 10.34068/JSCWR/08.01.10.

Hu, D; Hornbuckle, KC. 2010. "Inadvertent polychlorinated biphenyls in commercial paint pigments." *Environ. Sci. Technol.* 44(8):2822-2827. doi: 10.1021/es902413k.

Hubbard, HL. [Monsanto Co.; Industry]. 1964. "Chlorinated biphenyl and related compounds." *Kirk-Othmer Encyclopedia of Chemical Technology (Second Edition). Volume 5. 1964.* Wiley & Sons, New York. p289-297.

James, MO; Kleinow, KM. 2014. "Seasonal influences on PCB retention and biotransformation in fish." *Environ. Sci. Pollut. Res. Int.* 21(10):6324-6333. doi: 10.1007/s11356-013-1611-3.

Jensen, S; Johnels, AG; Olsson, M; Otterlind, G. [Institute of Analytical Chemistry; Swedish Museum of Natural History; Institute of Marine Research; Academia]. 1969. "DDT and PCB in marine animals from Swedish waters." *Nature* 224:247-250.

Kelly, BC; Gobas, FAPC; McLachlan, MS. 2004. "Intestinal absorption and biomagnification of organic contaminants in fish, wildlife, and humans." *Environ. Toxicol. Chem.* 23(10):2324-2336. doi: 10.1897/03-545.

Larsson, P. 1985. Contaminated sediments of lakes and oceans act as sources of chlorinated hydrocarbons for release to water and atmosphere (Letter). *Nature* 317(6035):347-349.

Lin, JL; Que Hee, SS. 1987. "Change in chromatogram patterns after volatilization of some Aroclors, and the associated quantitation problems." *Am. Ind. Hyg. Assoc. J.* 48(7):599-607.

Mackay, D. 1989. "Modeling the long-term behavior of an organic contaminant in a large lake: Application to PCBs in Lake Ontario." *J. Great Lakes Res.* 15(2):283-297. doi: 10.1016/S0380-1330(89)71482-9.

Macomber, M; DeWitt, D; Lapsley, J; Smith, R. 2017. "The new normal - Operating and maintaining the Mallard Creek Water Reclamation Facility after a PCB contamination." Presented at the Water Environment Federation Annual Technical Exhibition and Conference (WEFTEC), Chicago, IL. 14p.

Monsanto Chemical Co. 1956. "The proper handling of aroclors and their mixtures in the electrical industry." 76p.

Morrison, RD; Murphy, BL; Doherty, RE. 2006. "Chlorinated solvents." *Environmental Forensics: Contaminant Specific Guide.* (Eds.: Morrison, RD; Murphy, BL), Academic Press, Burlington, MA. p260-277.

Mullin, MD; Pochini, CM; McCrindle, S; Romkes, M; Safe, SH; Safe, LM. 1984. "High-resolution PCB analysis: Synthesis and chromatographic properties of all 209 PCB congeners." *Environ. Sci. Technol.* 18(6):468-476. doi: 10.1021/es00124a014. Accessed at http://pubs.acs.org/doi/abs/10.1021/es00124a014.

Murphy, TJ; Formanski, LJ; Brownawell, B; Meyer, JA. [DePaul University Chemistry Dept. (Illinois)]. 1985. "Polychlorinated biphenyl emissions to the atmosphere in the Great Lakes Region. Municipal landfills and incinerators." *Environ. Sci. Technol.* 19(10):942-946. doi: 10.1021/es00140a009.

Nelson, N. [Institute of Environmental Medicine, New York University Medical Center; Academia; Physician]. 1972. "Comments on research needs." *Environ. Health Perspect.* 1:181-185.

Nichols, JW; Fitzsimmons, PN; Whiteman, FW; Kuehl, DW; Butterworth, BC; Jenson, CT. 2001. "Dietary uptake kinetics of 2,2',5,5'-tetrachlorobiphenyl in rainbow trout." *Drug Metab. Dispos.* 29(7):1013-1022. doi: 10.1124/dmd.29.7.1013.

Oneida Total Integrated Enterprises (OTIE). 2014. "Removal Site Evaluation Letter Report, Pineville Textile Mill, Pineville, Mecklenburg County, North Carolina (Revision 2)." Submitted to US EPA Region IV. 149p., November 6.

Perdih, A; Jan, J. 1994. "Formation of polychlorobiphenyls in silicone rubber." *Chemosphere* 28(12):2197-2202. doi: 10.1016/0045-6535(94)90187-2.

Persson, NJ; Pettersen, H; Ishaq, R; Axelman, J; Bandh, C; Broman, D; Zebuhr, Y; Hammar, T. 2005. "Polychlorinated biphenyls in polysulfide sealants - Occurrence and emission from a landfill station." *Environ. Pollut.* 138(1):18-27. doi: 10.1016/j.envpol.2005.02.021.

Pham, TT; Proulx, S. 1997. "PCBs and PAHs in the Montreal urban community (Quebec, Canada) wastewater treatment plant and in the effluent plume in the St Lawrence river." *Water Res.* 31(8):1887-1896. doi: 10.1016/S0043-1354(97)00025-0.

Rodenburg, L. 2016. "PCB contamination from silicone rubber." August 24. Accessed at http://supersewers.blogspot.com/2016/08/pcb-contamination-from-silicone-rubber.html.

Rodenburg, LA. [Rutgers University]. 2012. "Inadvertent PCB production and its impact on water quality." Presented at the ECOS Annual Meeting, Colorado Springs, CO. 11p., August 28. Accessed at http://srrttf.org/wp-content/uploads/2012/08/Lisa-Rodenburg-Slideshow.pdf.

Rodenburg, LA; Du, S; Xiao, B; Fennell, DE. 2011. "Source apportionment of polychlorinated biphenyls in the New York/New Jersey Harbor." *Chemosphere* 83(6):792-798. doi: 10.1016/j.chemosphere.2011.02.058.

RTI International; Walker-Franklin, I. 2025. "Report on Pesticide/Herbicide Prevalence in Lake James Samples." 6p., May 21.

Rushneck, DR; Beliveau, A; Fowler, B; Hamilton, C; Hoover, D; Kaye, K; Berg, M; Smith, T; Telliard, WA; Roman, H; Ruder, E; Ryan, L. 2004. "Concentrations of dioxin-like PCB congeners in unweathered Aroclors by HRGC/HRMS using EPA Method 1668A [see notes field for correction notice]." *Chemosphere* 54(1):79-87. doi: 10.1016/S0045-6535(03)00664-7. [SOA.004093 - 004117]

Schmidt, L. [Spokane, Washington, Wastewater Management]. 2014. "The Search for Inadvertently Produced PCBs." Presented at the Spokane River Forum 2014, Coeur D'Alene, Idaho. 31p.

Shifrin, NS; Toole, AP. 1998. "Historical perspective on PCBs." *Environ. Eng. Sci.* 15(3):247-257.

South Carolina Dept. of Archives and History. 2008. "Catawba-Wateree Hydro Relicensing: Chester, Fairfield, Kershaw, Lancaster, & York Counties, SC Historic Preservation Review and Compliance." 1p. Accessed at https://scdah.sc.gov/sites/scdah/files/Documents/Historic%20Preservation%20(SHPO)/Publications/Success%20Stories/Catawba%20Wateree%20Hydro%20Project%20-%20RnC.pdf.

South Carolina Dept. of Natural Resources. 2014. "Lake Wateree." Accessed at https://dnr.sc.gov//lakes/wateree/description.html.

South Carolina Dept. of Parks, Recreation & Tourism. 2025. "Lake Wateree State Park." Accessed at https://southcarolinaparks.com/lake-wateree.

Swackhamer, DL; Armstrong, DE. 1986. "Estimation of the Atmospheric and Nonatmospheric Contributions and Losses of Polychlorinated Biphenyls for Lake Michigan on the Basis of Sediment Records of Remote Lakes." *Environ. Sci. Technol.* 20(9):879(5). Accessed at http://dx.doi.org/10.1021/es00151a005.

Swearingen, G. [Duke Power Co.]. 1976. Letter to H. McConnell, Jr. (SCDHEC) [re: 1975 mosquito control operations on impounded waters during the calendar year 1975]. 5p., February 6. [DUK_00000479 - DUK_00000482]

US EPA Region IV. 2023. "Sixth Five-Year Review Report for Carolawn, Inc. Superfund Site, Chester County, South Carolina." 89p., September 27.

US EPA. 1980. "Ambient Water Quality Criteria for Polychlorinated Biphenyls." Office of Water Regulations and Standards. EPA 440/5-80-068, NTIS PB81-117798. 204p., October.

US EPA. 1994. "Superfund Record of Decision: Sangamo Weston/Twelvemile Creek/Lake Hartwell PCB Contamination Superfund Site - Operable Unit Two, Pickens, Pickens County, South Carolina (Final)." EPA/ROD/R04-94/178, NTIS PB94-964012, SRG0058324ERM - SRG0058446ERM. 136p., July. Accessed at https://nepis.epa.gov/Exe/ZyPDF.cgi/910035CM.PDF?Dockey=910035CM.PDF.

US EPA. 2000. "Bioaccumulation Testing and Interpretation for the Purpose of Sediment Quality Assessment: Status and Needs. Appendix: Chemical-Specific Summary Tables." Bioaccumulation Analysis Workgroup. EPA-823-R-00-002. February.

US EPA. 2009. "The National Study of Chemical Residues in Lake Fish Tissue." Office of Water. EPA-823-R-09-006. 242p., September.

US EPA. 2025a. "Superfund Site Profile: Rock Hill Chemical Co., Rock Hill, SC, Cleanup Activities." October 28. Accessed at https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.Cleanup&id=0403425#bkground.

US EPA. 2025b. "Superfund Site Profile: Carolawn, Inc., Fort Lawn, SC, Cleanup Activities." October 28. Accessed at https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.Cleanup&id=0403388#bkground.

US EPA. 2025c. "Property Details for Former Springs Industries Lancaster Mill." Accessed at https://cimc.epa.gov/ords/cimc/f?p=121:31::::31,0:P31_ID:111382.

US EPA. 2025d. "Property Details for Former Republic Mill #3." Accessed at https://cimc.epa.gov/ords/cimc/f?p=CIMC:31::::Y,31:P31_ID:82841.

US EPA. 2025e. "Property Details for 650 Friedheim Road." Accessed at https://cimc.epa.gov/ords/cimc/f?p=CIMC:31::::Y,31:P31_ID:255005.

US Geological Survey (USGS). 2000. "Characterization of Water Quality and Simulation of Temperature, Nutrients, Biochemical Oxygen Demand, and Dissolved Oxygen in the Wateree River, South Carolina, 1996-98." doi: 10.3133/wri994234. USGS Water-Resources Investigations Report 99-4234. 99p. Accessed on October 27, 2025 at https://pubs.usgs.gov/publication/wri994234.

Versar, Inc. [Consultant; Government]. 1977. "PCBs Involvement in the Pulp and Paper Industry (Final)." Report to US EPA, Office of Toxic Substances. SA024944 - SA025054, EPA-560/6-77-005, NTIS PB-271017, Giesy Reference No. 6. 110p., February 25.

Versar, Inc. 1976. "PCBs in the United States: Industrial use and environmental distribution, Task I." Report to US EPA, Office of Toxic Substances. NTIS PB-252012, EPA 560/6-76-005. 485p., February 25.

Yi, SM; Pagilla, SR; Seo, YC; Mills, WJ; Holsen, TM. 2008. "Emissions of polychlorinated biphenyls (PCBs) from sludge drying beds to the atmosphere in Chicago." *Chemosphere* 71(6):1028-34. doi: 10.1016/j.chemosphere.2007.12.031.


**Additional Materials Considered:**

Manuel, K. 1999. "Duke Power Company Mosquito Control, 1923-1998: A Very Brief History," DUK_00000005.

Manuel, KL; Bowen, TW. 1998. "Duke Power Company Reservoir Mosquito Control Program," DUK_00003551.

Swearingen, GT. 1970. "Proceedings Workshop on Mosquito Control in North Carolina."DUK_00000797, DUK_00000838-842.

Manuel, K. 1997. "A Brief Summary of Duke Power Company's WWII (1942-1943) Mosquito Control Files," DUK_00000027-29.

"Communications Plan for the Mosquito Control Program Building Dedication/75[th] Anniversary," DUK_00002369-2373.

Boldridge, FM. 1943. "Duke Power Company Letter Dated May 19, 1943," DUK_00000157-158.

Bostian, RW. 1969. "Duke Power Company Letter Dated July 31, 1969," DUK_00000172.

Present Approaches to Mosquito Control on Duke Power Company Impoundments," DUK_00000295-300.

"Mosquito Control Facilities Spill Prevention Control and Countermeasure Modified SPCC Plan," DUK_00002051-2052.

"Duke Energy Carolinas Mosquito Control, Pesticide Discharge Management Plan," DUK_00002329-2340.

Manuel, K.; Bowen, T.; Whiteford, R.; Gunter, T.; Barden, B. 1996. "Duke Power Company Impoundment Mosquito Control Program," DUK_00002581-2590.

Bowen, JB. "Duke Energy Reservoir Mosquito Control Program: Data Summary 1998-2016," DUK_00004461-4506.

Coughlan, DJ. 1995. "Contaminants in Catawba River Largemouth Bass," DUK_00024295-24780.

# Appendix A

*Curriculum Vitae* and Testimony Experience of Eric L. Butler, Ph.D.



## Eric L. Butler, Ph.D.
## Principal
Eric.Butler@gradientcorp.com

## Areas of Expertise

Environmental chemistry, gas chromatography, petroleum hydrocarbon chemistry, product chemistry, PCBs, dioxins, solvents, fingerprinting, forensic chemistry, litigation support, artifact dating, bioremediation, quality assurance, laboratory management, field chemistry, analytical method development.

## Education

Ph.D., Chemical Oceanography, University of Rhode Island, 1986

B.S., Chemistry, *Magna Cum Laude*, Muhlenberg College, 1976

## Professional Experience

1996 – Present    GRADIENT, Boston, MA
Principal.  Application of analytical chemistry and statistical/mathematical methods for source identification and allocation, involving petroleum hydrocarbons, PCBs, dioxins, and solvents; product chemistry; litigation support with regard to sources and fate of contaminants in the environment; interpretation of laboratory results; design of analytical chemistry methods and quality assurance programs; and research on and dating of artifacts.

1992 – 1996      ENSR CONSULTING AND ENGINEERING, Acton, MA
Senior Consulting Chemist.  Design and oversight of analytical chemistry programs for environmental studies; interpretation of laboratory results; direction and evaluation of petroleum hydrocarbon analyses.

1989 – 1992      BATTELLE OCEAN SCIENCES, Duxbury, MA; Anchorage, AK
Principal Research Scientist.  Designed and implemented numerous environmental studies relating to the Exxon Valdez oil spill; designed ecological impact assessments of coastal sediments; directed sophisticated chemical analyses to track bioremediation.

1987 – 1989      BARNSTABLE COUNTY HEALTH AND ENVIRONMENTAL DEPARTMENT, Barnstable, MA
Laboratory Director.  Directed water testing laboratory performing chemical and bacteriological testing of drinking water, groundwater, surface water, and of monitoring wells at hazardous waste sites and petroleum spills.  Analyses included VOCs, pesticides, trace metals, nutrients, coliform, and heterotrophic plate count.

1985 – 1987      CONGRESSIONAL OFFICE OF TECHNOLOGY ASSESSMENT, Washington, DC
Analyst.  Analyzed issues concerning new technologies and worked with diverse groups of stakeholders to collect, analyze, and synthesize data, then summarize and present policy options to Congress. Focused on two reports:  Transport of Hazardous Material and Motor Carrier Safety.

1984 – 1985     CONGRESSIONAL SCIENCE FELLOW/AMERICAN GEOPHYSICAL UNION, Washington, DC

Committee Staffer, Commerce, Transportation & Tourism (House Energy & Commerce).  Technical analyst for committee work on Superfund reauthorization, Community Right to Know, and RCRA; prepared materials for hearings, evaluated technical aspects of proposed legislation and of OTA, GAO, CBO, CRS, DOD, and US EPA environmental reports.

1983 – 1984     PHILLIPS ACADEMY, Andover, MA

Instructor.  Taught oceanography and chemistry and coached JV Football and recreational tennis.

## Professional Activities

- Expert testimony in cases involving nature and source of petroleum hydrocarbons, industrial chemicals, VOCs, and other chemicals at sites undergoing environmental investigation.
- Coordinator for analytical services in support of environmental site investigations.
- Active reviewer of articles for peer-reviewed journals.

## Professional Affiliations

American Chemical Society; American Geophysical Union

## Projects

PCB Cost Recovery:  Retained as an expert in a case involving polychlorinated biphenyls (PCBs) at a major transportation facility in New York City.  The work involved assessing the nature and extent of PCB soil contamination and the relative proportions of various Aroclors found at the site.

Manufacturer:  Retained as consulting expert and potential testifying expert by law firm representing generic drug maker.  Evaluated claims of contamination of pills by breakdown product of the active ingredient.

Utility Company:  Retained through outside counsel to evaluate their potential contribution of PCBs to a nearby river.  Reviewed site investigation reports and historical documents and critically reviewed forensic reports pertaining to the sources of COCs to the river sediments.

Cost Allocator:  Directed technical support in many areas to support a large, sediment cost allocation in a tidal, urban waterway in the Northeastern United States.  COCs included mercury, other heavy metals, and PCBs.

Commercial Client:  Retained as an expert witness in litigation involving the timing of PCB contamination in soil at an adjacent property.  Evaluated on- and off-site soil analytical data, as well as historic PCB purchase records, and testified at trial as to the likely timing of the PCB contamination to off-site soils.

Northwestern Coastal City:  Retained as expert to evaluate sources and contributions of contamination to estuarine sediments for a Superfund PRP. Constituents of concern include PCBs, PAHs, and metals.

Commonwealth of Massachusetts: For a site contaminated with PCBs, lead, and Total Petroleum Hydrocarbons, provided an expert report and testimony evaluating the sources of the contaminants using congener specific PCB analysis and petroleum hydrocarbon fingerprinting, along with a spatial analysis of the data. Gradient's evaluation enabled significant recovery of expense costs.

<u>PCB Cost Recovery</u>:  Retained as an expert in a case involving polychlorinated biphenyls (PCBs) at a transportation facility.  The work involves PCB fingerprinting analyses, critical review of historical site data, and review of Aroclor production figures in support of a cost allocation.

<u>PCBs in Sediments</u>:  Evaluated the nature and source of PCB contamination in San Diego Harbor.  The work involved evaluation of chemical fingerprints and application of statistical techniques including Principal Component Analysis (PCA) and Alternating Least Squares (ALS) to identify and assess the strength of different sources of PCBs to the sediments.

<u>Sediment and Sheen Characterization</u>:  For a steel manufacturer, evaluated the possible connection between sediment contamination and evolution of surface water sheens using advanced chemical fingerprinting techniques.

<u>Environmental Forensics</u>:  For prior owner of a refinery, evaluated the nature and source of shallow soil vapors and indoor air.  Applied chemical and spatial analysis to explore relationships among possible sources and receptor locations.  Prepared an expert report and provided deposition and trial testimony.

<u>Energy Company</u>:  Supported a time-critical data quality review of total petroleum hydrocarbon data for soils potentially affected by a pipeline release in the western United States.

<u>Law Firm</u>:  Supported an evaluation of the usability of data produced for various environmental investigations conducted in response to the Deepwater Horizon oil spill that occurred in the Gulf of Mexico in the Spring of 2010.

<u>Manufacturer</u>:  Retained as an expert witness in a dispute between current and prior property owners at a former transformer manufacturing site in CA. Evaluated SVOC and PCB results for various media, prepared an expert report, and provided deposition and trial testimony.

<u>Oil Refinery</u>:  For prior owner of closed refinery, submitted expert report and provided sworn trial testimony regarding the nature and origin of groundwater contamination.  The forensic work included isotope analysis, chemical fingerprinting, spatial analysis, and temporal analysis.  The trial resulted in a defense verdict.

<u>Manufacturer</u>:  Retained as an expert to evaluate allocation arguments regarding contaminated sediments in an urban waterway Superfund site in NY. Contaminants include PCBs, metals, and PAH.

<u>Die-Cast Manufacturer</u>:  Manager of project to determine sources of PCBs to stream sediments and nearby soils and to support cost allocation mediation.

<u>Steel Company</u>:  Retained as an expert to determine source of PCBs at an oil recycling facility.

<u>Chemical Company</u>:  Provided chemistry consulting and oversaw data quality issues at a transformer manufacturing plant undergoing investigation for PCBs and dioxins/furans, and undergoing remediation for PCBs.  Compared extensive field chemistry PCB results with fixed laboratory results. Detailed dioxin fingerprinting was performed to advise client.

<u>Paper Mill</u>: Litigation support involving dioxin fingerprinting of local emission sources and comparison to soil and blood samples, as well as to documented national emission sources.

<u>University</u>:  Chemistry consulting on the use of fingerprinting to ascertain the source of dioxins after a fire involving electrical equipment in an electrical vault in the basement.

MWRA:  Lead author of Combined Work/Quality Assurance Project Plan (CW/QAPP) for Detailed Effluent Characterization Study of the MWRA Harbor and Outfall Monitoring Project.  Chemicals evaluated included PAH, PCBs, nutrients, and trace metals.  Co-author of CW/QAPP for the Fish and Shellfish Study and the Benthic Surveillance Study.

MWRA:  Author of analytical chemistry sections for CW/QAPP for Fish and Shellfish Monitoring and CW/QAPP for Sediment Studies.  Analyses included trace metals, PCBs, and PAHs.

US Navy:  Designed environmental assessment of marine sediment and biota offshore hazardous waste site at a US Navy base, addressing concerns for heavy metals, pesticides, PCBs, VOCs, and PAHs.

Consulting Company:  Designed studies of the uptake and depuration of PCBs by demersal fish, selecting analytical methods, feeding methods, dosing methods, and testing durations.

Consulting Firm:  Reviewed and evaluated data validation reports for sophisticated PCB analytical chemistry program developed by Gradient for investigations of Hudson River.

Exxon:  Major researcher and contributor to study of petroleum hydrocarbons in Prince William Sound sediments.  The study encompassed over 1,000 samples from more than 20 stations, visited during 7 research cruises.

Exxon:  Major researcher and author of study of the water quality of Prince William Sound following the *Exxon Valdez* oil spill.  The study encompassed over 3,000 samples from 35 stations collected during 7 research cruises.

Citgo:  Used advanced GC/FID and GC/MS hydrocarbon fingerprinting to identify fugitive petroleum products in soils and groundwater.  Characterized the fugitive product and identified the likely source among several different product storage tanks.

Consulting Firm:  Part of technical panel supporting arbitrator in cost allocation of a Superfund sediment cleanup at coastal waterway, focusing on sources of PAH in the sediment.

Commercial Client:  Served as expert witness in litigation involving the sources of petroleum hydrocarbons and chlorinated solvents at a Superfund site.  Demonstrated that our client's underground storage tanks were not associated with the groundwater contamination affecting the site.  Showed that tank contents were dissimilar from contents of underground piping that emanated from landlord's building.

Commercial Client:  Served as expert witness in litigation involving the sources of constituents of interest to a former wood-treating site.  Designed and implemented research that demonstrated the presence of a non-creosote source of various constituents to the site.

Major Oil Company:  Used advanced GC/FID and GC/MS hydrocarbon fingerprinting to identify fugitive petroleum products in soils and groundwater.  Investigated relationship between polynuclear aromatic hydrocarbon (PAH) content of various petroleum products and worked with toxicologists to develop models of associated risks.

Citgo:  Developed new GC/MS method for determination of tetra-ethyl lead in fuels.

Major Oil Company:  Used advanced petroleum hydrocarbon analysis methods to identify and use molecular weathering ratios and molecular source ratios to differentiate different sources of products to the environment.

Exxon: Coordinated all chemical analyses, selecting methods and laboratories and helped design and initiate the field sampling program for a landmark Alaskan bioremediation project for the *Exxon Valdez* spill.

Exxon: Interpreted hydrocarbon and nutrient data and supported technical reports to the Federal-On-Scene-Coordinator on the Alaskan Bioremediation Monitoring Project. Directed the sampling and analysis of over 400 sediment samples for total oil analysis and over 100 sediment samples for specialized analysis of hopane and alkylated PAHs.

Exxon: Performed laboratory audits and co-directed a large (approximately $1 million) program that ensured consistent application of SOPs for organic analyses used in most of the environmental studies related to the *Exxon Valdez* oil spill.

Exxon: Designed and implemented surveys for petroleum hydrocarbons in shrimp, herring roe, and salmon fishing areas of Prince William Sound, AK.

Environmental Forensics: For a manufacturer, designed an analytical program to identify and quantify contamination attributable to the prior owner at a site in Switzerland.

Confidential Client: Directed compound-specific isotope analysis of TCE in groundwater as part of forensic investigation to identify sources.

Confidential Client: Lead chemist for project evaluating health effects of wood treated with chromated copper arsenate (CCA). Evaluated chemical forms, oxidation states, environmental mobility, and bioavailability of arsenic in treated wood and adjacent soils.

Energy Company: Lead chemist in project evaluating the fate and effects of fugitive mercury (Hg) in residential environments.

Major Automobile Manufacturer: Developed arguments and designed analytical chemistry program to show source of lead (Pb) in dwellings came from household plumbing and not a relic gasoline spill.

Transportation Company: Designed and implemented program to collect, process, and date industrial and consumer product artifacts exhumed during nine-month excavation at a large transportation facility. Wrote expert report and provided deposition testimony on findings.

Multi-national Company: Designed and implemented program to collect, process, and date artifacts exhumed from 11 test pits at a mixed waste site in New England.

Manufacturer: Testified in trial regarding dating of artifacts retrieved from an abandoned underground storage tank.

Municipal Governments: Planned and implemented groundwater monitoring activities at landfills, petroleum spills, and suspected hazardous waste sites in a sole source aquifer region of Massachusetts.

Superfund Site: Planned and implemented field sampling program collecting river water and sediment samples for organic (*e.g.*, PAH, VOC, pesticides, dioxin) and inorganic parameters (*e.g.*, trace metals and nutrients) at Superfund site.

Commercial Clients: Served as expert witness in several litigation cases regarding the nature and sources of petroleum hydrocarbons, chlorinated VOCs, and PAHs at a variety of Superfund sites.

Commercial Client: Investigated historical waste disposal practices and process releases for a chemical toll manufacturing facility and solvent recycler.

Barnstable County, MA: Directed US EPA- and state-certified laboratory performing analyses on drinking and waste waters for VOCs, trace metals, minerals, pesticides, and bacteriological parameters. Planned and implemented groundwater monitoring activities at landfills, petroleum spills, and suspected hazardous waste sites.

ASTM: Participated in ASTM's D34 Committee on Hazardous Waste which produced a new standard for developing Data Quality Objectives for environmental work. Participated in ASTM's subcommittee on sampling of heterogeneous wastes as the committee examined several types of situations including auto recycling centers.

Multiple Clients: Performed data validation of organic and inorganic analyses, including VOCs, SVOCs, PCBs, dioxin, trace metals, and nutrients.

US Congress: Researched technical issues as staffer on Congressional Subcommittee with primary responsibility for CERCLA during reauthorization of SARA 1986.

US Congress: Co-author/Analyst of OTA Report on the Transport of Hazardous Materials and Motor Carrier Safety. Analyzed issues concerning new technologies and worked with diverse groups of stakeholders to collect, analyze, and synthesize data, then summarized and presented policy options to Congress.

National Science Foundation: Developed new method for collection and gas chromatographic analysis of halogenated organic gases at the parts per trillion levels.

Consulting Company: Directed sub-part per billion analyses of VOCs in ground water, with extensive QC and 24-hour turnaround for innovative plume tracking project at the Massachusetts Military Reservation.

Commercial Client: Guided sampling activities and directed sample analysis of DNAPL and asphalt samples to elucidate sources of petroleum hydrocarbons in the DNAPL, as part of litigation case at a Superfund site in New England.

Commercial Client: Provided litigation support through data interpretation of VOC results in groundwater and soils with regard to identifying sources, differentiating plumes, and dating releases into the environment.

Superfund Site: Managed data validation for extensive multimedia investigation of Superfund site including numerous organic and inorganic parameters.

Exxon: Trained a Rapid Assessment Team that responded to reports of tainted fish or fouled gear within 6 hours of notification. Team members collected samples for screening and laboratory analysis from a variety of media.

Reilly Industries: Managed data validation project involving specialized analysis of PAHs in water at the parts per trillion level (ng/L).

ASTM: Participated in validation study for a new ASTM field method for determining fuels in soil.

# Eric L. Butler, Ph.D.

Boston & Maine Railroad: Designed laboratory treatability studies to investigate bioremediation as a remediation tool. Used hopane analysis and alkylated phenanthrene analysis to monitor biodegradation during treatment of soil piles.

US EPA: Designed sampling and analytical scheme for tracking and analysis of dredge material plumes. Analyses included trace metals, turbidity, and particle size range measurements.

Massachusetts Water Resources Authority: Task Area Manager for effluent characterization and laboratory liaison for water column, sediment, and tissue studies for Harbor Outfall Monitoring Plan. Analyses included PAH, PCBs, and metals.

Public Water Suppliers: As Laboratory Director of only Municipal Laboratory in New England, guided 18 public water suppliers on Cape Cod through the implementation of the Safe Drinking Water Act of 1986.

## Selected Presentations and Publications

Butler, EL; Rominger, JT; Reynolds-Reid, K; Radloff, KA; Hennet, RJC. 2019. "Source allocation of PCBs derived from quantile analysis of cumulative response curves combined with Monte Carlo analysis" Presented at the Battelle International Conference on Remediation and Management of Contaminated Sediments, New Orleans, LA, February 13.

Rhomberg, LR; Mayfield, DB; Goodman, JE; Butler, EL; Nascarella, MA; Williams, DR. 2015. "Quantitative cancer risk assessment for occupational exposures to asphalt fumes during built-up roofing asphalt (BURA) operations." *Crit Rev Toxicol.* 45(10):873-918. doi: 10.3109/10408444.2015.1094450.

Kneeland, JM; Butler, EL. 2013. "Hydraulic Fracturing Fluid Forensics: Potential and Pitfalls." Presented at 20th International Petroleum Environmental Consortium Conference, San Antonio, TX, November 12.

Tuit, CB; Butler, EL. 2013. "Decachlorobiphenyl-rich Polychlorinated Biphenyl Fingerprint in Estuarine Sediments." Presented at Battelle's Seventh International Conference on Remediation of Contaminated Sediments, Dallas, TX, February 4-6.

Merrill, DE; Drivas, PJ; Butler, EL; Jegadeesan, GB. 2011. "Determination of polychlorinated biphenyl (PCB) release time frame using weathered congener and homolog fingerprints and a multicomponent evaporation model." *Environmental Forensics* 12(1):35-48.

Butler, EL; Sharma, M. 2011. "Proven Environmental Forensic Methods for Determining Liability and Apportioning Allocation Under CERCLA." Invited Speaker. Presented to the American Bar Association, 40th Annual Conference on Environmental Law; Salt Lake City, UT, March 17.

Butler, EL; Tuit, CB; Reid, KR; Wannamaker, EJ. 2009. "Forensic Investigation of Indoor Hydrocarbon Vapors: A Case Study." Platform presentation to the 25th Annual Conference on Soils, Sediments, Water, and Energy, University of Massachusetts, Amherst, MA, October 21.

Butler, EL; Hengemihle, WJ; Brown, ME; Biemer, TS. 2006, 2005. "Better Litigating Through Chemistry." Invited Speaker. Presented to the Philadelphia Bar Association, September 29, 2005. Presented to the Boston Bar Association, October 6, 2005. Presented to the Pittsburgh Bar Association, April 20, 2006.

Butler, EL. 2004. "Exposure and the Age Dating of Chemical Plumes: Organics." Invited Speaker. Presented to Mealey's Water Contamination Conference, Pasadena, CA, January 26-27.

Butler, EL. 2003. "Contemporary Archeology (Garbology) – Use in Dating Environmental Activities: Case Studies." Invited Speaker. Presented to the International Society of Environmental Forensics Workshop, Environmental Forensics: Theory, Application, and Case Studies, Honolulu, HI, April 14-15.

Butler, EL; Martin, R; Slagle, C; Shea D. 2002. "Arsenic Geochemistry: Ponding, Slime, Iron and Elevated Arsenic in Groundwater." Platform presentation to Arsenic session of the 18th Annual International Conference on Contaminated Soils, Sediments, and Water, University of Massachusetts, Amherst, MA, October 21-24.

Butler, EL. 2002. "The Forensic Toolbox: Techniques for Determining Liability and Apportioning Blame." Invited Speaker. Presented to the Environmental Forensic Chemistry session of the 224th American Chemical Society (ACS) National Meeting – Division of Chemistry & the Law, Boston, MA, July.

Butler, EL. 2001. "Dioxin sampling: When, where, and how." *Trends in Risk & Remediation* Winter.

Butler, EL; Denly, E. 2001. "Implementing New Mandatory TPH Analytical Protocols Associated with Risk Based Cleanup Levels: The Massachusetts Experience." Platform presentation to the First International Congress on Petroleum Contaminated Soils, Sediments and Water, Imperial College of Science, Technology and Medicine, London, UK, August 14-17.

Butler, EL; Wait, AD; Douglas, G; Brown, J. 2001. "Tiered Analytical Approach is a Versatile and Cost Effective Tool in Answering Forensic Questions." Poster presentation to the First International Congress on Petroleum Contaminated Soils, Sediments and Water, Imperial College of Science, Technology and Medicine, London, UK, August 14-17.

Butler, EL; Frisbie, SH; Schabron, JF; Sorini, SS; Wait, AD. 2001. "Application of ASTM Method D 5831 Using the Diesel Dog Soil Test Kit at Fuel Contaminated Sites." Poster presentation to the First International Congress on Petroleum Contaminated Soils, Sediments and Water, Imperial College of Science, Technology and Medicine, London, UK, August 14-17.

Butler, EL. 1999. "US Coast Guard Spill Sampling & Analysis." Invited speaker. Presented to the Greater New Orleans Barge and Fleeting Association River and Marine Industry Seminar, New Orleans, LA, September 15-17.

Butler, EL. 1999. "Forensic Applications of Petroleum Hydrocarbon Fingerprinting at a Wood Treating Site." Invited speaker. Presented at the IBC's 2nd Annual Executive Forum on Environmental Forensics – Integrating Advanced Scientific Techniques for Unraveling Site Liability, Washington, DC, June 24-25.

Wait, AD; Butler, EL. 1999. "Forensic chemistry: Tools for discerning site liability." *Environmental Compliance & Litigation Strategy* 14(9):4-5.

Butler, EL. 1999. "Environmental forensics: Determining who, what, when, and where? *Trends in Risk & Remediation* Fall.

Butler, EL; Frisbie, SH; Schabron, JF; Sorini, SS; Wait, AD. 1997. "New ASTM TPH screening method." *Environmental Lab* 9(1):11-14.

Butler, EL. 1997. "New analytical methods for total petroleum hydrocarbons (TPH)." *Trends in Risk & Remediation* Fall.

Shifrin, NS; Butler, EL. 1997. "Biodegradation of chlorinated organic compounds." *Trends in Risk & Remediation* Winter.

Douglas, GS; Bence, AE; Prince, RC; McMillen, SJ; Butler, EL. 1996. "Environmental stability of selected petroleum hydrocarbon source and weathering ratios." *Environmental Science & Technology* 30:2332-2339.

Douglas, GS; Prince, RC; Butler, EL; Steinhauer, WG. 1994. "The use of internal chemical indicators and refined products to evaluate the extent of biodegradation." In *Hydrocarbon Bioremediation* (Eds.: Hinchee, RE; Alleman, BC; Hoeppel, RE; Miller, RN), Lewis Publishers, Ann Arbor, MI, p219-236.

Prince, RC; Elmendorf, DL; Lute, JR; Hsu, CS; Halth, CE; Senius, JD; Dechert, GJ; Douglas, GS; Butler, EL. 1994. "17 $\forall(H)$, 21 $\exists(H)$ – Hopane as a conserved internal marker for estimating the biodegradation of crude oil." *Environmental Science & Technology* 28:142-145.

Prince, RC; Clark; Lindstrom, JE; Butler, EL; Brown, EJ; Winter, G; Grossman, MJ; Parrish, PR; Bare, RE; Braddock, JF; Steinhauer, WG; Douglas, GS; Kennedy, JM; Barter, PJ; Bragg, JR; Harner, EJ; Atlas, RM. 1994. "Bioremediation of the *Exxon Valdez* oil spill: Monitoring safety and efficacy." In *Hydrocarbon Bioremediation* (Eds.: Hinchee, RE; Allman, BC; Hoeppel, RE; Miller, RN), Lewis Publishers, Ann Arbor, MI, p107-124.

Baker, RS; Wiseman, JT; Butler, EL; Hopper, DR; Mudholkar, VR. 1993. "Update on Iron Horse Park: The first Superfund bioremediation mandated by EPA Region I." In *Principles and Practices For Diesel Contaminated Soils Volume II* (Eds.: Kostecki, PT; Calabrese, EJ; Barkan, CPL), AEHS, Amherst, MA, p11-28.

Magee, BH; Bradley, LJN; Butler, EL; Karas, AJ; Grabowski, JS. 1993. "Risk-based target cleanup levels for TPH in soils." In *Hydrocarbon Contaminated Soils Volume III* (Eds.: Calabrese, EJ; Kostecki, PT), Lewis, Chelsea, MI, p303-319.

Butler, EL; Douglas, GS; Steinhauer, WG; Prince, RC; Aczel, T; Hsu, CS; Bronson, MT; Clark, JR; Lindstrom JE. 1991. "Hopane, a new chemical tool for measuring oil biodegradation." In *On-Site Bioreclamation: Processes for Zenobiotic Hydrocarbon Treatment* (Eds.: Hinchee, R; Olfenbuttel, RF), Butterworth-Heineman, Stoneham, MA, p515-521.

Eric L. Butler, Ph.D.
October 30, 2025
Testimony Experience (in the last 4 years)

1. Provided sworn deposition testimony for plaintiff, National Railroad Passenger Corporation (a.k.a. Amtrak), regarding the nature and extent of polychlorinated biphenyl (PCB) contamination of soils at Penn Station, New York City, NY. The case was Amtrak *vs* APU in the United States District Court, Southern District of New York. (Case number 1:23-cv-03784-JSR).